UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:08-cv-1938-HHK |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION AGAINST THE EXECUTIVE DIRECTOR OF
THE LOUISIANA RECOVERY AUTHORITY**

The Plaintiffs Greater New Orleans Fair Action Center, *et al.*, hereby respectfully file this Motion for a Temporary Restraining Order and a Preliminary Injunction enjoining the Executive Director of the Louisiana Recovery Authority ("LRA") (or any successor to the LRA or the LRA's Executive Director) from taking any action to obligate, reallocate and/or spend any funds that, as of June 2, 2010, remain available to the LRA's Road Home Homeowner Assistance program, and enjoining LRA from taking any action to submit any request to the U.S. Department of Housing and Urban Development ("HUD") that would result in or cause further obligation, award, and/or disbursement of funds that have yet to be obligated, awarded, and/or disbursed by HUD to the LRA (or any successor to the LRA or the LRA's Executive Director).

For the reasons stated in the Plaintiffs' memorandum, the Plaintiffs satisfy all of the requirements for this Court to issue temporary and preliminary injunctive relief. Within days to weeks, the LRA will take action to obligate, reallocate, and/or spend a portion or all of the

1

remaining Road Home program funds, all of which are needed to provide the prospective equitable relief that the Plaintiffs seek in this action — the recalculation of Road Home rebuilding grants based on a non-discriminatory formula.  Without a temporary and preliminary injunction, the Plaintiffs will likely suffer irreparable harm by forever losing their opportunity to obtain equitable relief.  This Court has and should use its broad authority to prevent the LRA from depleting the only assets that can be used to provide prospective relief in this action.

The Plaintiffs respectfully request the Court to enter the proposed order granting their request for temporary injunctive relief to preserve the status quo, and to schedule a hearing on the Plaintiffs' Motion for a Preliminary Injunction at the earliest possible date that is convenient to the Court and the parties.  As the LRA may take action within days to weeks to obligate and/or spend funds that are necessary to provide full equitable relief to the Plaintiffs, and the LRA will cease to exist by July 1, 2010, it is necessary for a temporary restraining order to be in place binding the LRA (and any successor) until the Court is able to decide the Plaintiffs' Motion for a Preliminary Injunction, and thereafter until the a decision on the merits is issued.

Dated: June 2, 2010.                              Respectfully submitted,

| | |
|---|---|
| /s/ John Payton | /s/ Joseph M. Sellers |
| John Payton, Director-Counsel | Joseph M. Sellers (D.C. Bar No. 318410) |
| (D.C. Bar No. 282699) | Jenny R. Yang (D.C. Bar No. 484874) |
| Damon T. Hewitt | Llezlie Green Coleman (D.C. Bar No. 484051) |
| Renika C. Moore | Peter Romer-Friedman (D.C. Bar No. 993376) |
| NAACP LEGAL DEFENSE & | COHEN MILSTEIN SELLERS & TOLL PLLC |
| EDUCATIONAL FUND, INC. | 1100 New York Avenue, NW, Suite 500 |
| 99 Hudson Street, 16th Floor | Washington, D.C. 20005 |
| New York, NY 10013 | (p) 202-408-4600 / (fax) 202-408-4699 |
| (p) 212-965-2200 / (fax) 212-226-7592 | jsellers@cohenmilstein.com |
| jpayton@naacpldf.org | |


<u>/s/ Danielle Conley</u>
WILMERHALE
1875 Pennsylvania Avenue, NW
Washington DC  20006
+1 202 663 6006 (t)
+1 202 663 6363 (f)
Craig Goldblatt (D.C. Bar No. 449229)
Danielle Conley (D.C. Bar No. 503345)
danielle.conley@wilmerhale.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, the foregoing document was filed electronically with the Court's ECF system, through which a copy was served on:

| | |
|---|---|
| **Allen J. Krouse, III** | **James D. Todd** |
| **Renee G. Culotta** | U.S. DEPARTMENT OF JUSTICE |
| **Suzanne M. Risey** | 20 Massachusetts Avenue, N.W. |
| FRILOT L.L.C. | Washington, DC 20001 |
| 1100 Poydras Street | Telephone: 202-514-3378 |
| Suite 3600 | Facsimile: 202- 616-8470 |
| New Orleans, LA 70163 | Email: james.todd@usdoj.gov |
| Telephone: 504-599-8004 | |
| Facsimile: 504-599-8104 | |
| Email: akrouse@frilot.com | |
| Email: rculotta@frilot.com | |
| Email: srisey@frilot.com | |
| | |
| *Attorneys for Defendant* | *Attorney for Defendant* |
| *Executive Director of the* | *United States Department of* |
| *Louisiana Recovery Authority* | *Housing and Urban Development* |

811372.1 1