**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>            Defendants. | Civil Action No. 1:08-cv-01938 (HHK) |

**ORDER**

Upon consideration of Plaintiffs Greater New Orleans Fair Housing Action Center's Motion for a Temporary Restraining Order and a Preliminary Injunction, and the entire record herein, it is, this ____ day of _____, hereby ORDERED that Plaintiffs' Motion is GRANTED, and it is hereby FURTHER ORDERD that:

Until such time as the Court issues a decision on the merits or provides otherwise, the Executive Director of the Louisiana Recovery Authority ("LRA"), the LRA, any successor to the Executive Director of the LRA, and/or or any successor to the LRA, are enjoined from taking any action to obligate, reallocate and/or spend any funds that, as of June 2, 2010, remain available to the Road Home Homeowner Assistance program, and enjoining the same individuals or state entities from taking any action to request that the U.S. Department of Housing and Urban Development ("HUD") further obligate, award, and/or disburse to the same individuals or state entities any funds in HUD's custody that are available to

or appropriated for the Road Home program.

_____
Henry H. Kennedy
United States District Judge