UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:08-cv-1938-HHK |

**CERTIFICATE OF COUNSEL ATTESTING TO SERVICE OF PLEADINGS
ON ADVERSE PARTIES**

Pursuant to Local Court Rule 65.1(a), counsel for the Plaintiffs hereby certify that they served copies of all materials submitted in support of the Plaintiffs' motion for a temporary restraining order and, if necessary, for a preliminary injunction by electronic mail and by service through the ECF process upon the following counsel for the Defendants:

**Allen J. Krouse, III**
**Renee G. Culotta**
**Suzanne M. Risey**
FRILOT L.L.C.
1100 Poydras Street
Suite 3600
New Orleans, LA 70163
Telephone:  504-599-8004
Facsimile:  504-599-8104
Email:  akrouse@frilot.com
Email:  rculotta@frilot.com
Email:  srisey@frilot.com

**James D. Todd**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone:  202-514-3378
Facsimile:   202- 616-8470
Email:  james.todd@usdoj.gov

*Attorneys For Defendant United States Department of Housing and Urban Development*

**Timothy Edward Heffernan**
**Allen J. Krouse, III**
**Renee G. Culotta**
**Suzanne M. Risey**
WATT, TIEDER, HOFFAR &
FITZGERALD, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, VA 22102
(703) 749-1000
Fax: (703) 893-8029
Email: theffern@wthf.com

*Attorneys for Defendant Paul Rainwater in*
*his Official Capacity as Executive Director of*
*the Louisiana Recovery Authority*

Dated: June 2, 2010                              Respectfully submitted,

                                               /s/ Joseph M. Sellers
                                               Joseph M. Sellers (D.C. Bar No. 318410)
                                               COHEN MILSTEIN SELLERS & TOLL PLLC
                                               1100 New York Avenue, N.W.
                                               West Tower, STE 500
                                               Washignton, D.C.  20005-3964
                                               Telephone:  202-408-4600
                                               Facsimile:   202-408-4699
                                               Email:  jsellers@cohenmilstein.com