**PLAINTIFFS' MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

**LIST OF EXHIBITS**

**Exhibit A.** Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680 (Dec. 30, 2005) ("2005 Act").

**Exhibit B.** Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, Pub. L. No. 109-234, 120 Stat. 418 (June 15, 2006) ("2006 Act").

**Exhibit C.** Department of Defense Appropriations Act, 2008, Pub. L. No. 110-116, 121 Stat. 1295 (Nov. 13, 2007) ("2007 Act").

**Exhibit D.** Allocations and Common Application and Reporting Waivers Granted to and Alternative Requirements for CDBG Disaster Recovery Grantees Under the Department of Defense Appropriations Act, 2006, 71 Fed. Reg. 7666 (Feb. 13, 2006).

**Exhibit E.** Allocations and Waivers Granted to and Alternative Requirements for CDBG Disaster Recovery Grantees Under Chapter 9 of Title II of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, 71 Fed. Reg. 63,337 (Oct. 30, 2006).

**Exhibit F.** Allocations and Requirements for the Supplemental Grant to the State of Louisiana Under Division B of the Department of Defense Appropriations Act, 2008, 72 Fed. Reg. 70,472 (Dec. 11, 2007).

**Exhibit G.** Louisiana Recovery Authority's Strategic Plan for Fiscal Year 2008-2009.

**Exhibit H.** Louisiana Recovery Authority, *Rainwater Joins Governor's Staff, Keegan Named LRA Executive Director*, Press Release, Dec. 29, 2009.

**Exhibit I.** Biography of Robin Keegan, Executive Director, Louisiana Recovery Authority.

**Exhibit J.** LRA Recovery Budget and Program Updates, Robin Keegan (May 10, 2010).

**Exhibit K.** The Road Home, Overview of the Homeowner Program.

**Exhibit L.** *The Road Home* Homeowner Program Policies, Version 3.4 (Mar. 15, 2007).

**Exhibit M.** LRA Action Plan Amendment 14 (First Allocation)-Road Home Homeowner Compensation Plan (May 14, 2007).

**Exhibit N.** Field Hearing Before the Subcommittee on Housing and Community Opportunity of the Committee on Financial Services, *Implementation of the Road Home Program Four Years After Hurricane Katrina* (Aug. 20, 2009).

**Exhibit O.** State of Louisiana Office of Community Development Disaster Recovery Unit, Approved Action Plans.

**Exhibit P.** Value of Owner-Occupied Housing Units from 2000 Census.

**Exhibit Q.** African-American Homeowners and Home Values by Census Tract, Orleans Parish.

**Exhibit R.** African-American Percentage of Owner Occupied Homes and Median Home Values in Orleans Parish.

**Exhibit S.** Kalima Rose, Annie Clark, & Dominique Duval-Diop, *A Long Way Home: The State of Housing Recovery in Louisiana 2008* (PolicyLink Study).

**Exhibit T.** Affidavit of Carol George Johnson, Owner and President of Johnson Mortgage Company (June 1, 2010).

**Exhibit U.** Affidavit of Almarie Ford (May 24, 2010).

**Exhibit V.** Affidavit of Edward Randolph (May 24, 2010).

**Exhibit W.** House Subcommittee on Financial Services, Committee/Subcommittee Jurisdiction: Housing and Community Opportunity.

**Exhibit X.** State of Louisiana, Office of Community Development, *The Homeowner Assistance Program* Week 201 Situation and Pipeline Report (May 11, 2010).

**Exhibit Y.** LRA Proposed Action Plan Amendment 39, Removal of Affordable Compensation Grant Cap (Oct. 12, 2009).

**Exhibit Z.** Louisiana Recovery Authority, Resolution to Approve Strategic Allocation of Remaining Unspent Funds (May 17, 2010).

**Exhibit aa.** Proposed Action Plan Amendment No. 43 (Third Appropriation)- *Homeowner Unmet Recovery Needs Program To be Submitted for LRA Approva*l: May 19, 2010 (Apr. 28, 2010).

**Exhibit bb.** Affidavit of Peter Romer-Friedman (June 2, 2010)

**Exhibit cc.** Letter from Yolanda Chavez, Deputy Assistant Secretary for Grant Programs, to Paul Rainwater (Oct. 14, 2009).

**Exhibit dd.** Katy Reckdahl and David Hammer, *Feds sign off on Road Home change,* Times Picayune (Oct. 16, 2009).

**Exhibit ee.** *The Road Home* Homeowner Program Policies, Version 7.0.

**Exhibit ff.** Affidavit of Seth Weingart, Homeownership Counseling Supervisor at the Greater New Orleans Fair Housing Action Center (May 29, 2010).

**Exhibit gg.** Letter from Rep. Maxine Waters to HUD Secretary Shaun Donovan (Apr. 14, 2010).