# Exhibit C

## The 2007 Act

Department of Defense Appropriations Act, 2008, Pub. L. No. 110-116, 121 Stat. 1295 (Nov. 13, 2007).

PUBLIC LAW 110–116—NOV. 13, 2007     121 STAT. 1295

Public Law 110–116
110th Congress

## An Act

Making appropriations for the Department of Defense for the fiscal year ending September 30, 2008, and for other purposes.

Nov. 13, 2007
[H.R. 3222]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. TABLE OF CONTENTS.**

The table of contents for this Act is as follows:

Sec. 1. Table of contents.
Sec. 2. References.

DIVISION A—DEPARTMENT OF DEFENSE, 2008

Title I—Military Personnel
Title II—Operation and Maintenance
Title III—Procurement
Title IV—Research, Development, Test and Evaluation
Title V—Revolving and Management Funds
Title VI—Other Department of Defense Programs
Title VII—Related Agencies
Title VIII—General Provisions

DIVISION B—FURTHER CONTINUING APPROPRIATIONS, 2008

**SEC. 2. REFERENCES.**

1 USC 1 note.

Except as expressly provided otherwise, any reference to "this Act" contained in any division of this Act shall be treated as referencing only to the provisions of that division.

### DIVISION A—DEPARTMENT OF DEFENSE

Department of Defense Appropriations Act, 2008.

That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 2008, for military functions administered by the Department of Defense and for other purposes, namely:

### TITLE I

### MILITARY PERSONNEL

#### MILITARY PERSONNEL, ARMY

For pay, allowances, individual clothing, subsistence, interest on deposits, gratuities, permanent change of station travel (including all expenses thereof for organizational movements), and expenses of temporary duty travel between permanent duty stations, for members of the Army on active duty, (except members of reserve components provided for elsewhere), cadets, and aviation cadets; for members of the Reserve Officers' Training Corps; and

PUBLIC LAW 110–116—NOV. 13, 2007          121 STAT. 1343

is available for work on State and private lands using all the authorities available to the Forest Service;

"(4) $25,000,000 shall be available for rehabilitation and restoration of Federal lands; and

"(5) $14,000,000 shall be available for reconstruction and construction of Federal facilities and may be transferred to and merged with 'Forest Service—Capital Improvement and Maintenance'.

"(b) Notwithstanding any other provision of this joint resolution, and in addition to amounts otherwise available by this joint resolution, there is appropriated $171,000,000 for 'Department of the Interior—Bureau of Land Management—Wildland Fire Management', to remain available until expended. Of such funds—

"(1) $40,000,000 shall be available for emergency wildfire suppression;

"(2) $115,000,000 shall be used within 30 days of enactment of this section for repayment to other accounts from which such funds were transferred in fiscal year 2007 for wildfire suppression so that all such transfers for fiscal year 2007 are fully repaid; [Deadline.]

"(3) $10,000,000 shall be available for hazardous fuels reduction activities; and

"(4) $6,000,000 shall be available for rehabilitation and restoration of Federal lands.

"(c) Each amount provided by this section is designated as an emergency requirement and necessary to meet emergency needs pursuant to subsections (a) and (b) of section 204 of S. Con. Res. 21 (110th Congress), the concurrent resolution on the budget for fiscal year 2008.

"SEC. 158. (a) Notwithstanding any other provision of this joint resolution, and in addition to amounts otherwise made available by this joint resolution, there is appropriated $2,900,000,000 for 'Department of Homeland Security—Federal Emergency Management Agency—Disaster Relief', to remain available until expended.

"(b) The amount provided by this section is designated as an emergency requirement and necessary to meet emergency needs pursuant to subsections (a) and (b) of section 204 of S. Con. Res. 21 (110th Congress), the concurrent resolution on the budget for fiscal year 2008.

"SEC. 159. (a) Notwithstanding any other provision of this joint resolution, and in addition to amounts otherwise made available by this joint resolution, there is appropriated $3,000,000,000 for 'Department of Housing and Urban Development—Community Planning and Development—Community Development Fund', to remain available until expended, to enable the Secretary of Housing and Urban Development to make a grant or grants to the State of Louisiana solely for the purpose of covering costs associated with otherwise uncompensated but eligible claims that were filed on or before July 31, 2007, under the Road Home program administered by the State in accordance with plans approved by the Secretary. [Grants. Louisiana.]

"(b) In allocating funds under this section, the Secretary of Housing and Urban Development shall ensure that such funds serve only to supplement and not supplant any other State or Federal resources committed to the Road Home program. No funds shall be drawn from the Treasury under this section beyond those necessary to fulfill the exclusive purpose of this section.

121 STAT. 1344   PUBLIC LAW 110–116—NOV. 13, 2007

"(c) The amount provided by this section is designated as an emergency requirement and necessary to meet emergency needs pursuant to subsections (a) and (b) of section 204 of S. Con. Res. 21 (110th Congress), the concurrent resolution on the budget for fiscal year 2008.".

Approved November 13, 2007.

---

LEGISLATIVE HISTORY—H.R. 3222:
HOUSE REPORTS: Nos. 110–279 (Comm. on Appropriations) and 110–434 (Comm. of Conference).
SENATE REPORTS: No. 110–155 (Comm. on Appropriations).
CONGRESSIONAL RECORD, Vol. 153 (2007):
　　Aug. 4, considered and passed House.
　　Oct. 2, 3, considered and passed Senate, amended.
　　Nov. 8, House and Senate agreed to conference report.

○