# Exhibit G

**Louisiana Recovery Authority's Strategic Plan for Fiscal Year 2008-2009**



# LOUISIANA RECOVERY AUTHORITY

# STRATEGIC PLAN

# FY 2008/2009

# BACKGROUND

Hurricanes Katrina and Rita devastated South Louisiana, claiming 1,464 lives, destroying more than 200,000 homes and 18,000 businesses. The Louisiana Recovery Authority (LRA) is the planning and coordinating body that was created in the aftermath of these storms by Governor Kathleen Babineaux Blanco to lead one of the most extensive rebuilding efforts in the world. Appointed by the Governor and confirmed by the Senate, the organization's 33-member body is charged with securing funding for the recovery, coordinating across jurisdictions, supporting community recovery and resurgence, ensuring integrity and effectiveness, and planning for the rebuilding of Louisiana. The Louisiana Recovery Authority was created by Executive Order in 2005 and in statute through Act 5 of the 2006 1st Extraordinary Session of the Louisiana Legislature. The organizational sunset date of the agency is July 1st, 2010, unless further extended by the Legislature.

## VISION

Hurricane impacted regions of the state are rebuilt and revitalized to be physically safe and economically strong providing a high quality of life while maintaining Louisiana's rich cultural heritage.

## MISSION

The mission of the Louisiana Recovery Authority is to ensure that Louisiana rebuilds safer, stronger and smarter than before.  There are five areas of focus: securing funding and other resources needed for the recovery, establishing principles and policies for redevelopment, leading long-term community and regional planning efforts, ensuring transparency and accountability in the investment of recovery funds, and communicating progress, status and needs of the recovery to officials, community advocates and the public.  Throughout its initiatives, the LRA is committed to a recovery and rebuilding process that is fair and equitable to everyone.

## PHILOSOPHY

- Louisiana will set the example in accountability assuring that transactions related to recovery are transparent and follow appropriate accounting principles.
- Resources will be allocated in proportion to the need with appropriate consideration given to both the southeast and southwest parishes.
- Louisiana will resist the inertia that would lead us to rebuild infrastructure as it was; rather we will seek all opportunities to rebuild in a way that creates efficiencies and supports our statewide agenda of rebuilding safer, stronger, and smarter.
- Louisiana will rebuild based on our existing competitive advantages derived from our geography, resources and culture while seeking further economic diversification.
- Planning and rebuilding will be inclusive of citizen input and local wisdom.
- Cooperation and coordination among agencies and government will be the hallmark of recovery efforts.
- Louisiana will actively seek assistance from federal and non-governmental resources beyond the realm of traditional state-run programs.

## GOALS:

**I.**     Secure Funding for Recovery and Rebuilding

**II.**    Identify, Prioritize and Address Critical Short-Term Recovery Issues

**III.**   Rebuild Louisiana In Accordance with Louisiana Speaks and Smart Growth Principles

**IV.**    Provide Oversight and Accountability

**V.**     Communicate Progress, Status and Needs of the Recovery

## GOAL I: SECURE FUNDING FOR RECOVERY AND REBUILDING

**OBJECTIVE I.1:**   Develop and maintain federal priorities with input from Congressional delegation, state agencies, local government, nonprofits and businesses (Road Home shortfall, levees and coastal protection funding, rental development, planning implementation, etc.)

      Strategy I.1.1:   Identify short and long term federal recovery and rebuilding priorities

      Strategy I.1.2:   Ensure that federal priorities are adopted by the LRA board and Governor

      Strategy I.1.3:   Publish federal priorities and circulate to the public

      Strategy I.1.4:   Share federal priorities with Congressional delegation and members of Congress and seek their support

**OBJECTIVE I.2:**   Develop broad state and region wide consensus on both federal and state recovery and rebuilding priorities

      Strategy I.2.1:   Meet with local officials to share federal and state priorities

      Strategy I.2.2:   Meet with new legislators to educate about the recovery

      Strategy I.2.3:   Seek local adoption of federal and state priorities

**OBJECTIVE I.3:**   Identify state legislative priorities for recovery goals

      Strategy I.3.1:   Identify state legislative priorities from local plans, Louisiana Speaks, and the State Recovery Plan that require state legislation, state funding or other action

      Strategy I.3.2:   Build case for targeted state funding

      Strategy I.3.3:   Communicate state legislative priorities with legislators and new administration

