# Exhibit J

**LRA Recovery Budget and Program Updates, Robin Keegan (May 10, 2010)**




## Disaster Recovery Budget and Program Updates
### Robin Keegan

**May 10, 2010**

## Budget Overview
As of April 30, 2010

| | Encumbered | Expended | In Process |
|---|---|---|---|
| Homeowner Assistance* | $10,348,438,929 | $9,416,378,266 | $932,060,663 |
| Rental** | | | |
| Small Rental Property Program | $722,462,250 | $221,415,344 | $501,046,906 |
| Piggyback Program | $581,046,000 | $318,790,553 | $262,255,447 |
| **Rental Sub-Total** | **$1,303,508,250** | **$540,205,897** | **$763,302,353** |
| Other Housing Programs | $279,730,000 | $64,767,747 | $214,962,253 |
| | | | |
| Infrastructure | | | |
| Long Term Community Recovery | $700,000,000 | $32,531,846 | $667,468,154 |
| Primary and Secondary Education | $247,500,000 | $86,215,311 | $161,284,689 |
| Ratepayer Mitigation | $200,000,000 | $180,812,593 | $19,187,407 |
| Local Government | $112,287,731 | $7,967,514 | $104,320,217 |
| Fisheries Assistance | $28,750,000 | $55,036 | $28,694,964 |
| **Infrastructure Sub-Total** | **$1,288,537,731** | **$307,582,300** | **$980,955,431** |
| | | | |
| Economic Development | $322,555,663 | $253,351,634 | $69,204,029 |
| | | | |
| Planning & Environmental Clearance | $20,783,475 | $16,492,120 | $4,291,355 |
| | | | |
| Administration | $217,900,000 | $52,922,999 | $164,977,001 |
| | **$13,781,454,048** | **$10,651,700,963** | **$3,129,753,085** |

* Includes $372 million in State General Fund. Total CDBG allocation for Road Home Homeowner Assistance is $9,978,000,000.

** Louisiana must spend at least $812 million (19.33% of second allocation of $4.2 billion) on affordable rental repair and development.

1



### Road Home - Budget

as of April 30, 2010

**Homeowner Program Current Balance:**
**$10.349Billion - $9.416Billion = $0.933Billion**

**Outstanding estimated project costs:**
- **$195M\*** – Serving remaining homeowners
- **$317M** – Removing ACG cap
- **$   8M** – Sold Homes Program
- **$100M** – Individual Mitigation Measures
- **$160M** – Program delivery and LLT operations
- **$   5M** – Contaminated Drywall assistance
- **$785M** – Total

**$933M** Balance - **$785M** Projected Costs **=**

Approximately **$148M** left for unmet housing needs.

*\*Figure has been modified upward to account for all outstanding grants calculated. This number will likely decrease as some homeowners drop out of the program or are determined to be ineligible.*

2



### Homeowner Program Expenditures

Encumbered = $10.35B

Unmet RH Needs $.19B

Prgm Delivery & LLT $.17B

IMM Set Aside $.10B

Remaining Grants $.56B

Expended $9.32B

3





## Timeline of Homeowner Program

## Road Home – Remaining Challenges

### Homeowner Unmet Needs

**Target Population:** Option 1 recipients who are unable to re-occupy their homes

- Population estimated to be **10,000 in New Orleans and 20,000 statewide**

- **Variety of situations:**
  - ✓ Contractor Fraud / Negligence
  - ✓ Mortgage payoff
  - ✓ Forced to return SBA loan
  - ✓ Insufficient resources
  - ✓ Lack of income or credit to finance construction

5

## Addressing Unmet Needs

**Priorities:**



- **Provide options** for house-holds to re-occupy their homes

- **Restore** heavily damaged neighborhoods

- **Ensure** compliance and blight enforcement

6

## Addressing Unmet Needs



**Process:**
A Housing Counseling Approach
- Intake and Evaluation
- Services, Referrals and Solutions as indicated by individual situations

