# Exhibit K

**The Road Home, Overview of the Homeowner Program**



The Road Home | Homeowners | Program Overview - Windows Internet Explorer

http://www.road2la.org/homeowner/overview.htm

File   Edit   View   Favorites   Tools   Help

The Road Home | Homeowners | Program Overview

ABOUT US        NEWS ROOM        JOBS        CONTACT US

The **Road** Home
BUILDING A SAFER,
STRONGER, SMARTER LOUISIANA

HOMEOWNER
PROGRAM

SMALL RENTAL
PROPERTY PROGRAM

BUILDING
RESOURCES

**FOR HOMEOWNERS**

▸ Program Overview

▸ Eligibility

▸ Application Status

▸ Testimonials

▸ Frequent Questions

▸ Policies & Resources

▸ Events & Workshops

Locations

Contact Us

MYTH:

"*The Road Home* program
is providing loans that
must be repaid."

→ MYTH BUSTER

[ Home ] > [ Homeowners ] > Program Overview

## Overview of the Homeowner program

*The Road Home* program – the largest single housing recovery program in U.S. history –
was developed to help our residents get back into a home or apartment as quickly and
fairly as possible.

Through *The Road Home*, eligible homeowners have three compensation options:

1. Stay in your home.
2. Purchase another home in Louisiana.
3. Sell your home and choose not to remain a homeowner in the State.

The last day to apply to *The Road Home* program was July 31, 2007. If you would like to
check on the status of your application please call 1.888.ROAD.2.LA (1.888.762.3252), TTY
callers use 711 relay or 1.800.846.5277 or e-mail: inquiry@road2LA.org

After applying to the program, processing should take approximately six to eight weeks.
Some applications may take longer, however, due to unresolved issues about titles,
missing documentation, etc.

Homeowners who have additional questions that can not be answered by the Call Center
are encouraged to schedule an Advisory Services appointment.

Eligible homeowners affected by Hurricane Rita or Katrina may receive up to $150,000 in
compensation for your losses to get you back into your homes.

Although providing assistance to homeowners is a top priority, *The Road Home* also aims
to restore the tens of thousands of rental units that were damaged by the storms. The
Small Rental Property Program is designed to provide loans and incentive grants to
property owners who operate affordable rental homes.

Copyright 2007, *The Road Home* Program. All rights reserved.            Privacy Policy | Site Map | Contact Us