# Exhibit L

**The Road Home Homeowner Program Policies, Version 3.4 (Mar. 15, 2007)**



# *The Road Home* Homeowner Policies
## Version 3.4

## March 15, 2007

Presented to:

State of Louisiana
The Office of Community Development

 **Homeowner Policies Version 3.4**

### THE ROAD HOME HOMEOWNER POLICIES
*Louisiana Road Home Program*
**Version Control**

| Version Number | Date Revised | Description of Revisions |
|---|---|---|
| 3.0 | 1/15/07 | *1.Added clarification to FEMA NFIP ICC funding deduction:* Clarified ICC eligibility criteria and verification of ICC payments. *2.Policies if homeowner had damage from both storms:* If a homeowner had damage from both storms, the total insurance proceeds received for both storms are deducted as a duplication of benefits. *3.Ownership Eligibility:* Homeowners who are in rent-to-own, lease-to-own, bond-for-deed, and contract-for-deed situations are not eligible for assistance unless they convert their contract to full ownership prior to receiving funding assistance. *4.Active Military Ownership:* Clarified that active duty military personnel assigned to duty outside Louisiana or living abroad but whose primary residence is in Louisiana, are eligible to apply. *5.Insurance proceeds:* If a homeowner is able to provide evidence and documentation that the insurance payout information provided by the insurance company includes insurance proceeds that are not covered in the home evaluation, the *Road Home* program will not deduct proceed amounts that covered items not included in the home evaluation. *6.Pre-storm value policies:* Pre-storm value determination policies have changed. *7.Affordable Compensation Loan Calculation:* Clarification regarding calculation for homeowners receiving elevation allowance. *8.Town homes:* Clarification that owners of town homes are eligible for assistance from the Homeowner Assistance program. *9.Assuming Covenant Requirements:* Clarification that homeowner can choose to have a buyer of their home assume the covenant requirements after all funds have been disbursed and the Certificate of Final Disbursement has been recorded in the public record. *10. Mobile homes:* The language to refer to mobile homes throughout document has been changed to "Manufactured Housing (Mobile Homes)" *11. Homeowners of site-built homes on leased land:* Clarification that homeowners of site-built homes on leased land are eligible for assistance. *12. Option 1 Documents Signed at Closing:* Updated section to reflect documents signed at closing by homeowner. |
| 3.1 | 1/31/07 | *13. Closing Decision:* Homeowners can change their decision up until the time that they go to closing and sign the closing documents. *14. Pre-storm Value policies:* The pre-storm value determination policies have been revised. |



# Homeowner Policies Version 3.4

| 3.2 | 2/4/07 | *15.  Pre-storm Value policies:* Added clarification to pre-storm value policies. |
|---|---|---|
| 3.3 | 2/15/07 | *16.  Ownership Eligibility:* Property held in trust is not eligible for assistance from *The Road Home* Homeowner program. *17.  Resolution and Appeal after 1st Closing:* If a homeowner disagrees with their funding award calculation, the homeowner can choose to go to Closing and receive their current award amounts. If *The Road Home* determines that the homeowner should receive additional funding after the application file is reviewed by the Resolution Team or Appeals Office, *The Road Home* will disburse funds through a 2nd Disbursement or 2nd Closing. *18.  Mineral rights:* Homeowners choosing Option 2 or 3 can reserve mineral rights after the transfer of their property to *The Road Home* Corporation so long as they specifically request to reserve mineral rights prior to or the day of closing. *19.  Permit Option 2 homeowners to Close prior to purchase of replacement home:* Homeowners choosing Option 2 can close on Option 3 award amount prior to purchase of replacement home and receive remaining funds upon proof of or simultaneous closing of replacement home purchase. *20.  Overriding 3rd party verified insurance and FEMA deductions:* *The Road Home* will override 3rd party verified insurance and FEMA proceed amounts for homeowners who are able to provide acceptable documentation that the 3rd party verified insurance or FEMA deduction used in the funding award calculations included proceeds not included in the home evaluation or not paid to cover structural loss. *21.  Accepting homeowner affidavit for FEMA and insurance payouts if 3rd party verification unavailable:*  If *The Road Home* is unable to verify the FEMA IA or insurance proceed amount through a 3rd party verified source, *The Road Home* will use the payment amount provided by the homeowner. |
| 3.4 | 3/15/07 | *22.  Affordable Compensation Loan Calculation for Homeowners Receiving Elevation Allowance:* Added clarification about inputs used to determine elevation gap for homeowners qualifying for an Affordable Compensation Loan and receiving an Elevation Allowance. *23.  Manufactured Housing and Site-Built Homes on Leased Land Options:* Clarified options available to these types of homeowners. *24.  Pre-storm value for manufactured housing:* Clarified and added additional sources for establishing pre-storm value of manufactured housing *25.  Municipalities that have adopted ABFE:* Added municipalities that have adopted ABFE prior to launch of program on August 29, 2006 *26.  Assignment:* Added clarification that *Assigned Owner* is not eligible for assistance under Option 2: Relocate or Option 3: Sell. |



# Homeowner Policies Version 3.4

## Table of Contents

1  Eligibility Requirements to Apply for Program ............................... 1
   1.1  Owner Occupancy Requirement ........................................... 1
   1.2  Structure Type ................................................................... 2
   1.3  FEMA Registration and Categorization ................................. 2
2  Eligibility Requirements to Receive Assistance ............................ 3
   2.1  Special Circumstances Pending Review ................................ 3
3  Homeowner's Assistance Options ................................................ 4
   3.1  Stay ................................................................................. 4
   3.2  Buyout and Relocate in Louisiana ....................................... 4
   3.3  Sell ................................................................................. 4
4  Funding Assistance Options ....................................................... 4
   4.1  Forms of Funding Assistance ............................................. 4
5  Inputs Necessary for Calculation of Awards ................................ 5
   5.1  Pre-storm Value ............................................................... 5
   5.2  Estimated Cost of Damage ................................................ 5
   5.3  Other compensation ......................................................... 5
   5.4  Legal Fees ....................................................................... 7
   5.5  Estimated elevation cost ................................................... 7
   5.6  Other elevation assistance ................................................ 8
6  Single Unit Structures and Town Homes ..................................... 8
   6.1  Compensation Grant ......................................................... 8
      6.1.1  Inputs .................................................................... 8
      6.1.2  Calculation ........................................................... 12
   6.2  Elevation Allowance ........................................................ 13
      6.2.1  Inputs .................................................................. 13
      6.2.2  Homeowners Required to Elevate ........................... 13
      6.2.3  Homeowners Exempt Elevation Requirements .......... 14
      6.2.4  Homeowners Eligible for Elevation Allowance (but not required to
      elevate) ........................................................................... 14
      6.2.5  Elevation Allowance Calculation ............................. 14
   6.3  Affordable Compensation Loan ........................................ 15
      6.3.1  Eligibility Requirements ......................................... 15
      6.3.2  Terms .................................................................. 15
      6.3.3  Affordable Compensation Loan Calculation .............. 15
7  Double Unit Structures ............................................................ 16
   7.1  Program Requirements ..................................................... 17
   7.2  Inputs ............................................................................ 17
   7.3  Calculation ..................................................................... 19
      7.3.1  Options ................................................................ 19
      7.3.2  Calculation of Benefits .......................................... 19



# Homeowner Policies Version 3.4

| | | |
|---|---|---|
| 8 | *Condominiums* | 20 |
| 9 | **Site-Built Homes on Leased Land** | 20 |
| 9.1 | Inputs | 20 |
| 9.2 | Calculation | 20 |
| 9.2.1 | Options | 20 |
| 9.2.2 | Calculation of Benefits | 20 |
| 10 | **Manufactured Housing (Mobile Homes)** | 20 |
| 10.1 | Program Requirements | 20 |
| 10.2 | Inputs | 20 |
| 10.3 | Calculation | 21 |
| 10.3.1 | Options | 21 |
| 10.3.2 | Calculation of Benefits | 22 |
| 11 | **Assignment** | 22 |
| 11.1 | Eligibility requirements | 22 |
| 11.2 | Program requirements | 22 |
| 11.2.1 | Application | 22 |
| 11.2.2 | Legal documentation | 23 |
| 11.3 | Calculation | 23 |
| 12 | **Individual Mitigation Measures (IMM) Program** | 23 |
| 12.1 | Eligibility Requirements | 23 |
| 12.2 | Program Requirements | 23 |
| 12.3 | Additional Inputs Necessary for Additional Mitigation Grant | 24 |
| 13 | **Benefit Selection Process** | 24 |
| 13.1 | Letters | 24 |
| 14 | **Title** | 25 |
| 14.1 | Title Check | 25 |
| 15 | **Closing for Option 1: Stay** | 25 |
| 15.1 | Single Units, Town homes, Double Units and Manufactured Housing where land is owned | 25 |
| 15.1.1 | Documents Signed at Closing for Homeowners with a subordinating lender | 25 |
| 15.1.2 | Documents Signed at Closing for Homeowners with no subordinating lender | 26 |
| 15.1.3 | Payment Deductions at Closing | 27 |
| 15.1.4 | Subordination and Disbursement for Homeowners receiving an award of more than $10,000 | 27 |
| 15.1.5 | Disbursement for Homeowners receiving an award of $10,000 or less | 28 |
| 15.1.6 | Recordation of Certificate of Final Disbursement | 28 |
| 15.2 | Manufactured Housing (Mobile Homes) and Site-Built Homes on Leased Land | 28 |
| 16 | **Closing for Option 2: Relocate** | 29 |



