# Exhibit O

**State of Louisiana Office of Community Development Disaster Recovery Unit, Approved Action Plans**



Louisiana.gov > Division of Administration > Office of Community Development > Disaster Recovery Unit

Text Size 

HOME | COMMISSIONER | OFFICES | INFORMATION | CONTACT

ABOUT THE DRU

ECONOMIC DEVELOPMENT

INFRASTRUCTURE

HOUSING

ACTION PLANS

STAFF

**DIRECTOR**

Robin Keegan

**Tel:** (225) 342-1854
**Fax:** (225) 342-1947
**Email:** Robin.Keegan@la.gov

**Mailing Address:**
P.O. Box 94095
Baton Rouge, LA 70804-9095

Site Search  







## Approved Action Plans - 1st Action Plan (Katrina/Rita)

- **1st Action Plan** (for funds allocated by P.L. 109-148)

  - **Amendment 1** - The Road Home

    See *Amendment 14* for the most recent Road Home policy.

  - **Amendment 2** - Economic Development and Infrastructure
  - **Amendment 3** - Workforce Development
  - **Substantial Clarifications to *The Road Home***
  - **Amendment 4** - Piggyback Program
  - **Amendment 5** - Higher Education
  - **Amendment 6** - Ratepayer Mitigation Program
  - **Amendment 7** - Further *Road Home* Clarifications
  - **Amendment 8** - Small Firm Loan & Grant Program
  - **Amendment 9** - Adjustments for 2nd Action Plan
  - **Amendment 10** - Private Non-Profit Schools
  - **Amendment 11** - Clarifications to Small Rental
  - **Amendment 12** - Long Term Community Recovery
  - **Amendment 13** - Small Firm Loan & Grant Addition
  - **Amendment 14** - *Road Home* Lump Sum Disbursement
  - **Amendment 15** - Reallocation of Funds to *The Road Home*
  - **Amendment 16** - Reallocation of Planning Funds
  - **Amendment 17** - Fisheries Infrastructure Program, Program Income Modification and Reallocation of Funds to *The Road Home*

    Please click *here* to view the Guidelines to be followed for proposals for this infrastructure funding.

  - **Amendment 18** - Modifications to Workforce and Affordable Rental Housing Programs
  - **Amendment 19** - Reallocation of Infrastructure Funds for Disaster Recovery

    - Additional Information (LRA Memos and Resolutions)

  - **Action Plan Amendment 20** - Road Home Property Disposition and Redevelopment Process
  - **Amendment 21** - Small Rental Program Advance Funding
  - **Amendment 22** - Reallocation of Planning Funds
  - **Amendment 23** - Reallocation of Funds to Building Code Enforcement
  - **Action Plan Amendment 24** - Soft Second Mortgage Program
  - **Action Plan Amendment 25** - Changes to Local Government Infrastructure Program
  - **Action Plan Amendment 26** - Commercial Fisheries Program
  - **Amendment 27** - Mitigation Grants Clarification

    *This Amendment was denied by HUD*

  - **Amendment 28** - Road Home Appraisal Determinations

    *This Amendment was denied by HUD*

  - **Action Plan Amendment 29** - Reallocation of Funds to Building Code Enforcement
  - **Action Plan Amendment 32** - Plaquemines Parish Homeowner's Rehabilitation Program
  - **Action Plan Amendment 33** - Nonprofit Rebuilding Pilot Program
  - **Action Plan Amendment 34** - Small Firm Loan and Grant Technical Assistance Programs
  - **Action Plan Amendment 35** - Modifications to the Local Government Infrastructure Program

- **Action Plan Amendment 36** - Modifications to the Local Government Infrastructure Program
- **Action Plan Amendment 39** - Removal of the Afforadble Compensation Grant Cap
- **Action Plan Amendment 41** - Modifications to the Local Government Infrastructure Program
- **Action Plan Amendment 42** - Modifications to Environmental Program Delivery Funding

*Note:* To view Adobe PDF files, you must have the Adobe PDF reader. You can download the latest version of the Reader for free by clicking on the icon to the right:



**CONTACT US:** 1201 N. Third Street, Ste. 7-210 | Baton Rouge, LA 70802 | Local: (225) 342-7000 | Toll Free: (800) 354-9548

©2008 Division of Administration | Privacy Policy/Disability Statement | Web Site Feedback | DOA Employees: Web Mail / Intranet



Louisiana.gov > Division of Administration > Office of Community Development > Disaster Recovery Unit      Text Size



**ABOUT THE DRU**

**ECONOMIC DEVELOPMENT**

**INFRASTRUCTURE**

**HOUSING**

**ACTION PLANS**

**STAFF**



Robin Keegan

**Tel:** (225) 342-1854
**Fax:** (225) 342-1947
**Email:** Robin.Keegan@la.gov

**Mailing Address:**
P.O. Box 94095
Baton Rouge, LA 70804-9095

Site Search  GO







## Approved Action Plans - 2nd Action Plan (Katrina/Rita)

- **2nd Action Plan** (for funds allocated by P.L. 109-234)

  - **Amendment 1** - State Buildings - FEMA Ineligible
  - **Amendment 2** (*Proposed*) - Fisheries Infrastructure and Assistance Program

    *This Amendment has been withdrawn and re-proposed as an Amendment to the First Action Plan (Amendment 17)*

  - **Amendment 3** (*Partially Approved*) - Medical Center of Louisiana - New Orleans

    *This Amendment has been withdrawn.*

  - **Amendment 4** - Reallocation of Funds to *The Road Home*
  - **Amendment 5** - Modifications to Workforce and Affordable Rental Housing Programs
  - **Amendment 6** - Reallocation of Infrastructure Funds for Disaster Recovery

    o  Additional Information (LRA Memos and Resolutions)

  - **Action Plan Amendment 7** - Road Home Property Disposition and Redevelopment Process
  - **Amendment 8** - Small Rental Program Advance Funding
  - **Amendment 10** - Mitigation Grants Clarification

    *This Amendment was denied by HUD*

  - **Amendment 11** - Road Home Appraisal Determinations

    *This Amendment was denied by HUD*

  - **Amendment 12** - Modifications to Environmental and Infrastructure Program Delivery

    *Note:* To view Adobe PDF files, you must have the Adobe PDF reader. You can download the latest version of the Reader for free by clicking on the icon to the right: