# Exhibit P

**Value of Owner-Occupied Housing Units from 2000 Census**

# Value of Owner-Occupied Housing Units from 2000 Census



**Value of Owner-Occupied Housing Units from 2000 Census**
(Data from Census Sample File #4, Table HCT64)