# Exhibit Q

**African-American Homeowners and Home Values by Census Tract, Orleans Parish**

| African-American Homeowners and Home Values by Census Tract, Orleans Parish |||
|---|---|---|
| Census Tract Number | Median Home Values | Percent African-American |
| 1 | $ 144,100 | 10.63% |
| 2 | $ 60,200 | 71.64% |
| 3 | $ 48,400 | 87.46% |
| 4 | $ 71,900 | 78.28% |
| 6.01 | $ 51,100 | 100.00% |
| 6.02 | $ 60,400 | 74.62% |
| 6.03 | $ 37,200 | 65.59% |
| 6.04 | $ 65,700 | 58.15% |
| 6.05 | $ 55,900 | 60.40% |
| 6.06 | $ 108,700 | 26.31% |
| 6.07 | $ 119,000 | 14.22% |
| 6.08 | $ 107,600 | 17.97% |
| 6.11 | $ 62,200 | 87.76% |
| 6.12 | $ 434,300 | 15.53% |
| 6.13 | $ 72,900 | 47.14% |
| 6.14 | $ 162,600 | 31.44% |
| 7.01 | $ 52,600 | 100.00% |
| 7.02 | $ 57,300 | 76.49% |
| 8 | $ 56,800 | 96.03% |
| 9.01 | $ 54,000 | 94.71% |
| 9.02 | $ 45,300 | 96.67% |
| 9.03 | $ 53,900 | 99.09% |
| 9.04 | $ 55,400 | 96.46% |
| 11 | $ 57,600 | 61.34% |
| 12 | $ 91,200 | 16.67% |
| 13.01 | $ 62,200 | 73.92% |
| 13.02 | $ 58,500 | 88.08% |
| 13.03 | $ 53,000 | 94.38% |
| 13.01 | $ 82,400 | 28.10% |
| 14.01 | $ 51,700 | 100.00% |
| 14.02 | $ 58,400 | 98.22% |
| 15 | $ 53,300 | 88.43% |
| 16 | $ 23,100 | 100.00% |
| 17.01 | $ 73,700 | 97.96% |
| 17.02 | $ 67,100 | 76.88% |

| | | | |
|---|---|---|---|
| 17.03 | $ | 50,100 | 97.74% |
| 17.06 | $ | 137,500 | 0.00% |
| 17.14 | $ | 58,600 | 100.00% |
| 17.2 | $ | 70,500 | 75.82% |
| 17.22 | $ | 69,600 | 91.39% |
| 17.23 | $ | 79,100 | 74.13% |
| 17.24 | $ | 99,000 | 63.97% |
| 17.25 | $ | 86,500 | 75.71% |
| 17.26 | $ | - | 100000.00% |
| 17.28 | $ | 141,800 | 77.11% |
| 17.3 | $ | 87,700 | 86.06% |
| 17.32 | $ | 96,000 | 70.72% |
| 17.33 | $ | 54,500 | 42.21% |
| 17.34 | $ | 116,700 | 0.56% |
| 17.35 | $ | 75,100 | 93.76% |
| 17.36 | $ | 89,600 | 90.51% |
| 17.37 | $ | 71,000 | 64.19% |
| 17.38 | $ | 81,400 | 86.94% |
| 17.39 | $ | 119,800 | 90.50% |
| 17.4 | $ | 98,900 | 92.32% |
| 17.41 | $ | 86,000 | 59.71% |
| 17.42 | $ | 79,900 | 41.47% |
| 18 | $ | 131,500 | 11.86% |
| 19 | $ | 62,200 | 82.82% |
| 20 | $ | 58,200 | 85.77% |
| 21 | $ | 62,000 | 92.22% |
| 22 | $ | 53,000 | 92.53% |
| 23 | $ | 60,600 | 91.49% |
| 24.01 | $ | 80,800 | 74.17% |
| 24.02 | $ | 73,200 | 61.73% |
| 25.01 | $ | 82,100 | 52.72% |
| 25.02 | $ | 70,600 | 79.40% |
| 25.03 | $ | 107,100 | 38.36% |
| 25.04 | $ | 92,400 | 53.06% |
| 26 | $ | 156,900 | 10.18% |
| 27 | $ | 71,700 | 86.60% |
| 28 | $ | 62,600 | 100.00% |
| 29 | $ | 65,500 | 94.24% |
| 30 | $ | 50,800 | 97.40% |
| 31 | $ | 59,500 | 92.31% |
| 33.01 | $ | 136,000 | 23.72% |

