# Exhibit R

**African-American Percentage of Owner Occupied Homes and Median Home Values in Orleans Parish**