**OBJECTIVE I.4:**   Develop a targeted approach to secure federal funding for the recovery

4

Strategy I.4.1:       Partner with private sector, nonprofit organizations, faith-based institutions and public for strategic messaging of state and federal priorities

Strategy I.4.2:       Regularly update public on what funding objectives we are asking for and how we are doing it

Strategy I.4.3:       Identify key members of Congress willing to serve as individual champions of particular issues

Strategy I.4.4:       Target Presidential campaigns to provide input on their Gulf Coast recovery platforms

Strategy I.4.5:       Coordinate with media allies on our state and federal priorities to continue to maintain public support

## PERFORMANCE INDICATORS:

OUTPUT:       Develop and maintain federal funding priorities with input from Congressional delegation, state agencies, local government, nonprofits and businesses

OUTCOME:       Federal priorities are supported by the Louisiana Congressional delegation

## GOAL II: IDENTIFY, PRIORITIZE AND ADDRESS CRITICAL SHORT-TERM RECOVERY ISSUES

**OBJECTIVE II.1:** Use data indicators to create comprehensible reports that highlight progress, status and needs in integral recovery subject areas

Strategy II.1.1: Collect and analyze data in a variety of recovery areas

Strategy II.1.2: Perform research and report production for each recovery area as needed

**OBJECTIVE II.2:** Ensure owners of single family homes receive financial resources and useful information that enables them to repair and rebuild

Strategy II.2.1: Work with the Office of Community Development, ICF, the LRA Housing Task Force, and stakeholder groups to ensure that the operational processes of Road Home Program are efficient, accurate and accountable

Strategy II.2.2: Monitor ICF's compliance with all of its performance benchmarks

Strategy II.2.3: Ensure homeowners are provided with tools and information to avoid unscrupulous contractors

Strategy II.2.4: Work with Louisiana Land Trust to ensure their properties are maintained, that disposition is coordinated with the parishes consistent with their recovery plans in a timely manner, and that the revenue from the property is monitored

Strategy II.2.5: Coordinate, target and leverage the existing housing assistance programs currently available through the Louisiana Housing Finance Agency (LHFA) and other housing finance entities to the needs of the recovery

Strategy II.2.6: Monitor the progress of the Louisiana Cottages program under the direction of the Louisiana Housing Finance Agency

Strategy II.2.7: Inventory and monitor federal legislation that creates or impedes the production of permanent housing

6

| Strategy II.2.8: | Monitor and assist legal efforts to collect insurance underpayments for Road Home applicants |
|---|---|
| Strategy II.2.9: | Work with the parishes to encourage development of new single family homes on vacant, blighted, adjudicated or Road Home Properties |

**OBJECTIVE II.3:**    Ensure the housing resources are available for renters through small rentals, multi-family rentals or through first time homeownership opportunities

| Strategy II.3.1: | Support the Office of Community Development and Louisiana Housing Finance Agency in completing the rental and affordable housing assistance programs, and ensure applicants have the resources to complete their projects |
|---|---|
| Strategy II.3.2: | Seek additional resources for the first time homeowner program and for quality and affordable, market rate rental housing developments for all income levels |
| Strategy II.3.3: | Build public and community support for mixed income developments |
| Strategy II.3.4: | Assist in marketing the Louisiana Housing Search web tool (LAHousingSearch.org) to connect displaced families with available rental housing as it comes back into the market |
| Strategy II.3.5: | Work with LHFA and local agencies to create regional affordable housing |
| Strategy II.3.6: | Work to ensure availability of housing for households needing supportive services |
| Strategy II.3.7: | Support implementation of first time home buyer pilot for renters and seek resources for an expansion of the pilot program |
| Strategy II.3.8: | Connect local community plans for housing with financial resources |
| Strategy II.3.9: | Inventory and monitor federal legislation that creates or impedes the production of rental housing |

**OBJECTIVE II.4:**        Promote the rebuilding of public infrastructure that is more cost efficient, environmentally sound, disaster resistant and follows smart growth principles

Strategy II.4.1:        Monitor the FEMA Public Assistance Program and problem-solve where local, state or federal bottlenecks to rebuilding exist

Strategy II.4.2:        Assist applicants in looking for additional alternate funding streams to repair and rebuild structures damaged by the storms as FEMA's program will not in all cases return structures to a useable condition

Strategy II.4.3:        Monitor the rebuilding of local and municipal government infrastructure such as public buildings, emergency responder facilities (fire, police and EMS departments), libraries, parks and public housing