**Solutions:**
- Deadlines
- Housing Counseling/Covenant Monitoring
- Referrals to HMGP Elevation program
- Referrals to Non-Profit Rebuilding Pilot Program
- Construction Financing Program
- Conversion to Option 2 or 3
- Swaps to LLT or other properties
- Neighborhood Focus – Aligning Resources

7

4

 **Rental Housing - Budget Overview** 

## Overall
- **$1.3 billion** encumbered
- **$539 million** disbursed
- **$763 million** in process

**Small Rental**
- **$722 million** encumbered
- **$221 million** disbursed
- **$501 million** awarded in process

**Piggyback**
- **$581 million** encumbered
- **$318 million** disbursed
- **$263 million** awarded in process

8

 **Piggyback Projects by Parish** 

| Parish | # of Projects | Total CDBG Encumbered | # Closed Projects | Total CDBG Closed | # Not Closed | Not Closed * | Expended |
|---|---|---|---|---|---|---|---|
| Calcasieu | 10 | $81.4M | 5 | $41.6M | 5 | $39.8M | $22.2M |
| Cameron | 1 | $1.8M | 1 | $1.8M | 0 | $0 | $0 |
| Jefferson | 2 | $19.7M | 2 | $19.7M | 0 | $0 | $19.0M |
| Orleans | 32 | $374.5M | 25 | $303.8M | 7 | $72.3M | $221.3M |
| St. Bernard | 4 | $19.5M | 0 | $0 | 4 | $19.6M | $0 |
| St. James | 1 | $9.5M | 0 | $0 | 1 | $9.5M | $0 |
| St. Tammany | 3 | $42.0M | 2 | $33.3M | 1 | $8.7M | $31.3M |
| Terrebonne | 1 | $5.0M | 1 | $5.0M | 0 | $0 | $4.6M |
| Vermillion | 3 | $29.5M | 1 | $19.6M | 2 | $9.9M | $19.6M |
| **Total** | **57** | **$582.9M** | **37** | **$424.7M** | **20** | **$159.7M** | **$318.8M** |

| | |
|---|---|
| Program Delivery and ODLP: | $15.5M |
| **Total Committed:** | **$598.4M** |
| Total Allocation: | $581.0M |
| **Oversubscribed:** | **$17.4M** |

5







## LIHTC Piggyback – Expenditures and Budget

***At current rate, all funds will be expended by: Dec 2011**

## Loan Closings/Construction

### Projects not closed

| Parish | # Projects | Total Award Amount |
|---|---|---|
| Calcasieu | 5 | $ 39,813,884 |
| Orleans | 7 | $ 72,252,615 |
| St. Bernard | 4 | $ 19,545,577 |
| St. James | 1 | $ 9,525,000 |
| St. Tammany | 1 | $ 8,730,000 |
| Vermilion | 2 | $ 9,850,000 |
| **Grand Total** | **20** | **$ 159,717,076** |

| Total Awarded | 57 |
|---|---|
| Total Completed | 18 |
| Closed/Under Const. | 19 |
| Not Closed | 20 |

## Orleans Detail

**Total Projects:  32**
- $375M in CDBG
- 5,157 total units
- 3,106 affordable (383 PSH)
- 2,051 market rate

**Completed Projects:  12**
- $157M in CDBG
- 1,754 total units
- 844 affordable (118 PSH)
- 910 market rate

**Closed/Under Construction:  13**

**Yet to close financing:  7**

| Not Closed in Orleans | # Projects | Award Amount |
|---|---|---|
| Bond Commission | 3 | $14,159,179 |
| PIS Date Extension | 4 | $58,093,436 |
| Total | 7 | $72,252,615 |

## Occupancy



*As of Dec 31, 2009

| Project | # Units | # Affordable | # Market | Occ. % Affordable | Occ. % Market |
|---|---|---|---|---|---|
| Calcasieu | 120 | 84 | 36 | 63.33% (38) | N/A |
| Cameron | 30 | 29 | 1 | 82.76% (24) | 0% (0) |
| Orleans | 1,754 | 844 | 910 | 94.4% (797) | 79.9% (727) |
| St. Tammany | 250 | 100 | 150 | 100% (100) | 32.67 (44) |
| Vermilion | 250 | 100 | 150 | 100% (100) | 67.33% (101) |
| **Total** | **2,404** | **1,157** | **1,247** | **91.53% (1,059)** | **69.93% (872)** |

**79% across the board occupancy**

7



## Leveraged Funding

**Multiple sources** captured under **"Other Private" include**, but are not limited to, the following:
- 1st Mortgage
- Historic Federal Tax Credits
- Historic State Tax Credits
- Deferred Developer Fee
- City of New Orleans funding/grants
- HANO funding
- Etc.