# Homeowner Policies Version 3.4

16.1    Single Units, Town homes, Double Units, Manufactured Housing and Homes on Leased Land ........................................................................................... 29
    16.1.1   Closing Options ................................................................................ 29
    16.1.2   Documents Signed at Closing ........................................................... 29
    16.1.3   Payment Deductions at Closing ........................................................ 29
    16.1.4   Clearance of Property ....................................................................... 30
17   Closing for Option 3: Sell ................................................................... 30
17.1    Single Units, Town homes, Double Units, Manufactured Housing, and Homes on Leased Land ........................................................................................... 30
    17.1.1   Homeowners agree to the following at closing ................................... 30
    17.1.2   Payment Deductions at Closing ........................................................ 30
    17.1.3   Clearance of property ....................................................................... 30
    17.1.4   Disbursement Schedule .................................................................... 30
18   Second Closings and Second Disbursements ............................ 30
19   Assuming covenant requirements ................................................ 31

 **Homeowner Policies Version 3.4**

## 1   Eligibility Requirements to Apply for Program

### 1.1   *Owner Occupancy Requirement*

- *Definition:* To be eligible to apply for *The Road Home Program* the homeowner(s) must have owned and occupied the property as their primary residence as of and prior to the date of Hurricane Katrina (August 29, 2005) or Rita (September 24, 2005)
- *Verification:* Owner-occupancy will be verified by *The Road Home Program* by First American Title by establishing that homeowner applied for homestead exemption.  If a homeowner did not apply for a homestead exemption, then *The Road Home Program* will accept a utility bill from the homeowner as proof of owner occupancy.  The utility bill must demonstrate that the homeowner resided in the home in the month preceding the applicable storm.  This is demonstrated by showing that the name and address on the utility bill match the name and address on the Road Home application.
- *Power of attorney:* Homeowner(s) may grant power of attorney to someone who can apply on their behalf.
- *Special Circumstances related to type of ownership[1]:*
  - o *Contract for deed:* Not eligible unless homeowner converts their contract to full ownership prior to receiving funding assistance from program.
  - o *Rent to own:* Not eligible unless homeowner converts their contract to full ownership prior to receiving funding assistance from program.
  - o *Bond for deed:* Not eligible unless homeowner converts their contract to full ownership prior to receiving funding assistance from program.
  - o *Lease to own:* Not eligible unless homeowner converts their contract to full ownership prior to receiving funding assistance from program.
  - o *Usufruct:* Case by case basis to be determined by the program.  Usufruct cases should be encouraged to apply for the program.
  - o *Trust:* Not eligible[2].
  - o *Homeowners of site-built homes on leased land:* Eligible[3]
- *Special Circumstances related to ownership identity:*
  - o *Multiple individuals on the deed:* All must sign application, all must  be present at closing and all must sign closing documents unless one is granted power of attorney for the others on the deed
  - o *Death of homeowner(s):* If the homeowner(s) has died since the time of the storms, an heir must have been placed into legal possession of the property to be eligible for homeowner assistance in place of the deceased owner.
  - o *Incapacity or infirmity of homeowner:* If a homeowner is incapacitated due to illness or other infirmity, someone with a legal right to bind that person legally, such as is provided by a power of attorney, is eligible to apply for assistance on behalf of the homeowner
- *Special circumstances related to current ownership:*

---

[1] Version 3.0, Revision 3, January 15, 2007
[2] Version 3.3, Revision 16, February 15, 2007
[3] Version 3.0, Revision 11, January 15, 2007



# Homeowner Policies Version 3.4

- o *Homeowner(s) already sold home:* The program is accepting applications from homeowners who sold the home that they owned and resided in at the time of the storm, but will not be processing these applications until the program is able to determine if there will be enough funding to serve these individuals.
- o *Homeowners assigned rights to program to new homeowner:* If a homeowner sold their home prior to receiving assistance from the program and assigned their rights to the *Road Home* program to the new homeowner, the new homeowner is eligible for assistance.
- o *Active military duty:* Active duty military personnel who own storm-damaged home in Louisiana but are currently assigned to duty away from their home or were assigned to duty away from their home at the time of the storm are eligible to apply[4].

## 1.2   Structure Type

- *Definition:* Home must be a single-unit structure, double-unit structure, manufactured housing (mobile home) or condominium.
    - o *Single unit*
    - o *Town home*[5]
    - o *Double unit:*
        - ▪ A homeowner who owns one side of a double unit is eligible to apply for the Homeowner program.
        - ▪ A homeowner who rents out one side of a double unit and lives as an owner-occupant on the other side is eligible to apply for assistance through the Homeowner Program.
    - o *Manufactured housing (mobile home):* Manufactured housing home owners are eligible to apply for the Homeowner program regardless of whether or not the manufactured housing homeowner owns the land on which the manufactured housing was situated.
    - o *Condominium:* The policies for determining funding assistance calculations for condominiums are under development.
- *Special Circumstances:*
    - o *Boats:* A homeowner who lived in a boat is not eligible to apply for the program
    - o *RVs:* A homeowner who lived in a RV is not eligible to apply for the program

## 1.3   FEMA Registration and Categorization

- *Definition:* Home must be registered for FEMA individual assistance and categorized by FEMA as having been "destroyed" or having suffered "substantial damage" or home must have sustained an appropriate threshold of damage.
- *Verification:* FEMA registration and categorization as "destroyed" or "substantially damaged" will be verified by *The Road Home* program using the following protocol which is called either "major" or "severe" under *The Road Home*:
    - o MAJOR

---

[4] Version 3.0, Revision 4, January 15, 2007
[5] Version 3.0, Revision 8, January 15, 2007



# Homeowner Policies Version 3.4

- If it was coded as a "major damaged unit" by a FEMA inspector (code = "5555"), then damage is "major"
- If eligibility amount for structural damage was >=$5,200 and <$30,000 and not = $10,500, then damage is "major"
- If there is no eligibility amount recorded by FEMA, but there was an actual cash disbursement for structural damage, the same rule as above applies.
- If properties are geo-spatial, not inspected with flood level >= 1 and <2ft, then damage is "major"

  o **SEVERE**
  - If property was coded as a "residential rebuild" by a FEMA inspector (code = "6391"), then damage is "severe".
  - If eligible amount for structural damage was >=$30,000 or observed amount =$10,500, then damage is "severe"
  - If there is no eligibility amount recorded by FEMA, but there was an actual cash disbursement for structural damage, the same rule as above applies.
  - If properties are geo-spatial, not inspected with flood level >= 2 ft, then damage is "severe"

  o Homeowners who did not register with FEMA or whose FEMA registration exists but *The Road Home* only has partial or no FEMA data for determination of 'major' or 'severe' are eligible for assistance under *The Road Home*, if the home evaluation determines that the home received a certain threshold of damage

o *Special Circumstances:* Homeowner may not be aware of whether or not they are registered through FEMA or if their homes were categorized as having been "destroyed" or having suffered "substantial damage."  Homeowners who are unaware of their FEMA registration status or the damage categorization of their home may apply. *The Road Home* will determine eligibility for the program.

## 2    Eligibility Requirements to Receive Assistance

- All homeowners must agree to the following to receive assistance
  o Sign a release so that information given by the homeowner can be verified by the Program
  o Independently from FEMA, agree to verification of their ownership status and the amount of disaster-related damage to the home
  o Swear to the accuracy and completeness of all information provided to the Program under penalty of law
- All homeowners must agree to sign a number of documents at closing to receive assistance. These documents are fully explained in later sections and in the legal documents.

### 2.1    Special Circumstances Pending Review

- *Superfund Zone:* The Road Home Program is accepting applications from homeowners whose property was located in the Superfund area on Agriculture Street.  These applications will not be processed until local and legal decisions are made.

 **Homeowner Policies Version 3.4**

- *Homeowner already sold home:* The Road Home Program is accepting applications from homeowners who have sold the home that they owned and resided in at the time of the storm.  These applications will not be processed until the program can determine if there is enough funds to serve these individuals.

## 3      Homeowner's Assistance Options

Homeowners may select compensation to:

### 3.1     Stay

Homeowner elects to receive compensation and agrees to sign grant agreements, covenants, and legal documents at closing.

- If homeowners decides to use compensation to rebuild, they are free to decide what kind of home to construct (e.g. stick built or manufactured housing)

### 3.2     Buyout and Relocate in Louisiana

Homeowner chooses to sell their home to the State and becomes an owner-occupant in another home in the State of Louisiana and agrees to sign necessary documents at closing.  Homeowners who sell their property to the program waive all surface rights to the property.  Homeowners do not retain any mineral rights unless they specifically request to reserve mineral rights prior to or the day of closing.  Homeowners who specifically request to reserve mineral rights prior to or the day of closing reserve the mineral rights in perpetuity but *The Road Home* Corporation and any subsequent buyers retain all rights to the reasonable use and transfer of the property[6].

### 3.3     Sell

Homeowner chooses to sell home and move out of the State of Louisiana or elects to sell home and does not purchase a new house (i.e. homeowner becomes a renter) and agrees to sign necessary documents at closing. Homeowners who sell their property to the program waive all surface rights to the property.  Homeowners do not retain any mineral rights unless they specifically request to reserve mineral rights prior to or the day of closing.  Homeowners who specifically request to reserve mineral rights prior to or the day of closing reserve the mineral rights in perpetuity but *The Road Home* Corporation and any subsequent buyers retain all rights to the reasonable use and transfer of the property[7].

## 4      Funding Assistance Options

### 4.1     Forms of Funding Assistance

Homeowners may be eligible for up to four forms of funding assistance:

- Compensation Grant
- Elevation Allowance
  - The Elevation Allowance cannot exceed $30,000

---

[6] Version 3.3, Revision 18, February 15, 2007
[7] Version 3.3, Revision 18, February 15, 2007



# Homeowner Policies Version 3.4

- Affordable Compensation Loan
- Additional Mitigation Grant
  - The Additional Mitigation Grant cannot exceed $7,500

Homeowner's total funding assistance amount cannot exceed $150,000.