|       |    |         |            |
|-------|----|---------|------------|
| 33.02 | $  | 101,000 | 73.15%     |
| 33.03 | $  | 69,700  | 46.29%     |
| 33.04 | $  | 78,000  | 59.85%     |
| 33.05 | $  | 60,900  | 79.21%     |
| 33.06 | $  | 69,100  | 98.79%     |
| 33.07 | $  | 72,600  | 95.39%     |
| 33.08 | $  | 73,500  | 83.98%     |
| 34    | $  | 70,500  | 76.92%     |
| 35    | $  | 72,100  | 85.77%     |
| 36    | $  | 68,300  | 92.62%     |
| 37.01 | $  | 76,500  | 67.28%     |
| 37.02 | $  | 72,900  | 59.25%     |
| 38    | $  | 460,000 | 0.00%      |
| 39    | $  | 82,200  | 66.87%     |
| 40    | $  | 73,500  | 95.40%     |
| 41    | $  | 143,800 | 15.87%     |
| 42    | $  | 353,800 | 0.00%      |
| 44.01 | $  | 64,400  | 96.67%     |
| 44.02 | $  | -       | 100.00%    |
| 45    | $  | 71,600  | 69.75%     |
| 46    | $  | 140,800 | 1.38%      |
| 47    | $  | -       | 0.00%      |
| 48    | $  | -       | 100000.00% |
| 49    | $  | 56,700  | 75.00%     |
| 50    | $  | 65,700  | 44.72%     |
| 54    | $  | 96,900  | 5.05%      |
| 55    | $  | 135,800 | 0.75%      |
| 56.01 | $  | 159,400 | 0.74%      |
| 56.02 | $  | 177,100 | 0.00%      |
| 56.03 | $  | 170,200 | 0.00%      |
| 56.04 | $  | 167,700 | 0.61%      |
| 57    | $  | 194,600 | 4.76%      |
| 58    | $  | 112,500 | 100.00%    |
| 59    | $  | 225,000 | 0.00%      |
| 60    | $  | 44,500  | 90.70%     |
| 63    | $  | 70,800  | 70.09%     |
| 64    | $  | 78,200  | 29.75%     |
| 65    | $  | 85,500  | 19.64%     |
| 67    | $  | 229,200 | 0.00%      |
| 68    | $  | 65,000  | 100.00%    |
| 69    | $  | 55,400  | 100.00%    |

| | | | |
|---|---|---|---|
| 70 | $ | 66,600 | 100.00% |
| 71 | $ | 57,900 | 86.67% |
| 72 | $ | 49,700 | 90.00% |
| 75.01 | $ | 65,000 | 94.68% |
| 75.02 | $ | 66,700 | 94.49% |
| 76.03 | $ | 155,900 | 0.80% |
| 76.04 | $ | 353,900 | 0.88% |
| 76.05 | $ | 63,400 | 94.98% |
| 77 | $ | 99,400 | 26.67% |
| 78 | $ | 118,800 | 10.50% |
| 79 | $ | 37,500 | 65.85% |
| 80 | $ | 46,700 | 96.47% |
| 81.01 | $ | 51,000 | 66.67% |
| 81.02 | $ | 66,300 | 100.00% |
| 82 | $ | 146,100 | 6.15% |
| 83 | $ | 145,000 | 29.23% |
| 84 | $ | 116,700 | 56.99% |
| 85 | $ | 65,200 | 95.80% |
| 86 | $ | 65,300 | 93.39% |
| 87 | $ | 56,200 | 49.38% |
| 88 | $ | 89,100 | 30.80% |
| 89 | $ | 66,800 | 53.92% |
| 90 | $ | 324,200 | 1.46% |
| 91 | $ | 75,700 | 57.23% |
| 92 | $ | 57,700 | 100.00% |
| 93.01 | $ | 54,400 | 100.00% |
| 93.02 | $ | 65,000 | 100.00% |
| 94 | $ | 34,600 | 95.88% |
| 96 | $ | 99,400 | 50.00% |
| 97 | $ | 86,900 | 44.98% |
| 99 | $ | 219,300 | 7.69% |
| 100 | $ | 70,100 | 79.54% |
| 101 | $ | 164,500 | 33.33% |
| 102 | $ | 58,600 | 95.88% |
| 103 | $ | 77,400 | 88.91% |
| 104 | $ | 83,900 | 14.08% |
| 105 | $ | 90,000 | 37.73% |
| 106 | $ | 103,800 | 48.34% |
| 107 | $ | 175,500 | 33.76% |
| 108 | $ | 251,400 | 3.19% |
| 109 | $ | 203,900 | 38.23% |

| | | |
|---|---|---|
| 111 | $ 81,000 | 86.96% |
| 112 | $ 121,200 | 17.04% |
| 114 | $ 190,400 | 0.00% |
| 115 | $ 278,700 | 0.00% |
| 116 | $ 254,800 | 4.31% |
| 117 | $ 479,300 | 0.84% |
| 119 | $ 194,000 | 0.00% |
| 120 | $ 346,900 | 1.77% |
| 121.02 | $ 213,700 | 1.60% |
| 121.02 | $ 282,600 | 0.00% |
| 122 | $ 167,400 | 4.96% |
| 123 | $ 105,500 | 44.65% |
| 124 | $ 182,600 | 32.80% |
| 125 | $ 164,200 | 20.55% |
| 126 | $ 145,600 | 20.84% |
| 127 | $ 122,900 | 28.60% |
| 128 | $ 135,100 | 22.15% |
| 129 | $ 88,600 | 39.13% |
| 130 | $ 93,000 | 66.12% |
| 131 | $ 52,100 | 100.00% |
| 132 | $ 78,700 | 64.03% |
| 133.01 | $ 266,100 | 0.37% |
| 133.02 | $ 240,200 | 8.83% |

Citation (can also be used for map)
US Census Bureau, "Census Summary File 3 – Sample Data H076001, H011002 and H011004", US Census Bureau.
http://factfinder.census.gov/servlet/DatasetMainPageServlet?_program=DEC&_submenuId=&_lang=en&_ts=.