Strategy II.4.4:        Advance road reconstruction efforts by pushing for flood damaged roads to be eligible for the FEMA Public Assistance Program and HMGP funding for those routes that serves as evacuation arteries

Strategy II.4.5:        Promote the creation of safe, efficient, and regionally coordinated transportation and transit systems (airports, busses, railways, ferries) in the affected areas

Strategy II.4.6:        Lead and coordinate the efforts to implement the transportation goals outlined in the Louisiana Speaks Regional Plan and the Louisiana Statewide Transportation Plan

Strategy II.4.7:        Monitor the progress of road infrastructure reconstruction

Strategy II.4.8:        Promote the restoration of public port infrastructure to provide viable operations by monitoring repair plans that address the needs of the ports and their users.  When possible, promote strategies that mitigate against future storm impacts and loss of port business

Strategy II.4.9:        Work to find adequate funding to repair and/or rebuild of damaged public waste water and water treatment systems. When possible, provide assistance in obtaining funds for plants and facilities that are more cost efficient, environmentally sound, disaster resistant and incorporates

smart growth principles or other benefits such as surge protection

Strategy II.4.10:    Garner additional state and/or federal funding to address shortfalls in public infrastructure rebuilding funds resulting from the Stafford Act only being able to rebuild structures to their pre-storm condition

**OBJECTIVE II.5:**    Promote the growth and rebuilding of Louisiana's business interests, particularly in critical recovery related economic sectors

Strategy II.5.1:    Oversee implementation of business recovery programs with LED and OCD including close-out Bridge Loan; BRGL Round I, launching Round II, and oversight of Technical Assistance program

Strategy II.5.2:    Oversee implementation of Tourism Marketing programs with CRT & OCD

Strategy II.5.3:    Coordinate economic development programs and priorities with parish plan priorities

Strategy II.5.4:    Increase public awareness of and support for the continuing need for incentives and funding which can assist our businesses and citizens to return and thrive

Strategy II.5.5:    Incentivize forward-looking economic development such as economic diversification, especially in New Orleans region

Strategy II.5.6:    Promote the recovery of industry strongholds in post-storm environment

Strategy II.5.7:    Promote the development of innovative technologies in all industries, including traditional industries

Strategy II.5.8:    Work to provide viable impacted businesses with assistance that reduces disaster-related closures and builds capacity for growth

Strategy II.5.9:    Build support from the business community for an insurance solutions agenda

Strategy II.5.10:    Work with most impacted parishes to increase usage of incentives provided in the GO Zone Act

| Strategy II.5.11: | Support development of new recovery industry opportunities such as utilizing existing off-shore assets for the establishment of Louisiana mariculture/sea farming business and developing coastal restoration solutions that can be exported to other coastal areas |
|---|---|
| Strategy II.5.12: | Monitor and support fisheries sector's ongoing needs |
| Strategy II.5.13: | Work toward the return of cultural community including musicians and artists and facilitate growth of cultural economy through affordable housing, job and entrepreneurial opportunities, tax incentive and other support programs |
| Strategy II.5.14: | Work to ensure that coordinated marketing campaigns and local economic development strategies include mechanisms to attract tourists and business conventions |
| Strategy II.5.15: | Support implementation of Research Commercialization strategic plan findings |

**OBJECTIVE II.6:**   Promote the development of a trained workforce that supports the short and long-term recovery of the Louisiana economy with special emphasis on critical sectors in the impacted areas

| Strategy II.6.1: | Oversee implementation of Recovery Workforce Program with Workforce Commission and OCD |
|---|---|
| Strategy II.6.2: | Oversee implementation of Research Commercialization and Educational Enhancement program with Regents and OCD |
| Strategy II.6.3: | Coordinate LED and Workforce Training agencies to support the expansion of any existing Louisiana-based "innovative building system" housing manufacturers |
| Strategy II.6.4: | Coordinate workforce development programs and priorities with parish plan priorities |
| Strategy II.6.5: | Develop, maintain, and communicate a clear analysis of the workforce crisis in the impacted areas |
| Strategy II.6.6: | Assess what resources to workforce recovery have been provided to this issue and their effectiveness |

| | |
|---|---|
| Strategy II.6.7: | Help recruit displaced and new workers back to the hurricane-impacted parishes through coordinated marketing of programs, training and housing |
| Strategy II.6.8: | Support efforts that connect available jobs with local and displaced workers |
| Strategy II.6.9: | Work to increase targeted workforce training resources to support strategic sector-based training |
| Strategy II.6.10: | Promote recovery spending that develops and benefits Louisiana's indigenous workforce |