Pie chart:
- Other Private 22%
- CDBG 36%
- LIHTC Equity 42%



## Piggyback Deadlines

| PIS Extension / 1602 Exchange NOT Approved by Dec 31, 2010 | PIS Extension Approved |
|---|---|
| • Any funding currently obligated in the Piggyback Program via Award Acceptance Agreement will be de-obligated and reallocated to a rental pool<br><br>• Once the state meets its federal requirement for creating affordable rental housing, any excess funds in this pool may be reallocated in accordance with the reallocation plan approved by the LRA's board | • Developers have only six months from the date of the extension to close on their CDBG loans<br><br>• Funds not closed will be reallocated to a rental pool<br><br>• Projects failing to close because of delays caused by the capacity of the state may be granted an extension by the Executive Director of the OCD/DRU. |

8




## Small Rental Property Program

- A **$608M program to rebuild 11,500 rental units** destroyed by hurricanes Katrina and Rita.  90% of these units will be affordable.

- Eligible applicants are **owners of rental units** occupied before the storms

- Program **initially designed to provide an upfront subsidy** to reimburse construction costs incurred by landlords in exchange for 10 years of affordable rents

- **Program Improvements:**
    - ✓ Ability to provide advanced funding for construction
    - ✓ Increased flexibility in compliance to enable more landlords to complete
    - ✓ New administrator streamlines processes

- **Monthly production** of affordable units has **more than tripled** in the last year



## Parish Breakdown of Small Rental Program

| Parish | # of Landlords | # of Total Livable Units | Awarded | Award Amount Committed | |
|---|---|---|---|---|---|
| | | | | Expended | Balance |
| Acadia Parish | 4 | 12 | $669,000.00 | $0 | $669,000 |
| Calcasieu Parish | 144 | 316 | $11,923,320.17 | $2,008,350 | $9,914,971 |
| Cameron Parish | 6 | 16 | $1,019,000.00 | $0 | $1,019,000 |
| Iberia Parish | 6 | 14 | $667,000.00 | $108,000 | $559,000 |
| Jefferson Parish | 339 | 984 | $41,453,099.39 | $10,759,034 | $30,694,066 |
| Orleans Parish | 3,123 | 8,946 | $418,104,255.45 | $108,146,450 | $309,957,805 |
| Plaquemines Parish | 14 | 33 | $1,853,200.00 | $228,000 | $1,625,200 |
| St. Bernard Parish | 304 | 907 | $45,532,695.90 | $19,281,123 | $26,251,573 |
| St. Tammany Parish | 95 | 200 | $10,359,576.89 | $2,100,568 | $8,259,009 |
| Tangipahoa Parish | 9 | 13 | $426,176.81 | $123,227 | $302,950 |
| Terrebonne Parish | 6 | 11 | $646,000.00 | $0 | $646,000 |
| Vermilion Parish | 6 | 13 | $312,000.00 | $74,000 | $238,000 |
| Washington Parish | 18 | 37 | $1,436,550.00 | $237,000 | $1,199,550 |
| **Sub-Total** | **4,074** | **11,502** | **$534,401,875** | **$143,065,751** | **$391,336,124** |

| | |
|---|---|
| Deferred Owner Occupied: | $165,000,000 |
| **Total Committed:** | **$699,401,875** |
| CDBG Allocation: | $608,500,000 |
| **Oversubscribed:** | **$90,901,875** |

9











5/17/2010

## Expended/Committed

## Number of Properties Completed

19

## Timeline of SRPP Program

* Exceptions may be made for extenuating circumstances such as changes in leadership, additional disaster impacts, etc.