## 5    Inputs Necessary for Calculation of Awards

### 5.1    Pre-storm Value

The pre-storm value includes the value of the property (except in the case of a manufactured housing homeowner on leased land or homeowner of a site-built home on leased land) and the structure prior to the storm.

### 5.2    Estimated Cost of Damage

The estimated cost of damage provides an estimate of the basic costs to compensate homeowners for damages and help homeowners return to a livable home.  It is calculated using the classifications defined in the 2006 National Gulf Coast Reconstruction Cost Book and incorporates costs necessary to ensure that the property meets the State's Uniform Construction Code – the International Residential Building Code.  It does not provide an evaluation that takes into account an exact replacement of homeowner's original home.  In contrast to insurance estimates that may be based on replacement costs, the evaluation is based on basic livability standards developed for the program and on costs developed by the construction industry for Louisiana for those items.  For example, while an insurance company may pay for the replacement of crystal chandeliers and granite countertops, the Road Home will compensate homeowners for standard light fixtures and plastic laminate countertops.  If a homeowner has already begun or completed repairs, the estimated cost of damage will include the cost for the repairs based on the same basic livability standards for repairs that have not yet been completed.

The estimated cost of damage does not include a cost estimate for the following:

- Elevation costs
- Detached structures such as sheds and garages, swimming pools, decks and docks, or boat ramps
- Special features, trims and designer features that exceed basic livability requirements and features of standard grade homes such as solar panels, sky lights, wainscoting and wood paneling, Jacuzzis, copper gutters and roofs
- Most free standing appliances and security systems

A complete and detailed explanation of the repair and replacement allowances used by the *Road Home* program are included in the *Protocols for Estimating Replacement Housing Costs.*

### 5.3    Other compensation

Other compensation includes sources of funding assistance provided for structural damage and loss and other deductions the Homeowner Assistance program deducts from the grant assistance amount.  The following is considered a duplication of benefits and under federal law must be deducted from the grant assistance amount:



# Homeowner Policies Version 3.4

- *FEMA Individual Assistance (FEMA IA)*
  - *Verification:* FEMA IA will be determined and verified by *The Road Home* program through the FEMA NEMIS database.  If *The Road Home* is unable to verify the FEMA IA amount through the FEMA NEMIS database, *The Road Home* will use the payment amount provided by the homeowner at the time of application[8].  If a homeowner is able to provide documentation demonstrating that the FEMA IA amount provided by the FEMA NEMIS database includes amounts not paid to cover structural loss, *The Road Home* will use the documentation provided by the homeowner to adjust the FEMA IA payout amount.  The documentation provided by the homeowner must come from FEMA[9].
- *FEMA National Flood Insurance Program (NFIP) Insurance[10]*
  - *Definition:* Any payments for loss to the *dwellings* under NFIP insurance polices are deducted from the compensation grant the homeowner is eligible to receive. Payments for contents or other expenses are not deducted from the homeowner's funding assistance award.
  - *Verification:* The payment to homeowners under NFIP policies will be determined and verified by *The Road Home* program through the FEMA NEMIS database.  If *The Road Home* is unable to verify the NFIP insurance proceeds through the NFIP database, *The Road Home* will use the payment amount provided by the homeowner at the time of application[11]. If a homeowner is able to provide documentation demonstrating that the insurance proceeds amount provided by the insurance company includes items not covered in the home evaluation or not paid to cover structural loss, *The Road Home* will use the documentation provided by the homeowner to adjust the FEMA NFIP insurance payout.  The documentation provided by the homeowner must come from the insurance company which issued the payments[12].
- *USDA*
- *Private insurance[13]*
  - *Definition:* All private insurance settlement amounts for loss to dwellings are deducted from the homeowner's funding assistance award.  Private insurance payments for contents or other expenses are not deducted from the homeowner's funding assistance award.
  - *Verification:* Insurance proceeds are determined and verified by *The Road Home* program through insurance databases and individual insurance companies.  If *The Road Home* is unable to verify the private insurance proceeds through the insurance company, *The Road Home* will use the payment amount provided by the homeowner at the time of application[14].  If a homeowner is able to provide documentation demonstrating that the insurance proceeds amount provided by the

---

[8] Version 3.3, Revision 21, February 15, 2007
[9] Version 3.3, Revision 20, February 15, 2007
[10] Version 3.0, Revision 5, January 15, 2007
[11] Version 3.3, Revision 21, February 15, 2007
[12] Version 3.3, Revision 20, February 15, 2007
[13] Version 3.0, Revision 5, January 15, 2007
[14] Version 3.3, Revision 21, February 15, 2007



# Homeowner Policies Version 3.4

insurance company includes items not covered in the home evaluation or not paid to cover structural loss, *The Road Home* will use the documentation provided by the homeowner to adjust the private insurance payout.  The documentation provided by the homeowner must come from the insurance company which issued the payments[15].

Homeowners who sold their home on the private market may be eligible for assistance at the end of the program if funds are available.  For this category of homeowners, the following is deducted (please note that the following is not deducted for homeowners who sold their home and assigned their rights to *Road Home* benefits to the buyer):

- *Proceeds from sale of home*
    - *Definition:* Proceeds from sale of home are defined as gross sales price before deducting transaction fees and payoffs of outstanding debt.  Proceeds from sale of home are deducted from the homeowner's funding assistance award if the homeowner sold their home on the market (not through the State).
    - *Verification:* Homeowner must provide a copy of their settlement sheet from sale of their home to provide the value.

If a home received structural damage from both storms and the homeowner received insurance proceeds for both storms, the entire insurance settlement amounts will be deducted as Other Compensation[16].

Tax filings related to losses to the home do not affect funding assistance awards and are not considered duplication of benefits.

## 5.4    Legal Fees

Legal fees that were paid in <u>*successfully*</u> obtaining insurance proceeds will be credited to homeowner and will not be deducted as part of their duplication of benefits.  Homeowners will need to provide evidence of payment and self-certify in accordance with the *Road Home* policy in order to be credited.

## 5.5    Estimated elevation cost

Estimated elevation costs are those costs associated with elevating a home to comply with advisory base flood elevations. The estimated elevation costs are based on the average costs to elevate homes of various structural types between 1 to 4 feet and 4 to 8 feet with height depending on the ABFE for the area and costs based on type of construction and square footage.

The estimated elevation cost is determined during a home evaluation conducted by *The Road Home.*  Home evaluators will provide an estimated elevation cost for all homes located in the flood plain based on base flood elevations.

---

[15] Version 3.3, Revision 20, February 15, 2007
[16] Version 3.0, Revision 2, January 15, 2007



# Homeowner Policies Version 3.4

## 5.6   Other elevation assistance

Other elevation assistance includes sources of funding assistance that duplicate benefits and under federal law must be deducted from the grant assistance amount.  Other elevation assistance includes all sources of funding that are intended for elevating home.  The following is deducted from the homeowner's Elevation Allowance amount:

- *FEMA National Flood Insurance Program (NFIP) - Increased Cost of Compliance (ICC)[17]:*
    - o *Definition:* The *Road Home* uses information provided by the National Flood Insurance program to determine if the homeowner received or was eligible to receive Increased Cost of Compliance (ICC) funding. The NFIP offers up to $30,000 to homeowners who carried flood insurance and their community determined the damage to their property is 50% or more. If the *Road Home* is able to determine how much the homeowner received from NFIP ICC, then the *Road Home* will deduct that amount from the eligible elevation allowance the homeowner is eligible to receive. If the *Road Home* is unable to determine how much the homeowner received from NFIP ICC but the *Road Home* does determine that the homeowner had flood insurance, their community participates in NFIP and their community determined that damage to the property was 50% or more, then the *Road Home* will assume that the homeowner received $30,000. The homeowner can provide evidence to the program that they attempted to file an ICC claim and it was either denied or they received less than $30,000. The homeowner may also provide evidence to the program that they used ICC funding for a non-elevation related activity. In these instances, the *Road Home* program will adjust the ICC funding deduction.
    - o *Verification:* The award of ICC is determined and verified by *The Road Home* program through a database identifying ICC funding distributed to homeowners and ICC eligibility criteria for homeowners.
- *Traditional Hazard Mitigation Grant Program (HMGP)*
    - o *Definition:*  Some parishes elected to use HMGP funds awarded to the locality to make Elevation Allowances to homeowners that have suffered severe repetitive losses (SRL).  These properties received assistance through the Traditional HMGP.
    - o *Verification:* Traditional HMGP is determined and verified by *The Road Home* program through local parish databases.
- *Flood mitigation assistance (FMA)*

# 6   Single Unit Structures and Town Homes[18]

## 6.1   Compensation Grant

### 6.1.1   Inputs

- *Pre-storm value[19,20,21]*

---

[17] Version 3.0, Revision 1, January 15, 2007
[18] Version 3.0, Revision 8, January 15, 2007