**OBJECTIVE II.7:**   Promote available, affordable insurance for homeowners, businesses and infrastructure

| | |
|---|---|
| Strategy II.7.1: | Support federal and state efforts to establish a national catastrophe fund |
| Strategy II.7.2: | Identify policy issues that could lower the cost of homeowner, property and casualty insurance (produce research to support these outcomes) and support those activities with legislative action.  This includes mitigation, implementing land use plans, and market development incentives. |
| Strategy II.7.3: | Provide assistance to the Commissioner of Insurance to recruit additional insurance companies to write policies in the state (currently funded with $100 million of incentives by the state Legislature) |
| Strategy II.7.4: | Educate insurance and reinsurance markets on Louisiana's recovery mitigation efforts, new state building codes and their effect on reducing risk in Louisiana |

**OBJECTIVE II.8:**   Target hazard mitigation investments and promote and monitor their effectiveness at providing for future safety

| | |
|---|---|
| Strategy II.8.1: | Track the effectiveness of the mitigation efforts in the Road Home for elevations, acquisitions and flood and wind proofing |
| Strategy II.8.2: | Monitor traditional HMGP program activity and other HMGP investments outside Road Home dollars |

11

Strategy II.8.3:        Track amount of HMGP from GOHSEP reports of newly
                        revised "lock in" amounts as Public Assistance funds
                        increase

Strategy II.8.4:        Coordinate new funding possibilities with GOHSEP and
                        parishes

Strategy II.8.5         Recommend allocations and program goals for any
                        additional Hazard Mitigation Grant Program funds


**OBJECTIVE II.9:**      Promote the rebuilding of K-12 educational facilities and support
                        the reform efforts to improve the long term delivery of public
                        education in the impacted areas

Strategy II.9.1:        Monitor the reconstruction of damaged schools and ensure
                        available CDBG reconstruction funds are directed where
                        the need is greatest

Strategy II.9.2:        Support school repair and rebuilding efforts with PA and
                        federal funds

Strategy II.9.3:        Work with school districts to ensure that their plans are
                        consistent with best practices for school design, efficiency
                        and community access and in coordination with local
                        redevelopment plans

Strategy II.9.4:        Support initiatives that will help attract and retain highly
                        qualified school teachers and principals in most affected
                        areas

Strategy II.9.5:        Fundraise and support school reform initiatives that are
                        being led by groups like New Schools for New Orleans and
                        New Leaders for New Schools

Strategy II.9.6:        Assist the State Superintendent of Education and the
                        Recovery School District Chief in ongoing reforms

Strategy II.9.7:        Help build and strengthen community support for
                        educational improvement

Strategy II.9.8:        Investigate other education policy efforts that will be
                        important for long term improvements to education

**OBJECTIVE II.10:**     Support state and local efforts for the recovery of healthcare infrastructure and programs, and support ongoing reforms to Louisiana's public health care delivery model

> Strategy II.10.1:     Monitor the inventory of the loss of services from pre-storm to current levels and identify new needs

> Strategy II.10.2:     Work with state and federal agencies to support construction of the joint VA-state academic medical center in downtown New Orleans

> Strategy II.10.3:     Work with the Department of Health and Hospitals and federal officials to ensure implementation of medical home delivery system model in New Orleans and Southwest Louisiana

> Strategy II.10.4:     Engage with the staff of the Healthcare Redesign Collaborative on the ongoing implementation of the redesign goals

> Strategy II.10.5:     Bolster the healthcare workforce through federal and state programs

> Strategy II.10.6:     Support New Orleans, St. Bernard, Plaquemines and Cameron as they rebuild their hospitals

> Strategy II.10.7:     Work with state and local agencies to create neighborhood health clinics and spur community development

> Strategy II.10.8:     Continue to create and maintain permanent supportive housing services within Road Home rental redevelopment programs, and secure additional PSH vouchers from Congress

**OBJECTIVE II.11:**     Support an integrated human services infrastructure in impacted areas that provides comprehensive services including mental health, job services, counseling, transportation, and childcare

> Strategy II.11.1:     Monitor the transition of evacuee families from temporary to permanent housing

> Strategy II.11.2:     Work with state and federal agencies to ensure that mental health and other human services are provided to evacuee families

Strategy II.11.3:    Identify additional state, federal and nonprofit resources to address human services needs

Strategy II.11.4:    Identify supportive services as they relate to homeowners with disabilities faced with repairing or rebuilding