## Small Rental Deadlines

**1) Clear Title:**

- 335 Titles outstanding (299 requests are more than 90 days without response, representing around $24M in awards)
- Letters sent **4/15/2010**
- Have **45 days** to show that efforts have been made to produce clear titles
- Most titles that can be cleared already have, incentives put in place for people to clear titles (e.g. advanced funding, construction management initiatives)

**2) Sign Commitment Letters:**

- Approximately **168 landlords** have failed to turn in their commitment letters.
- Any outstanding commitment letters must be signed and returned by **5/31/10**

*1,200 landlords will choose between Construction Management and Advance at Title initiatives

21

# Infrastructure Program Summary

as of 4/30/2010

| Program | HUD Approved Allocations | # Approved Projects | Approved Projects Amounts | % of Allocations Approved | Disbursed | Pending Approval or Submittal |
|---|---|---|---|---|---|---|
| Long Term Community Recovery (LTCR) | $700,000,000 | 162 | $577,080,652 | 82% | $32,531,846 | $122,919,348 |
| Primary and Secondary Education | $247,500,000 | 39 | $138,572,505 | 56% | $86,215,311 | $108,927,495 |
| Local Government | $112,287,731 | 10 | $32,145,562 | 29% | $7,967,514 | $80,142,169 |
| Fisheries Assistance | $28,750,000 | 10 | $13,555,311 | 47% | $55,036 | $15,194,689 |
| Ratepayer Mitigation | $200,000,000 | 1 | $200,000,000 | 100% | $180,812,593 | $0 |
| **TOTAL** | **$1,315,137,731** | **222** | **$942,166,622** | **72%** | **$312,154,802** | **$372,971,109** |

• The **entire $700M** in LTCR has been **committed to parishes** through Cooperative Endeavor Agreements; **82%** of those funds have been **designated to specific approved projects**.

• The primary and secondary education allocations were **committed directly to local school boards** including the Recovery School District.

• **Ratepayer Mitigation dollars were committed to Entergy New Orleans** to repair electric and gas infrastructure and reduce costs that would be passed on to customers.  Invoices for the most of the balance have been submitted for review.

22



# Long Term Community Recovery by Parish

| Parish | Allocated | # Projects | Approved $$ | % Approved $$ | Pending Approval | Pending $$ | % Approved or Pending | Disbursed | Awaiting Parish Proposal |
|---|---|---|---|---|---|---|---|---|---|
| Orleans | $410,720,016 | 77 | $340,026,132 | 83% | 16 | $62,680,000 | 98% | $20,072,348 | $8,013,884 |
| St. Bernard | $ 91,185,319 | 3 | $80,976,854 | 89% | 3 | $3,250,000 | 92% | $2,076,194 | $6,958,465 |
| Jefferson | $ 50,120,337 | 30 | $44,523,739 | 89% | 2 | $1,523,286 | 92% | $171,251 | $4,073,312 |
| Plaquemines | $ 44,925,792 | 5 | $23,858,317 | 53% | 10 | $21,067,475 | 100% | $0 | $0 |
| Cameron | $ 29,622,944 | 4 | $29,622,944 | 100% | | | 100% | $1,739,176 | $0 |
| St. Tammany | $ 26,815,082 | 16 | $26,815,082 | 100% | | | 100% | $2,078,017 | $0 |
| Calcasieu | $ 18,391,496 | 3 | $12,695,748 | 69% | 0 | $0 | 69% | $2,373,561 | $5,695,748 |
| Vermilion | $ 7,651,424 | 10 | $7,651,424 | 100% | | | 100% | $834,021 | $0 |
| All Other Parishes | $ 20,567,590 | 14 | $10,910,412 | 53% | 6 | $5,861,540 | 82% | $3,187,278 | $3,795,638 |
| **Louisiana Total** | **$700,000,000** | **162** | **$577,080,652** | **82%** | **37** | **$94,382,301** | **96%** | **$32,531,846** | **$28,537,047** |