# Homeowner Policies Version 3.4

- o  *Pre-Storm Value as of and after January 12, 2007*
  The pre-storm value is determined based on the following tiered approach:
  - ▪ A pre-storm appraisal provided by the homeowner and completed by a Louisiana licensed appraiser on or after January 1, 2000 and up until the date of the storm.  A value from a pre-storm appraisal is adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight (www.ofheo.gov).
  - ▪ If no pre-storm appraisal is provided by the homeowner, pre-storm value is based on a post-storm appraisal of pre-storm value provided by the homeowner and completed by a Louisiana licensed appraiser.  The homeowner's post-storm appraisal of pre-storm value will be validated against the Road Home's estimate of market value provided by an appraiser or a broker's price opinion (BPO) to determine if it is in an acceptable range.  If the value of the homeowner ordered appraisal is not within an acceptable range, the *Road Home* will not use the homeowner provided post-storm appraisal.  *The Road Home* began accepting post-storm appraisals from homeowners on December 30, 2006.
  - ▪ If no post-storm appraisal of pre-storm value is provided by the homeowner or the post-storm appraisal is not valid, pre-storm value is based on an appraisal from a third party appraisal obtained from a lender or government agency and completed since January 1, 2000.  The third party appraisal is adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight (www.ofheo.gov).  If there is more than one pre-storm appraisal available for the property, *The Road Home* will use the highest value.
  - ▪ If no third party appraisal from a lender or government agency is available, pre-storm value is based on a pre-storm market analysis ordered by *The Road Home* from a Louisiana licensed appraiser.
  - ▪ If no pre-storm market analysis is available, pre-storm value is based on a broker's price opinion (BPO) which includes a drive-by of the property and the surrounding neighborhood.
- o  *Pre-Storm Value before January 12, 2007*
  For homeowners who were processed prior to the implementation of the pre-storm value policies described above, the pre-storm value was determined based on the policies previously in place and described below:
  - ▪ Homeowners may provide an arms length appraisal (i.e. an appraisal ordered by a lender in conjunction with a loan; not an appraisal ordered by the homeowner) that was completed by a Louisiana licensed appraiser on or after January 1, 2000 up until day before the storm that damaged the

---

[19] Version 3.0, Revision 6, January 15, 2007
[20] Version 3.1, Revision 14, January 31, 2007
[21] Version 3.2, Revision 15, February 4, 2007



# Homeowner Policies Version 3.4

home.  A value from a pre-storm appraisal is adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight (www.ofheo.gov). Homeowners are not allowed to provide appraisals that were completed post-Katrina.  If an arms length appraisal is provided, the pre-storm value will be based on the appraisal.

- If no arms length appraisal is provided, pre-storm value is based on Automated Valuation Method (AVM).  *The Road Home* stopped ordering AVMs on December 15, 2006.
- If no AVM is available, pre-storm value is based on Broker's Price Opinion (BPO).
- If no BPO is available, pre-storm value is based on appraisal obtained by *The Road Home* program.

o *Review of Pre-Storm Value during Resolution*

Homeowners who are not satisfied with *The Road Home's* pre-storm value determination can choose to have their pre-storm value reviewed and possibly revised.  As available, *The Road Home* program will accept the pre-storm value with the highest value from any of the sources described below:

- A pre-storm appraisal provided by the homeowner and completed by a Louisiana licensed appraiser on or after January 1, 2000 and up until the date of the storm.  A value from a pre-storm appraisal is adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight (www.ofheo.gov).
- A post-storm appraisal of pre-storm value provided by the homeowner and completed by a Louisiana licensed appraiser. The homeowner's post-storm appraisal of pre-storm value will be validated against the Road Home's estimate of market value provided by an appraiser or a broker's price opinion (BPO) to determine if it is in an acceptable range.  If the value of the homeowner ordered appraisal is not within an acceptable range, the *Road Home* will not use the homeowner provided post-storm appraisal.
- A third party appraisal obtained from a lender or government agency and completed since January 1, 2000.  The third party appraisal is adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight (www.ofheo.gov).  If there is more than one pre-storm appraisal available for the property, *The Road Home* will use the highest value.
- A pre-storm market analysis ordered by *The Road Home* from a Louisiana licensed appraiser.
- A broker's price opinion (BPO) which includes a drive-by of the property and the surrounding neighborhood.
- A homeowner may also submit additional information to inform or update the pre-storm value determination (e.g. square footage information).

o *Appealing Pre-Storm Value Determination*



# Homeowner Policies Version 3.4

- - If the homeowner chooses to appeal *The Road Home's* determination of pre-storm value, *The Road Home* will order a post-storm appraisal of pre-storm value from a Louisiana licensed appraiser.  The new appraisal is obtained in coordination with the homeowner and with access to other relevant homeowner-provided information (e.g. photographs).
  - o *Special circumstances:*
    - *Mixed use property:* The Road Home will order an appraisal to determine pre-storm value of the residential portion of a property for homeowners living on properties in which a portion is dedicated to commercial use

- **Estimated cost of damage**
  - o *Types of home evaluations:*  The estimated cost to repair and the estimated cost to rebuild are determined with a home evaluation conducted by *The Road Home*.  Home evaluators will visit every home involved in the program to determine an estimated cost to repair or rebuild.  There are 2 types of home evaluations:
    - *Evaluation Type 1, used in calculation if damage to home is equal to or greater than 51% damaged*: Evaluation based on $130 multiplied by square footage of living area of home.  Evaluation confirms the damage and generates an estimate of cost to rebuild, based on cost per square foot for construction for location and type of construction.  The cost per square foot is $130.
    - *Evaluation Type 2, used in calculation if damages to home is less than 51% damaged*: Evaluation identifies work to be done in interior rooms and on exterior of home and generates an estimate based on the cost of repairing or replacing various home components, taking into account items such as the type of construction, the number of items to be repaired or replaced, and sizes and dimensions
  - o *Determination of Evaluation Type:* Home evaluators will visit every home involved in the program to determine the estimated cost to repair/rebuild which will allow the *Road Home* program to classify the property as either qualifying for Evaluation Type 1, estimated cost to rebuild or Evaluation Type 2, estimated cost to repair.  The Evaluation Type used to generate an estimated cost to repair/rebuild depends on the percentage damage to the home, which is determined as follows:

The home evaluator will complete both Evaluation Types.  The percentage damage will be determined by the following calculation:

*(Evaluation Type 2 Cost Estimate/Evaluation Type 1 Cost Estimate) x 100 = % Damage*

If the *Road Home* percentage damage is <u>equal to or greater</u> than 51%, then an <u>Evaluation Type 1 Cost – Estimated Cost to Rebuild</u> is assigned to the property.

If the *Road Home* percentage damage is <u>less than</u> 51%, then an <u>Evaluation Type 2 Cost – Estimated Cost to Repair</u> is assigned to the property.



# Homeowner Policies Version 3.4

If the home has been <u>cleared or demolished</u> or the home evaluator finds it otherwise impossible to complete an Evaluation Type 2, the home evaluator will make a note that Evaluation Type 2 could not be completed and complete Evaluation Type 1. For purposes of determining funding assistance calculations, home is considered greater than or equal to 51% damaged.

- o *Special Circumstances*
  - ▪ *Mixed use property:* Home evaluations for homeowners living on properties in which a portion is dedicated to commercial use will take into account those portions of the property that the homeowner resided in and a pro rata share of the common area items (e.g. roof).
- *Other compensation*

## 6.1.2  Calculation

- Option 1: Stay: Homeowners who decide to stay in home:
  - o The homeowner's *compensation grant amount* is the lesser of their uncompensated damage cost or their uncompensated loss of value up to $150,000
    - Uncompensated cost of damage = *Estimated cost of damage* (minus) any *other compensation* the homeowner(s) received for loss to the structure.
    - Uncompensated loss of value = *Pre-storm value* (minus) any *other compensation* the homeowner(s) received for loss to the structure.
  - o *Insurance penalty deduction:* All homeowners were required to carry hazard insurance. If a homeowner was located in the flood plain, the homeowner was required to carry flood insurance, except where community opted out. If the homeowner did not carry the appropriate insurance, 30% is deducted from the homeowner's compensation grant amount.
- Option 2: Relocate: Homeowners who decide to sell to State and Relocate and become an owner-occupant in another home in Louisiana
  - o If the home had <u>less than 51% damage</u>, the homeowner's *grant amount* is the lesser of their uncompensated cost of damage or their uncompensated loss of value up to $150,000
    - Uncompensated cost of damage = *Estimated cost of damage* (minus) any *other compensation* the homeowner(s) received for loss to the structure.
    - Uncompensated loss of value = *Pre-storm value* (minus) any *other compensation* the homeowner(s) received for loss to the structure.
  - o If the home had <u>equal to or greater than 51% damage</u>, the homeowner's *grant* is their uncompensated loss of value up to $150,000
    - Uncompensated loss of value = *Pre-storm value* (minus) any *other compensation* the homeowner(s) received for loss to the structure
  - o *Insurance penalty deduction:* All homeowners were required to carry hazard insurance. If a homeowner was located in the flood plain, the homeowner was required to carry flood insurance, except where community opted out. If the homeowner did not carry the appropriate insurance, 30% is deducted from the homeowner's compensation grant amount.



# Homeowner Policies Version 3.4

- **Option 3: Sell: Homeowners who decide to sell to State and move out of Louisiana or become a renter**
  - If the home had <u>less than 51%</u> damage, the homeowner's *grant amount* is the lesser of their uncompensated cost of damage or 60% of their uncompensated loss of value up to $150,000
    - Uncompensated cost of damage = *Estimated cost of damage* (minus) any *other compensation* the homeowner(s) received for loss to the structure
    - 60% of Uncompensated loss of value = 60% of *Pre-storm value* (minus) any *other compensation* the homeowner(s) received for loss to the structure
  - If the home had <u>equal to or greater than 51% damage</u>, the homeowner's *grant* is their uncompensated loss of value up to $150,000
    - 60% of Uncompensated loss of value = 60% *Pre-storm value* (minus) any *other compensation* the homeowner(s) received for loss to the structure
  - *Insurance penalty deduction:* All homeowners were required to carry hazard insurance. If a homeowner was located in the flood plain, the homeowner was required to carry flood insurance, except where community opted out. If the homeowner did not carry the appropriate insurance, 30% is deducted from the homeowner's compensation grant amount.
  - *Special exemptions from Sell penalty:*
    - If homeowner was 65 years old or older as of December 31, 2005, the homeowner is exempt from the penalty associated with the "Sell" option and is eligible for compensation under Option 2: Relocate even if the homeowner moves out of the State or becomes a renter.