Strategy II.11.5:    Utilize recovery funds and projects whenever possible and appropriate, to embed prevention as a fundamental component of human services in Louisiana

Strategy II.11.6:    Work to fill gaps in the delivery of comprehensive social services to all evacuees, both in and out of state, until they can return to their communities. Special emphasis will be placed on those displaced to group trailer sites

Strategy II.11.7:    Review community plans for specific human services recovery needs, including needs compounded by the disaster

Strategy II.11.8:    Monitor the existing CDBG funds for homeless services and facilities and SSBG funds for human services needs

Strategy II.11.9:    Rebuild capacity for homeless services in impacted areas to meet the new demand so that all our citizens have access to shelter and basic necessities

**OBJECTIVE II.12:**    Promote sound Environmental policies and practices in impacted areas

Strategy II.12.1:    Work to ensure that the state's marine and coastal waters and adjacent marshlands and bayous have 100% federal funding in place so that all waterways are mapped by NOAA and storm related debris is removed

Strategy II.12.2:    Promote demolition and disposal of C&D debris

Strategy II.12.3:    Promote implementation of Green construction and energy conservation in schools, houses and other public buildings

Strategy II.12.4:    Support neighborhood plans that address green design

Strategy II.12.5:    Work to ensure that all public and private commercial projects meet or exceed the existing Commercial Building Energy Conservation Code

Strategy II.12.6:     Work to ensure that 100% of new projects conform to the State Uniform Construction Code.  Incentives may be utilized to encourage beyond code construction, such as promoting LEED standard

Strategy II.12.7:     Establish recycling capabilities (led by private sector) in order to realize on-going benefits and be prepared prior to a disaster

**OBJECTIVE II.13:**     Promote the creation, funding and implementation of a comprehensive coastal protection system

Strategy II.13.1:     Promote federal legislation to fully fund levee construction needs without a requirement for a state match of 35%

Strategy II.13.2:     Work with CPRA to seek near term funds for coastal restoration efforts

Strategy II.13.3:     Work with Louisiana Speaks action goals to incentivize development away from high-risk coastal areas or to create conservation credits

Strategy II.13.4:     Coordinate with the Governor's Office of Coastal Affairs and Coastal Protection and Restoration Authority if Louisiana to advance the goals outlined in their Master Plan

Strategy II.13.5:     Support state and local requests for federal aid for hurricane protections and coastal restoration

Strategy II.13.6:     Promote funding, implementation, and monitoring of 3 new "Wetlands Water Discharge Treatment" projects using treated effluent to stimulate wetlands growth and restoration

Strategy II.13.7:     Work to ensure that Federal Levees are built to withstand a 100 Year Storm

**PERFORMANCE INDICATORS:**

INPUT:          Number of critical short-term recovery issues identified
OUTCOME:        Number of critical short-term recovery issues being resolved

## GOAL III: REBUILD LOUISIANA IN ACCORDANCE WITH LOUISIANA SPEAKS AND SMART GROWTH PRINCIPLES

**OBJECTIVE III.1:**     Work with the Legislature and Governor to support and institutionalize effective state land use planning efforts

    Strategy III.1.1:    Create Office of State Planning

    Strategy III.1.2:    Provide external support to ensure the priorities of Louisiana Speaks are supported and adopted

    Strategy III.1.3:    Partner with Louisiana Speaks and other partners to develop a legislative and gubernatorial strategy to ensure buy-in

**OBJECTIVE III.2:**     Support and enhance effective planning at regional and local levels

    Strategy III.2.1:    Connect the state's academic resources to community planning initiatives

    Strategy III.2.2:    Make Technical Assistance workshops an ongoing initiative

    Strategy III.2.3:    Monitor parish capacity-building funds and make technical assistance funds available as necessary

    Strategy III.2.4:    Hold resource fairs and investment trips to target potential investors

    Strategy III.2.5:    Monitor parish and regional legislative initiatives, particularly in southeast Louisiana to ensure coordination and consistency with LRA, gubernatorial, state and federal priorities

    Strategy III.2.6:    Develop model codes for community development

    Strategy III.2.7:    Develop a legislative and gubernatorial strategy to ensure buy-in

**OBJECTIVE III.3:**     Enable parishes to implement Parish Recovery Plans

    Strategy III.3.1:    Facilitate the development of tracking mechanisms that show Parish Rebuilding Plans funded with CDGB funds are progressing.  Work with OCD/DRU to get monthly updates

on all parish plans submitted that show application status and "draw" down of funds