**11 of 23 parishes have committed 100% of their funding**

23







## Long Term Community Recovery

### Project Statuses

| Status | # Projects | Approved Amounts |
|---|---|---|
| Applications Approved | 162 | $577,080,652 |
| A/E Design Phase / Project Development | 89 | $294,084,923 |
| Construction Started / Implementation | 39 | $32,770,441 |
| Project Complete | 25 | $30,103,022 |

26

## Primary and Secondary Schools Recovery Projects by School District

| School District/Parish | Allocated | # Projects | Approved $$ | % Approved $$ | Pending Approval | Pending $$ | % Approved or Pending | Disbursed | Awaiting Parish Proposal |
|---|---|---|---|---|---|---|---|---|---|
| Recovery School District | $111,379,389 | 23 | $85,897,853 | 77% | 2 | $25,481,537 | 100% | $68,909,682 | $0 |
| St. Bernard | $39,742,999 | 4 | $35,866,817 | 90% | | | 90% | $15,166,785 | $3,876,182 |
| Orleans | $21,299,554 | 1 | $3,000,000 | 14% | | | 14% | | $18,299,554 |
| Plaquemines | $20,932,720 | 1 | $94,278 | 0% | 10 | $8,290,000 | 40% | $94,278 | $12,548,442 |
| St. Tammany | $19,647,306 | 1 | $1,592,223 | 8% | 4 | $5,363,740 | 35% | | $12,691,343 |
| Cameron | $14,500,287 | 1 | $1,500,943 | 10% | | | 10% | $157,866 | $12,999,344 |
| Vermilion | $9,221,458 | 1 | $9,221,458 | 100% | | | 100% | $22,500 | $0 |
| Jefferson | $4,813,724 | 0 | $0 | 0% | 2 | $4,750,000 | 99% | | $63,724 |
| Calcasieu | $3,068,854 | 1 | $1,175,527 | 38% | 1 | $1,893,327 | 100% | $48,570 | $0 |
| All Other | $2,893,709 | 7 | $1,815,630 | 63% | 2 | $698,232 | 87% | $1,815,630 | $379,847 |
| Total | $247,500,000 | 39 | $140,164,728 | 57% | 19 | $41,726,836 | 75% | $86,215,311 | $65,608,437 |

• The Recovery School District has committed all of its allocation plus an additional $4.8M in requests.

• Vermilion and Calcasieu school boards have also committed 100% of their allocations.

27

14











## Schools – Approved Projects over Time

28

## CDBG Leverages Other Sources of Funds

### Other Sources of Funds
**Schools**

**33 of 39 Approved Schools Projects leverage funding from other sources; leveraged funds = $57M**

29

## Timeline of Infrastructure Programs

* Exceptions may be made for extenuating circumstances such as changes in leadership, additional disaster impacts, etc.

## Infrastructure Program Deadlines Summary

| Event | Deadline |
|---|---|
| Applications Due | 10/31/2010 |
| All Construction Started | 12/31/2011 |
| All Construction Complete | 6/30/2014 |
| Program Closed | 6/30/2015 |

- **Exceptions may be made** for extenuating circumstances such as changes in leadership, additional disaster impacts, etc.
- **Technical assistance will be provided to parishes** to ensure that they understand the applicable deadlines and have the capacity to complete applications.