## *6.2   Elevation Allowance*

### 6.2.1   Inputs

- *Estimated elevation cost*
- *Other elevation assistance*

### 6.2.2   Homeowners Required to Elevate

- If homeowner meets all of the following 4 conditions, they are required by The Road Home to elevate:
  - Local municipality assessed the damage to the home to be greater than or equal to 51%. If there is no local municipality percentage damage, the homeowner is not required to elevate.
  - Property located in 100 year flood plain
  - Property located in area subject to the Advisory Base Flood Elevation Map (ABFE)
  - Home has not yet been elevated to meet the ABFEs



# Homeowner Policies Version 3.4

### 6.2.3   Homeowners Exempt Elevation Requirements

- Homeowner is exempt if they pulled building permits prior to launch of *The Road Home Program* (August 29, 2006) or prior to local municipality's adoption of ABFE, whichever came first.  Local municipality's adoption of ABFE[22]:
    - o  Abbeville, Vermilion – April 17, 2006;
    - o  Calcasieu Parish- May 4, 2006;
    - o  Cameron Parish- April 9, 2006;
    - o  Delcambre, Vermilion – July 10, 2006;
    - o  Iberia Parish - June 14, 2006;
    - o  Golden Meadow, Lafourche – August 21, 2006;
    - o  Grand Isle, Jefferson – July 11, 2006;
    - o  Jefferson Parish- July 19, 2006;
    - o  Harahan, Jefferson – June 15, 2006;
    - o  Kenner, Jefferson – August 17, 2006;
    - o  Lake Charles, Calcasieu – May 17, 2006;
    - o  Madisonville, St. Tammany – May 10, 2006;
    - o  Morgan City, St. Mary – July 25, 2006;
    - o  Orleans Parish – August 25, 2006;
    - o  St. Mary Parish – August 23, 2006;
    - o  St. Tammany Parish - August 3, 2006;
    - o  Sulphur, Calcasieu – May 8, 2006;
    - o  Terrebonne Parish - June 28, 2006;
    - o  Vermilion Parish - May 15, 2006;
    - o  Vinton, Calcasieu – May 23, 2006;
    - o  Westlake, Calcasieu – June 19, 2006
- Homeowner must provide copies of the building permits as evidence that they pulled building permits in time.

### 6.2.4   Homeowners Eligible for Elevation Allowance (but not required to elevate)

- Homeowners who are eligible to receive assistance, but not required to elevate include:
    - o  Homeowners who are located in areas with ABFE but did not sustain at least 51% damage according to their local municipality based on information collected by *The Road Home*
    - o  Homeowners who are choosing Option 2 and relocating to a home that requires elevation to meet ABFE

### 6.2.5   Elevation Allowance Calculation

- **Homeowners required to elevate or eligible to and choosing the option to elevate**
    - o  The homeowner's *Elevation Allowance* is the lesser of their uncompensated elevation costs, elevation cap ($30,000) or their available Road Home available balance.

---

[22] Version 3.4, Revision 25, March 15, 2007



# Homeowner Policies Version 3.4

- Uncompensated elevation costs = *Estimated elevation costs* (minus) *Other compensation for elevation*
- Road Home available balance = $150,000 (minus) *Compensation grant*
- Elevation cap = $30,000.  No homeowner can receive more than $30,000 in Elevation Allowance.

## 6.3   Affordable Compensation Loan

### 6.3.1   Eligibility Requirements

- *Determination:* To be eligible for affordable compensation loan, homeowner's household income must be less than or equal to 80% Area Median Income (AMI) adjusted for household size.  The income calculation includes the annual income of all adult household members including earnings and in-kind sources like social security and pensions and, if total household assets are equal to or greater than $500,000, an imputed income from assets equal to 2% of the cash value of household assets, exclusive of value of primary home.  Only homeowners whose total household assets are equal to or greater than $500,000 must provide information regarding the cash value of their household assets.  Homeowners who choose the Stay or Relocate option are eligible for the Affordable Compensation Loan.
- *Verification:* Homeowner self-certifies household income and provides some evidence, such as a pay stub, of income level which does not require independent verification.  The program will use HUD's published income limits for each parish to determine eligibility.

### 6.3.2   Terms

- Homeowners who receive an Affordable Compensation Loan must agree to remain an owner-occupant for five years from the date of final disbursement and agree to maintain homeowner's insurance for 5 years.
- Homeowners who do not remain owner-occupants for five years must pay back the loan on a pro-rated basis to The Road Home Corporation.  For example, if a homeowner moves out of the house after 2 years of occupancy, the homeowner must pay back 3/5 of the loan amount.
- If the homeowner fulfills the five year owner-occupancy requirement, the loan is forgiven.

The program will not request a credit report from credit agencies for homeowners who are eligible for Affordable Compensation Loan.

### 6.3.3   Affordable Compensation Loan Calculation[23]

- **Homeowners who have chosen to stay in home and have not received Elevation Allowance**
  - The homeowner's *affordable compensation loan* is the lesser of the following:

---

[23] Version 3.4, Revision 22, March 15, 2007



# Homeowner Policies Version 3.4

- - - Gap between estimated cost of damage used in Compensation Grant calculation and compensation received = *Estimated cost of damage* (minus) *Other compensation* (minus) *Compensation grant*
    - The Road Home Balance = $150,000 (minus) *Compensation grant*
    - Affordable Compensation Loan Cap = $50,000
- Homeowners who have chosen to stay in home and have received Elevation Allowance
    - o The homeowner's *affordable compensation loan* is the lesser of the following:
        - Gap between estimated cost of damage used in Compensation Grant calculation, the Type 1 estimated elevation cost and compensation received = *Estimated cost of damage* (plus) *Estimated elevation cost Type 1* (minus) *Other compensation* (minus) *Other compensation for elevation* (minus) *Compensation grant* (minus) *Elevation Allowance*
        - The Road Home Balance = $150,000 (minus) *Compensation grant* (minus) *Elevation Allowance*
        - Affordable Compensation Loan Cap = $50,000
        - *Note:* The Affordable Compensation Loan calculation does not include *Estimated elevation cost, Other compensation for elevation*, or *Elevation Allowance* in calculation if the *Estimated elevation cost* (minus) *Other compensation for elevation* (minus) *Elevation allowance* is less than zero.
- Homeowners who have chosen to relocate and are not receiving elevation allowance at new home
    - o The homeowner's *affordable compensation loan* is the lesser of the following:
        - Gap between estimated cost of damage at damaged residence and compensation = *Estimated cost to rebuild (Evaluation Type 1)* (minus) *Other compensation* (minus) *Compensation grant*
        - The Road Home Balance = $150,000 (minus) *Compensation grant*
        - Affordable Compensation Loan Cap = $50,000
- Homeowners who have chosen to relocate and have elected to receive elevation allowance at new home
    - o The homeowner's *affordable compensation loan* is the lesser of the following:
        - Gap between estimated cost of damage to rebuild damaged residence, the estimated elevation cost at new home and compensation = *Estimated cost to rebuild (Evaluation Type 1)* (plus) *Estimated elevation cost at new home* (minus) *Other compensation* (minus) *Other compensation for elevation* (minus) *Compensation grant* (minus) *Elevation Allowance*
        - The Road Home Balance = $150,000 (minus) *Compensation grant* (minus) *Elevation Allowance*
        - Affordable Compensation Loan Cap = $50,000
        - *Note:* The Affordable Compensation Loan calculation does not include *Estimated elevation cost, Other compensation for elevation*, or *Elevation Allowance* in calculation if the *Estimated elevation cost* (minus) *Other compensation for elevation* (minus) *Elevation allowance* is less than zero.

## 7   Double Unit Structures



# Homeowner Policies Version 3.4

## 7.1   Program Requirements

*Homeowner owns one side of double unit:* If the double unit is owned as the primary residence of two families, each homeowner submits an application to the Homeowner program.

*Homeowner who rents out one side of a double unit and lives as an owner-occupant on the other side:* Homeowner is not eligible for the Small Rental program and submits one application to the Homeowner program.

## 7.2   Inputs

- *Pre-storm value[24]*
    - o The determination and verification of the pre-storm value for double-units is the same as the pre-storm value for single-units.