Strategy III.3.2:  Work with parishes to secure priority status for target GO Zone bond projects that are consistent with Parish Recovery Plans

Strategy III.3.3:  Coordinate recovery project priorities established by parishes with project priorities of the state agencies (including alternative modes of transportation such as pedestrian, bicycle and commuter rail, and LADOTD's priority project lists)

Strategy III.3.4:  Forge greater partnership with schools, health clinics and other aspects of community life to ensure they are consistent with plans

Strategy III.3.5:  Expedite provision of financial resources to local governments for planning purposes

Strategy III.3.6:  Provide monitoring to ensure state, local and federal programs are consistent with Louisiana Speaks and Parish Rebuilding Plans

Strategy III.3.7:  Coordinate and monitor implementation of Parish Hazard Mitigation Plan recommendations on a quarterly basis

**OBJECTIVE III.4:**   Develop broad based support for smart growth and planning initiatives

Strategy III.4.1:  Ensure citizen input as plans are developed, implemented, and/or changed

Strategy III.4.2:  Create a Louisiana Location Index to link policies and incentives to a map of the state, for the coordination of the implementation of Louisiana Speaks and local plans

Strategy III.4.3:  Partner with Louisiana Speaks 501c (3) to create a Louisiana Speaks Certified Smart Growth Community award program

**OBJECTIVE III.5:**   Prioritize and fund high-visibility recovery projects that will have an immediate impact

Strategy III.5.1:  Conduct feasibility study for Louisiana Rail RFP

17

<u>Strategy III.5.2:</u>       Work with state and federal agencies to support
                              construction of the joint VA-state academic medical center
                              in downtown New Orleans

<u>Strategy III.5.3:</u>       Ensure balance between short and long term projects


**OBJECTIVE III.6:**       Ensure that Road Home property buyouts are redeveloped or
                           green-spaced consistent with principles of Louisiana Speaks and
                           Parish Rebuilding Plans

## PERFORMANCE INDICATORS:

INPUT:          Number of technical assistance meetings held with
                regional, parish and community leaders to provide guidance
                on rebuilding plans

OUTPUT:         Percent of Parish Plans approved by the LRA

OUTCOME:        Percent of parish and regional recovery projects funded that
                are consistent with Louisiana Speaks

## GOAL IV: PROVIDE OVERSIGHT AND ACCOUNTABILITY

**OBJECTIVE IV.1:**   Set goals, performance measures, clear accountability structure and timelines with agencies for each new and existing program initiative

**OBJECTIVE IV.2:**   Monitor and document progress, problems, and use of funds

Strategy IV.2.1:   Ensure committees and task forces conduct ongoing monitoring and reporting of recovery programs

Strategy IV.2.2:   Publicly report performance reviews and audit findings of CDBG and other recovery programs, and track the resolution of findings to determine if they were resolved

Strategy IV.2.3:   Regularly report expenditures of federal and state recovery funds including the Federal Emergency Management Agency, Louisiana Land Trust, Small Business Administration and National Flood Insurance Program

**OBJECTIVE IV.3:**   Routinely report on progress to the LRA board and the public through public meetings and publications, such as Quarterly Reports

## PERFORMANCE INDICATORS:

OUTPUT:   Number of LRA approved program performance reports delivered to the LRA board and public

## GOAL V: COMMUNICATE PROGRESS, STATUS AND NEEDS
## OF THE RECOVERY

**OBJECTIVE V.1:**          Communicate top recovery needs to the LRA board, officials, community advocates and public

       Strategy V.1.1:          Use measurable indicators to communicate progress, status, and needs and status of the recovery

       Strategy V.1.2:          Maintain regular interaction with national and local editorial boards on recovery status and ongoing challenges

       Strategy V.1.3:          Develop a website that holds database of information that is well organized and easily accessible

       Strategy V.1.4:          Schedule regular meetings with local recovery officials, advocates, faith-based groups and non-profits to share progress, needs and status, communicate a unified message, assess needs, and report back to staff

       Strategy V.1.5:          Conduct "road shows" to communicate progress, status and needs of the recovery through speaking engagements

       Strategy V.1.6:          Give scheduled recovery awards for excellence in recovery and rebuilding

## PERFORMANCE INDICATORS:

       OUTPUT:          Number of press releases that effectively communicate the progress, status and needs of the recovery

       OUTPUT:          Number of progress report publications provided to the legislature and the public