31

## Programs with More than $10M remaining

| | Program | Allocated | Obligated* | % Ob | Disbursed | % Disb. | Balance |
|---|---|---|---|---|---|---|---|
| HOUSING | Soft Seconds | $75,000,000 | | | $ - | 0% | $ 75,000,000 |
| | Supportive Housing Services | $72,730,000 | | | $ 3,991,899 | 5% | $ 68,738,101 |
| | First time Homebuyer | $40,000,000 | | | $ 27,843,019 | 70% | $ 12,156,981 |
| | Homelessness Supports & Housing | $25,900,000 | | | $ 11,331,417 | 44% | $ 14,568,583 |
| | Non-profit rebuilding | $20,000,000 | | | $ 17,781 | 0% | $ 19,982,219 |
| | Housing Development Loan Fund | $16,570,000 | | | $ 2,292,470 | 14% | $ 14,277,530 |
| ECONOMIC DEVELOPMENT | Small Firm Recovery Loan & Grant | $210,698,251 | | | $164,463,945 | 78% | $ 46,234,306 |
| | Recovery Workforce Training | $38,000,000 | | | $ 27,951,703 | 74% | $ 10,048,297 |
| | Research Commercialization | $28,500,000 | | | $ 14,225,717 | 50% | $ 14,274,283 |
| INFRA-STRUCT | Local Gov | $112,287,731 | $32,145,562 | 29% | $ 6,552,772 | 6% | $105,734,959 |
| | Fisheries | $ 28,750,000 | $13,555,311 | 47% | $ 55,036 | 0% | $ 28,694,964 |

 

## Programs with More than $10M remaining

- **Research Commercialization/Educational Enhancement**
  - **$12,955,428 remaining**
    - Committed to 11 sub recipients
    - Have until June 30, 2011 to expend all funds

- **Small Firm Loan & Grant**
  - **$46,234,306 remaining**
    - Remaining balance is allocated to phase III APA #40 approved March 13 2010, application is in development, no funds disbursed
    - $16.8 million needs to be de-obligated from 9 sub recipients;
    - $28.5 million program funds to be de-obligated from LED;
    - $3 million admin to be de-obligated from LED
    - Presently LED and sub recipient contracts expire 30 Jun 2010

- **Recovery Workforce Training**
  - **$10,048,297 remaining**
    - Committed to 16 sub recipients
    - Have until June 30, 2011 to expend all funds

 **Programs with More than $10M remaining** 

- **Soft Seconds**
  - **$75,000,000 remaining**
    - FANO has a 5 year signed contract to administer the $52.2 million LLT soft second program for Orleans Parish.  They are in the infancy stages of public awareness and outreach.
    - Tentative closeout 2013

- **Housing Development Loan Fund**
  - **$14,277,530 remaining**
    - Expected to be fully expended by Dec. 2010

- **Supportive Housing Services**
  - **$68,738,101 remaining**
    - All funds committed to DHH via CEA ending 12/31/2016

- **Homelessness Supports & Housing**
  - **$14,568,583**
    - Contract with DSS ends 8/31/10, CEA ends 10/31/10 allowing 2 month close out
    - $8.67M of unspent reallocated to Piggyback Permanent Supportive Housing
    - Remaining (~$2.7M) reallocated to Temporary Rental Assistance Program

 **Programs with More than $10M remaining** 

- **First-Time Homebuyer Pilot Program**
  - **$12,156,981 remaining**
  - First time homebuyer program for Orleans Parish should be fully expended and in closeout by June, 2010
    - Projected closeout of this program is summer of 2011.

- **Non-profit Rebuilding**
  - **$19,982,219 remaining**
  - Nonprofit Organizations must have all funds obligated by July 31, 2010.
  - All rehabilitation should be complete by December 31, 2010.
    - Construction is on target to begin May 2010.

- **Local Government Infrastructure**
  - **$105,734,959 remaining,**
  - $32,145,562 in approved projects
  - Deadlines are the same as for LTCR and Schools programs

- **Fisheries**
  - **$28,694,964 remaining**
  - **$13,555,311 in approved projects**
  - Deadlines are the same as for LTCR and Schools programs

 **Reallocation Strategy** 

**Road Home** – Any remaining dollars go to unmet needs for homeowners and neighborhood revitalization as required by Congress

**Piggyback and Small Rental** – Currently oversubscribed, but any remaining dollars will be re-allocated in two tiers:
1) A rental pool will be developed to finance affordable housing until the HUD required allocation for affordable rental housing has been met
2) Any dollars remaining after the State has met their federal obligation to affordable housing will be re-allocated to the parishes based on their damages in combination with unused infrastructure funds

**Infrastructure** – Any unused funds not applied for will be re-allocated to the parishes based on their damages (allocations will not be less than $150,000 per applicant)

36