- Estimated cost of damage - Homeowner owns one side of double unit
    - o Each unit is treated as an individual property with its own allowances based on the square footage of the unit and a pro rata share of any common area.  The following three protocols are used to allocate the common area components when evaluating the structure:
        - ▪ **Pro-rata Square Footage.**  The total square footage that can be compensated will be measured and calculated for the entire duplex excluding utility and garage space.  Each living unit will be measured for its pro rata share of the square footage that can be compensated. This ratio expressed as a percentage shall be used for prorating all common building components that are equally shared, for example, the roof, insulation, foundation, exterior siding, site improvements, utility services, and exterior porches.
        - ▪ **By Ownership and Use Agreement.**  Components that can be allocated by use or ownership to a specific unit shall be included in that unit's calculation.  For example, if one half of a duplex per a lease agreement has use of the attached garage, then that unit would receive full calculation of the garage, or if the owner of one-half of a duplex uses the entire interior utility room for storage, it should be included in the primary user's calculation.  The evaluators will interview the owners and allocate per the reported ownership.
        - ▪ **By Unit.**  Individual building components that are clearly associated with the unit, for example, doors and windows, shall be included in the individual unit's count.
    - o *Types of home evaluations:*  The estimated cost to repair and the estimated cost to rebuild are determined with a home evaluation conducted by *The Road Home*.  Home evaluators will visit every home involved in the program to determine an estimated cost to repair or rebuild.  There are 2 types of home evaluations:

---

[24] Version 3.0, Revision 6, January 15, 2007



# Homeowner Policies Version 3.4

- - *Evaluation Type 1, used in calculation if damage to home is equal to or greater than 51% damaged*: Evaluation based on $130 multiplied by square footage of living area of home.  Evaluation confirms the damage and generates an estimate of cost to rebuild, based on cost per square foot for construction for location and type of construction.  The cost per square foot is $130.
    - *Evaluation Type 2, used in calculation if damage to home is less than 51% damaged*: Evaluation identifies work to be done in interior rooms and on exterior of home and generates an estimate based on the cost of repairing or replacing various home components, taking into account items such as the type of construction, the number of items to be repaired or replaced, and sizes and dimensions
  - *Determination of Evaluation Type:* Home evaluators will visit every home involved in the program to determine the estimated cost to repair/rebuild which will allow the *Road Home* program to classify the property as either qualifying for Evaluation Type 1, estimated cost to rebuild or Evaluation Type 2, estimated cost to repair.  The Evaluation Type used to generate an estimated cost to repair/rebuild depends on the percentage damage to the home, which is determined as follows:

The home evaluator will complete both Evaluation Types.  The percentage damage will be determined by the following calculation:

*(Evaluation Type 2 Cost Estimate/Evaluation Type 1 Cost Estimate) x 100 = % Damage*

If the *Road Home* percentage damage is <u>equal to or greater</u> than 51%, then an <u>Evaluation Type 1 Cost – Estimated Cost to Rebuild</u> is assigned to the property.

If the *Road Home* percentage damage is <u>less than </u>51%, then an <u>Evaluation Type 2 Cost – Estimated Cost to Repair</u> is assigned to the property.

If the home has been <u>cleared or demolished</u> or the home evaluator finds it otherwise impossible to complete an Evaluation Type 2, the home evaluator will make a note that Evaluation Type 2 could not be completed and complete Evaluation Type 1.  For purposes of determining funding assistance calculations, home is considered greater than or equal to 51% damaged.

- **Estimated cost of damage - Homeowner owns both sides of a double unit**
  - The estimated cost of damage is based on both sides of the double unit.  The owner must coordinate access into the rental unit.
  - *Types of home evaluations:*  The estimated cost to repair and the estimated cost to rebuild are determined with a home evaluation conducted by *The Road Home*.  Home evaluators will visit every home involved in the program to determine an estimated cost to repair or rebuild.  There are 2 types of home evaluations:
    - *Evaluation Type 1, used in calculation if damage to home is equal to or greater than 51% damaged*: Evaluation based on $130 multiplied by square footage of living area of home.  Evaluation confirms the damage and generates an estimate of cost to rebuild, based on cost per square



# Homeowner Policies Version 3.4

foot for construction for location and type of construction.  The cost per square foot is $130.

- ■ *Evaluation Type 2, used in calculation if damages to home is less than 51% damaged*: Evaluation identifies work to be done in interior rooms and on exterior of home and generates an estimate based on the cost of repairing or replacing various home components, taking into account items such as the type of construction, the number of items to be repaired or replaced, and sizes and dimensions.  For this type of evaluation, their will be a separate checklist which includes up to two of some items as applicable to the two units (i.e. home elevation, kitchens, smoke detectors, electric service panel, water heaters, water service, and HVAC).

- o *Determination of Evaluation Type:* Home evaluators will visit every home involved in the program to determine the estimated cost to repair/rebuild which will allow the *Road Home* program to classify the property as either qualifying for Evaluation Type 1, estimated cost to rebuild or Evaluation Type 2, estimated cost to repair.  The Evaluation Type used to generate an estimated cost to repair/rebuild depends on the percentage damage to the home, which is determined as follows:

The home evaluator will complete both Evaluation Types.  The percentage damage will be determined by the following calculation:

*(Evaluation Type 2 Cost Estimate/Evaluation Type 1 Cost Estimate) x 100 = % Damage*

If the *Road Home* percentage damage is <u>equal to or greater</u> than 51%, then an <u>Evaluation Type 1 Cost – Estimated Cost to Rebuild</u> is assigned to the property.

If the *Road Home* percentage damage is <u>less than </u>51%, then an <u>Evaluation Type 2 Cost – Estimated Cost to Repair</u> is assigned to the property.

If the home has been <u>cleared or demolished</u> or the home evaluator finds it otherwise impossible to complete an Evaluation Type 2, the home evaluator will make a note that Evaluation Type 2 could not be completed and complete Evaluation Type 1.  For purposes of determining funding assistance calculations, home is considered greater than or equal to 51% damaged.

## 7.3   Calculation

### 7.3.1   Options

Double unit homeowners are eligible for Compensation Grant, Affordable Compensation Loan, and Elevation Allowance.

Homeowners can choose whatever option best fits their future plans, regardless of the ownership structure of the double-unit or the future plans of the other owner (if there are two owners).

### 7.3.2   Calculation of Benefits

The calculation of benefits is the same as the calculation for owners of single unit structures.



# Homeowner Policies Version 3.4

## 8    Condominiums

The policies for determining funding assistance calculations for condominiums are still being determined.

## 9    Site-Built Homes on Leased Land[25]

### 9.1   Inputs

- *Pre-storm value:* Pre-storm value for these types of homeowners will be based on an appraisal of the structure only[26].

### 9.2   Calculation

#### 9.2.1   Options

Homeowners of site-built homes on leased land may select one of the three program options – Option 1: Stay, Option 2: Relocate, or Option 3: Sell.

Homeowners who are replacing or repairing their damaged structure on the same leased land choose Option 1: Stay.  Homeowners who are replacing their damaged structure and building a home at a new location, either on leased land or on owned land, choose Option 2: Relocate.  Homeowners who decide not to become an owner-occupant of a new home in the State of Louisiana choose Option 3: Sell.  For homeowners in a leased land situation choosing Option 2: Relocate or Option 3: Sell, there is no cash sale transferring the property from the homeowner to the *Road Home* Corporation.

#### 9.2.2   Calculation of Benefits

The calculation of benefits depends on the structure type of the site-built home on leased land. Refer to the applicable section – single unit, town home, duplex, or manufactured housing – for information regarding how the calculation of benefits is computed.

## 10   Manufactured Housing (Mobile Homes)[27]

### 10.1  Program Requirements

If a homeowner decides to purchase new manufactured housing (mobile home) to replace lost manufactured housing (mobile home), the new home must meet the federal manufactured housing code, comply with the Federal Manufactured Housing Code required by HUD at the time of placement on the Property, meet the required base flood elevation requirements of the locality as applicable, and meet the State of Louisiana's anchorage and installation requirements.

### 10.2  Inputs

- Pre-Storm Value (Manufactured Homes with Land)[28]

---

[25] Version 3.4, Revision 26, March 15, 2007
[26] Version 3.0, Revision 11, January 15, 2007
[27] Version 3.0, Revision 10, January 15, 2007
[28] Version 3.4, Revision 24, March 15, 2007



# Homeowner Policies Version 3.4

- o *Determination:* If a pre-storm appraisal completed by a Louisiana licensed appraiser was conducted on or after January 1, 2000 and up until date of storm, the pre-storm value is based on the appraisal. Pre-storm appraisals are adjusted to reflect a value as of 2nd quarter 2005 using a price appreciation index published by HUD's Office of Federal Housing Enterprise Oversight ([www.ofheo.gov](www.ofheo.gov)). If no pre-storm appraisal was conducted on or after January 1, 2000 and up until the date of the storm, the pre-storm value is based on a Broker's Price Opinion (BPO) or a *Road Home* appraisal of pre-storm value.
  - o *Verification:* Pre-storm value will be determined and verified by *The Road Home* unless the homeowner has a pre-storm appraisal completed by a Louisiana licensed appraiser on or after January 1, 2000 and up until date of storm. In those cases, the homeowner will provide the appraisal and *The Road Home* will verify it.
- Pre-Storm Value (Manufactured Homes on Leased Land)[29]
  - o *Determination:* If an arms length appraisal (i.e. an appraisal ordered by a lender in conjunction with a loan; not an appraisal ordered by the HO) was conducted on or after January 1, 2000 and up to the date of the storm, the pre-storm value is based on the appraisal. If no arms length appraisal was conducted on or after January 1, 2000 and up to the date of the storm, pre-storm value is based on either the *NADA Manufactured Housing Appraisal Guide* value of the manufactured housing or a Broker's Price Opinion (BPO) using manufactured housing comparables and subtracting the value of the land.
  - o *Verification:* Pre-storm value will be determined and verified by *The Road Home* unless the homeowner has an arms-length appraisal conducted on or after January 1, 2000 and up to the date of the storm. In those cases, the homeowner will provide the appraisal and *The Road Home* will verify it.
- *Estimated cost of damage*
  - o Property is assumed to have more than 51% damaged. (FEMA assumes that manufactured housing with greater than $5200 should be replaced rather than repaired.)
  - o Damage to manufactured housing (mobile home) is confirmed through home evaluation.
  - o Damage estimate equals per square foot allowances established in protocols for manufactured homes.

## *10.3  Calculation*

### 10.3.1 Options[30]

Homeowners of manufactured housing on land that may select one of the three program options - Option 1: Stay, Option 2: Relocate, or Option 3: Sell.

Homeowners of manufactured housing on leased land may also select one of the three program options – Option 1: Stay, Option 2: Relocate, or Option 3: Sell. Homeowners who are replacing or

---

[29] Version 3.4, Revision 24, March 15, 2007
[30] Version 3.4, Revision 26, March 15, 2007



# Homeowner Policies Version 3.4

repairing their damaged structure on the same leased land choose Option 1: Stay.  Homeowners who are replacing their damaged structure and building a home at a new location, either on leased land or on owned land, choose Option 2: Relocate.  Homeowners who decide not to become an owner-occupant of a new home in the State of Louisiana choose Option 3: Sell.  For homeowners of manufactured housing on leased land choosing Option 2: Relocate or Option 3: Sell, there is no cash sale transferring the property from the homeowner to the *Road Home* Corporation.

Manufactured housing homeowners who own the land or who lease land are eligible for:
- Option 1: Compensation Grant, Elevation Allowance, and Affordable Compensation Loan
- Option 2: Compensation Grant, Elevation Allowance, and Affordable Compensation Loan
- Option 3: Compensation Grant

## 10.3.2 Calculation of Benefits
The calculation of benefits is the same as the calculation for owners of single units.

## 11   Assignment
Assignment is the act of transferring financial benefits of the *Road Home* program from the original eligible homeowner to a new homeowner.

### 11.1  Eligibility requirements
- *Authorized to assign rights:* The **Original Owner** in possession of the property at the time of the storm and meets all other eligibility requirements for the Homeowner program may elect to assign their rights to benefits from the Homeowner program.  These rights can only be assigned one time.
- *Eligible to have rights assigned to them:* The new homeowner - **Assigned Owner** - who has acquired, or is acquiring a home from a homeowner who is otherwise determined to be eligible for the Homeowner program (**Original Owner**) and will agree to the covenant requirements of the Homeowner program.
- *Date Assignment policy in effect:* Rights to Homeowner program benefits can be assigned as of the date of the August 29, 2005 but before benefits are paid.  The sales transaction between the **Original Owner** and the **Assigned Owner** must be complete at the time benefits are transferred to the new owner.

### 11.2  Program requirements
### 11.2.1 Application
- The *Original Owner* must submit the application.
- The *Original Owner* must work in coordination with the *Assigned Owner* to provide information about the assigned owner and legal proof of the Assignment.
- Both the *Original Owner* and the *Assigned Owner* must present credentials to the *Road Home* program and have identity information is collected.



# Homeowner Policies Version 3.4

## 11.2.2 Legal documentation

The following legal documentation is required to execute Assignment of Homeowner program benefits:

- *Road Home* legal assignment authorization form entitled "Assignment of *Road Home* Grant Proceeds" or legal equivalent prepared by attorney and signed by both *Original Owner* and *Assigned Owner.*
- Assignment of rights executed in sales agreement between the *Original Owner* and the *Assigned Owner.*

At closing, the *Assigned Owner* signs the legal documents associated with Option 1: Stay.  If there is a mortgage lender, funds will be deposited in a disbursement account with the lender of the assigned owner.  If there is no mortgage lender, funds will be deposited in a *Road Home* disbursement account.

## 11.3  Calculation

The *Assigned Owner* is eligible for Option 1: Stay benefits including:

- Compensation Grant
- Elevation Allowance
- Affordable Compensation Loan if both the *Original Owner* and the *Assigned Owner* are determined at or below 80% AMI and eligible for the loan.

The calculation is based on the information provided by the *Original Owner* on the application. *Proceeds from sale of home,* listed under *Other Compensation,* are not deducted from the grant assistance amount.

The *Assigned Owner* is not eligible for Option 2: Relocate or Option 3: Sell benefits[31].

# 12   Individual Mitigation Measures (IMM) Program

## 12.1  Eligibility Requirements

- Post repair mitigation assistance is capped at $7,500.
- Total combined assistance from the IMM program and the Homeowner Assistance program cannot exceed $150,000.
- Homeowner must be eligible for the Homeowner Assistance program.
- Homeowners who choose to stay in their home, regardless of whether or not they qualified for a grant from the Homeowner Assistance program, are eligible for the IMM program.
- Homeowners who choose to relocate to a home that is located in a presidentially declared parish, regardless of whether or not they qualified for a grant from the Homeowner Assistance program, are eligible for the IMM program.

## 12.2  Program Requirements

- If a homeowner chooses to accept the Additional Mitigation Grant, the homeowner is required to use the funding assistance for non-elevation mitigation measures.

---

[31] Version 3.4, Revision 26, March 15, 2007



# Homeowner Policies Version 3.4

### 12.3  Additional Inputs Necessary for Additional Mitigation Grant

- Cost estimate of non-elevation mitigation measures homeowner is planning to complete
  - o *Definition:* There are a number of non-elevation mitigation measures homeowners can choose to complete at their home.
  - o *Verification:* Homeowners choose from a list of non-elevation mitigation measures at the HAC.  Each measure will include a cost estimate to determine the total assistance the homeowner is looking to receive. Additional Mitigation Grant Calculation
- Homeowners choosing to perform non-elevation mitigation measures and did not receive Elevation Allowance
  - The homeowner's Additional Mitigation Grant is the lesser of the following:
    - Additional mitigation grant allowance = $7,500.  The Additional Mitigation Grant is capped at $7,500.
    - *Cost estimate of non-elevation mitigation measures homeowner is planning to complete*
    - Road Home available balance = $150,000 (minus) *Compensation grant* (minus) *Affordable compensation loan*
- Homeowners choosing to perform non-elevation mitigation measures and did receive Elevation Allowance
  - The homeowner's Additional Mitigation Grant is the lesser of the following:
    - Additional mitigation grant allowance = $7,500.  The Additional Mitigation Grant is capped at $7,500.
    - *Cost estimate of non-elevation mitigation measures homeowner is planning to complete*
    - Road Home available balance = $150,000 (minus) *Compensation grant* (minus) *Elevation allowance* (minus) *Affordable compensation loan*

## 13  Benefit Selection Process

Homeowners can change their benefit option selection up to the time of closing and signing the closing documents[32].

### 13.1  Letters

Eligible homeowners will receive one of three letters depending on their funding assistance calculations:

- *Benefit selection letter:* This letter is sent to eligible homeowners who qualify for a compensation grant and/or an affordable compensation loan (and may also be eligible for an elevation allowance)

---

[32] Version 3.1, Revision 13, January 31, 2007



# Homeowner Policies Version 3.4

- *Elevation allowance letter:* This letter is sent to eligible homeowners who qualify for an elevation allowance and do not qualify for a compensation grant or affordable compensation loan
- *No funding letter:* This letter is sent to eligible homeowners who do not qualify for any funding assistance from the Homeowner program.

Eligible homeowners who did not receive the program cap of $150,000 and are eligible for the additional mitigation grant will also receive a letter explaining the Additional Mitigation Grant and how to apply for and receive the $7,500 to complete individual mitigation measures to protect their home from future storm damage.

## 14  Title

### 14.1  Title Check

Homeowners who do not have clear title will be responsible for clearing up title issues prior to closing.  Applications for homeowners who do not have clear title will be processed and the title search will not begin until after the homeowner has come in for the initial advisory meeting.

## 15  Closing for Option 1: Stay

### 15.1  Single Units, Town homes, Double Units and Manufactured Housing where land is owned

### 15.1.1 Documents Signed at Closing for Homeowners with a subordinating lender

- Closing-sub escrow disbursement agreement
- Grant Recipient Affidavit
- Grant Disbursement Agreement
- Program Grant agreement
- Name affidavit (if necessary)
- Subrogation/Assignment agreement
  - Homeowner agrees to assign all future payments received from property damage insurance or flood insurance on the residence, excluding contents, and all federal assistance payments to the Office of Community Development up to the amount of grant assistance received through *The Road Home Program.*
- Declaration of covenants
  - The covenant agreement goes into affect at time of closing but the clock on some of the stipulations contained in the covenant agreement does not begin until a *Certificate of Final Disbursement* is recorded in the public record.  The homeowner will not be responsible for ensuring that the Certificate of Final Disbursement is recorded in the public record.
  - The covenant agreement obligates the homeowner to remain an owner-occupant for a period of 3 years from the date of final disbursement, carry flood insurance in



# Homeowner Policies Version 3.4

perpetuity if the property is located in flood zone, carry hazard insurance for 3 years from the date of final disbursement, and comply with building codes.

o If the homeowner receives an Affordable Compensation Loan, the Declaration of Covenants includes an Affordable Compensation Loan Rider obligating the homeowner to remain an owner occupant for 5 years from the date of final disbursement.  If the homeowner does not remain an owner occupant for the 5 year period, the homeowner is obligated to repay the loan to the State on a prorated basis.

o If the homeowner receives an Elevation allowance or the program requires that the homeowner elevate the damaged residence, the Declaration of Covenants includes a flood elevation rider stipulating that the home must meet the appropriate ABFE.

- Affordable Compensation Loan Promissory Note (if homeowner receiving Affordable Compensation Loan)

## 15.1.2 Documents Signed at Closing for Homeowners with no subordinating lender[33]

- Closing-sub escrow disbursement agreement
- Grant Recipient Affidavit
- Grant Disbursement Agreement
- Program Grant agreement
- Grant Transaction Certificate
- Name Affidavit (if necessary)
- Subrogation/Assignment agreement
  o Homeowner agrees to assign all future payments received from property damage insurance or flood insurance on the residence, excluding contents, and all federal assistance payments to the Office of Community Development up to the amount of grant assistance received through *The Road Home Program.*
- Declaration of covenants
  o The covenant agreement goes into affect at time of closing but the clock on some of the stipulations contained in the covenant agreement does not begin until a *Certificate of Final Disbursement* is recorded in the public record.  The homeowner will not be responsible for ensuring that the Certificate of Final Disbursement is recorded in the public record.
  o The covenant agreement obligates the homeowner to remain an owner-occupant for a period of 3 years from the date of final disbursement, carry flood insurance in perpetuity if the property is located in flood zone, carry hazard insurance for 3 years from the date of final disbursement, and comply with building codes.
  o If the homeowner receives an Affordable Compensation Loan, the Declaration of Covenants includes an Affordable Compensation Loan Rider obligating the homeowner to remain an owner occupant for 5 years from the date of final disbursement.  If the homeowner does not remain an owner occupant for the 5

---

[33] Version 3.0, Revision 12, January 15, 2007



# Homeowner Policies Version 3.4

> year period, the homeowner is obligated to repay the loan to the State on a prorated basis.
> o If the homeowner receives an Elevation allowance or the program requires that the homeowner elevate the damaged residence, the Declaration of Covenants includes a flood elevation rider stipulating that the home must meet the appropriate ABFE.
- Affordable Compensation Loan Promissory Note (if homeowner receiving Affordable Compensation Loan)

## 15.1.3 Payment Deductions at Closing

Payments that may be deducted from homeowner's grant assistance at closing:
- Property taxes, including fines, and including a pro-rata amount due for the current year through the date of closing
- Tax liens (Federal, State and local)
- SBA loan funds that SBA determines are a duplication of benefit
- Recordation fees

## 15.1.4 Subordination and Disbursement for Homeowners receiving an award of more than $10,000

- For homeowners with a mortgage, in order for the covenants to be legally binding first mortgage lenders will need to subordinate their first liens to the covenants. Lenders, in exchange for agreeing subordinate and in order to protect their investments, will ask borrowers to sign documents authorizing deposit of Road Home funds into a joint disbursement account. Lenders, based on commitments to the State to follow best practices with respect to management of the disbursement accounts, will work with homeowners to manage funds in the accounts.
- Disbursement schedules are established by the lender or disbursement agents. In general, homeowners should expect that the schedules established by lenders or disbursements agents are likely to follow the following guidelines:
  - o 1st disbursement: 10% of the total Grant Proceeds, or $7,500, whichever is less but not less than $2,500, will be disbursed upon execution of a contract for repairs to cover the initial cost of materials and labor needed to repair damages to or rebuild my Home, as applicable.
  - o 2nd disbursement: Grant Proceeds in the amount of up to 1/3 of the funds necessary to repair or rebuild my home, as applicable, upon completion of at least 1/3 of the necessary repairs or rebuilding, as confirmed by an inspection performed by the Servicer or a third party inspector on Servicer's behalf.
  - o 3rd disbursement: Grant Proceeds in the amount of up to 1/3 of the funds necessary to repair or rebuild my Home, as applicable, upon completion of at least 2/3 of the necessary repairs or rebuilding, as confirmed by an inspection performed by the Servicer or a third party inspector on Servicer's behalf.
  - o Final disbursement: All remaining Grant Proceeds will be released upon completion of work, as confirmed by final Servicer inspection, and homeowner's or homeowner's Contractor's submission to the Servicer of the documents required in Section 3 related to the final disbursement.



# Homeowner Policies Version 3.4

- OCD or its agent may disburse grant proceeds earlier and make final disbursement upon receipt of evidence from homeowner that homeowner is complying with the covenant agreement
  - Evidence that will be acceptable to OCD or its agent that the provisions of the covenant are being complied with can include the following:
    - Evidence of ownership
    - Payment of utility bills for the property (electrical power, water, sewer, telephone, cable, and internet services)
    - Evidence of expenses paid by homeowner to comply with covenant
    - Evidence of residency
- Homeowners without a mortgage may also choose to receive funds in scheduled payments over their 3 year owner occupancy (or 5 year owner occupancy if the homeowner is receiving an Affordable Compensation Loan)

## 15.1.5 Disbursement for Homeowners receiving an award of $10,000 or less

- If a homeowner receives an award of $10,000 or less (before *Payment Deductions at Closing* are subtracted), the award funds will be disbursed directly to the homeowner at Closing without deposit in a Disbursement Account and subordination from lenders, if applicable will not be required.

## 15.1.6 Recordation of Certificate of Final Disbursement

Mortgage Lender Agrees to Subordinate to Covenant
- Document signed and notarized when all grant funds are disbursed
- Indicates that lender has disbursed all grant funds
- Homeowner must sign document
- Mortgage lender will record Certificate of Final Disbursement in public record

No subordinating lender
- Document signed and notarized when all grant funds are disbursed
- Indicates that the Office of Community Development or its agent has disbursed all grant funds
- Homeowner must sign document
- Office of Community Development or its agent will record Certificate of Final Disbursement in public record

## 15.2 Manufactured Housing (Mobile Homes) and Site-Built Homes on Leased Land

For manufactured housing (mobile home) homeowners who lease the land and for site-built homeowners who lease the land, homeowners sign a promissory note obligating them to relocate as an owner-occupant to another home in Louisiana, The new home can be site-built or manufactured housing (mobile home) that meets local code.



# Homeowner Policies Version 3.4

## 16  Closing for Option 2: Relocate

### 16.1 *Single Units, Town homes, Double Units, Manufactured Housing and Homes on Leased Land*

### 16.1.1 Closing Options

Homeowners who have not purchased a replacement home in the State of Louisiana may choose to close on their Option 3 award amount prior to the purchase of the replacement home so long as the Option 3 award amount is not less than what the homeowner owes on the damaged home. Homeowners exercising this option will receive their remaining award amount – Option 2 award amount (minus) Option 3 award amount – when they provide proof that they have purchased replacement housing in the State of Louisiana or are prepared to do a simultaneous *Road Home* closing and closing on their replacement home.  Homeowners choosing this closing option will have up to 90 days from the date of the 1st closing to identify the replacement home and complete a 2nd Closing.  If the homeowner needs more than 90 days from date of 1st closing to identify a replacement home, the homeowner can submit a written request for a 90 day extension from to the Office of Community Development[34].

### 16.1.2 Documents Signed at Closing

- Authorization for Electronic Funds Transfer
  - Authorizes OCD to initiate credit entries to homeowner's checking or savings account
- Program grant agreement
- Subrogation/assignment agreement
  - Homeowner agrees to assign all future payments received from property damage insurance or flood insurance on the residence, excluding contents, and all federal assistance payments to the Office of Community Development up to the amount of grant assistance received through *The Road Home Program*.
- Grant and Compensation Agreement: Replacement Property
  - Homeowner agrees to remain an owner-occupant for a period of 3 years in the replacement property, carry flood insurance if the property is located in flood zone, and carry hazard insurance for a period of 3 years.

### 16.1.3 Payment Deductions at Closing

Payments that may be deducted from homeowner's grant assistance at closing:

- Property taxes, including fines, and including a pro-rata amount due for the current year through the date of closing
- Tax liens (Federal, State and local)
- Outstanding balance on mortgages or other liens on the property
- SBA loan funds that SBA considers a duplication of benefit
- Recordation fees

---

[34] Version 3.3, Revision 19, February 15, 2007

 **Homeowner Policies Version 3.4**

### 16.1.4 Clearance of Property

The Corp of Engineers will demolish properties that parishes determine are a threat to heath and safety. If the homeowner is considering selling their home to the Road Home, the homeowner should contact their parish to see if their property qualifies for assistance.  The Road Home program does not require properties to be cleared.

## 17  Closing for Option 3: Sell

### 17.1  Single Units, Town homes, Double Units, Manufactured Housing, and Homes on Leased Land

### 17.1.1 Homeowners agree to the following at closing

- Authorization for Electronic Funds Transfer
  - o  Authorizes OCD to initiate credit entries to homeowner's checking or savings account
- Subrogation/assignment agreement
  - o  Homeowner agrees to assign all future payments received from property damage insurance or flood insurance on the residence, excluding contents, and all federal assistance payments to the Office of Community Development up to the amount of grant assistance received through *The Road Home Program.*

### 17.1.2 Payment Deductions at Closing

Payments that may be deducted from homeowner's grant assistance at closing:

- Property taxes, including fines, and including a pro-rata amount due for the current year through the date of closing
- Tax liens (Federal, State and local)
- Outstanding balance on mortgages or other liens on the property
- SBA loan funds that SBA considers a duplication of benefit

### 17.1.3 Clearance of property

The Corp of Engineers will demolish properties that parishes determine are a threat to heath and safety. If the homeowner is considering selling their home to the Road Home, the homeowner should contact their parish to see if their property qualifies for assistance.  The Road Home program does not require properties to be cleared.

### 17.1.4 Disbursement Schedule

Homeowners who choose Sell option receive all of their funding assistance in one lump sum at closing.

## 18  Second Closings and Second Disbursements

If a homeowner disagrees with their funding award calculation, the homeowner can choose to go to Closing and receive their current award amounts.  If *The Road Home* determines that the homeowner should receive additional funding after the application file is reviewed by the



# Homeowner Policies Version 3.4

Resolution Team or Appeals Office, *The Road Home* will disburse funds through a 2nd Disbursement or 2nd Closing[35].

## 19   Assuming covenant requirements

After all funds have been disbursed and the Certificate of Final Disbursement is recorded in the public record, a homeowner can choose to sell their home during the term of the covenant to a buyer who is willing to assume the covenant requirements.

- The new homeowner is subject to all the covenant obligations which run with the land including the 3 year owner-occupancy agreement.
- The 3 year owner-occupancy requirement does not start over when title is transferred but the new homeowner is responsible for fulfilling the remaining owner-occupancy obligation.
- The covenant requirements can be assigned as many times as the current homeowner wishes.[36]

If a homeowner receives an Affordable Compensation Loan, they cannot assign the 5 year owner-occupancy requirement to a new homeowner.  If a homeowner sells their home prior to fulfilling the 5 year owner-occupancy requirement, they are responsible for paying back the Affordable Compensation Loan to the State on a prorated basis.

---

[35] Version 3.3, Revision 17, February 15, 2007
[36] Version 3.0, Revision 9, January 15, 2007