# Exhibit S

**Kalima Rose, Annie Clark, & Dominique Duval-Diop, A Long Way
Home: The State of Housing Recovery in Louisiana 2008
(PolicyLink Study)**

**Part I**





## EQUITY ATLAS

# Acknowledgments

PolicyLink is grateful to the Louisiana Recovery Authority, particularly David Bowman and Kimon Ioannides, for their collaboration in sharing data and supporting the development of this report. Additional thanks to Wil Jacobs, Bradley Sweazy, and Mark Maier.

PolicyLink would also like to thank the Louisiana Housing Finance Agency for sharing data, especially Milton Bailey, Brenda Evans, and Urshala Hamilton.

Many thanks to our community partners for their ideas and input:

ACORN
Acadiana Outreach
ACT/PICO-LIFT
Charles Allen, Holy Cross Neighborhood Association
Kate Barron, Oxfam America
Westley Bayas, Phoenix of New Orleans
Nell Bolton, Amanda Davis, and Katie Mears, Episcopal
    Diocese of Louisiana
Don Boutte, Churches Supporting Churches
Kevin Brown, Trinity Christian Community
Peg Case, TRAC
Catholic Charities
Johnell Colbert, First Pilgrims Baptist Church
Common Ground
Deborah Cotton, LouisianaRebuilds.info
Mai Dang, Mary Queen of Vietnam CDC
Hamady Diop, Southern University
Melanie Ehrlich, Citizen Road Home Action Team (CHAT)
Debby Goldberg, National Fair Housing Alliance
Diocese of Lafayette
Jackie Jones, Jeremiah
Patricia Jones, NENA
Jessica Knox, Institute of Community Development
Debbie Koheler, Operation Helping Hands

Reggie Lawson, Crescent City Peace Alliance
Lower Ninth Ward Neighborhood Empowerment Network
    Association (NENA)
Revonda McCray, Odyssey House
Kristin Gisleson Palmer, Rebuilding Together
James Perry, Lucia Blacksher, and Seth Weingart, Greater New
    Orleans Fair Housing Action Center
Cathy Puett, Qatar Treme Renewal Project
Zach Rosenburg, St. Bernard Project
James Ross, NeighborWorks
Neighborhood Housing Services
Rosalind Peycheaud, Neighborhood Development Foundation
Ellenor Simmons and Tonya Gatt, Crescent Alliance Recovery
    Effort (CARE)
Dr. Monteic Sizer, Louisiana Family Recovery Corps (LFRC)
Southern Mutual Help Association
Southwest Family Services
Trinity Episcopal Church
Laura Tuggle, New Orleans Legal Assistance Corporation
UMCOR
UNITY of Greater New Orleans
Volunteers of America
Michelle Whetten, Enterprise Community Partners

We are grateful to our funders the Marguerite Casey Foundation, Louisiana Disaster Recovery Foundation, and the Rockefeller Foundation for helping to make this work possible.



*EQUITY ATLAS*

# Table of Contents

3

- **Executive Summary –** page 3

- **Rental Housing Programs –** page 14
  - Large Rental/Low Income Housing Tax Credit Program
  - Small Rental Repair Program

- **Homeowner Recovery Program –** page 36

Download full report at www.policylink.org/ThreeYearsLater

*EQUITY ATLAS*



# Overview of Housing Recovery

4

*On the cusp of the third anniversary of Hurricanes Katrina and Rita, Louisiana residents trying to recover continue to be battered by storms beyond their control.*

A Long Way Home *reviews the housing recovery progress made by the State of Louisiana to implement the major, federally-funded housing recovery programs to restore storm-damaged housing. Those include the Large Rental and the Small Rental Repair programs, and the homeowners' Road Home program.*

*There is no objective measure for how fast such a massive housing recovery should move. But the challenges facing homeowners who confront ever-changing program rules and who are left without sufficient resources to complete repairs—and the Catch-22 of ending temporary housing help before rental replacement units are available— continues to place a significant burden on impacted residents.*

*Local, state, and federal governments must work with community leaders to address the unfinished and underfunded work of bringing Louisianans home.*

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# The Good News

5

- Since the second anniversary, the pace of housing repair grant closings has greatly increased—with almost three-fourths of applicants receiving their awards by early August 2008. Of the 116,000 applicants who have closed, 93 percent have chosen to rebuild in place.

- Local nonprofit, sweat equity, and faith-based recovery groups are continuing to channel national resources—including volunteers, materials, funds, and expertise—to help recover thousands of homes for some of the most vulnerable seniors and families.

- Activity grew exponentially in the neighborhoods most devastated or most reliant on federal recovery funds—due largely to the rise of local resident leadership that galvanized their neighbors in common, determined purpose.

- UNITY of Greater New Orleans and partners helped house almost all of the homeless residents living under Interstate 10, and won $75 million in additional funds from Congress to support homeless and disabled residents with housing recovery needs.

- Road Home Additional Compensation Grants, designed to help low-income homeowners, played an important role in increasing resources for some lower income families.

- Funds for rental housing recovery were mostly allocated to New Orleans' most flooded neighborhoods, particularly where the highest percentage of renters lived.

- Senator Mary Landrieu won an extra $3 billion in Congress to prevent a funding shortfall for homeowners.

- Advocates won passage of state legislation allowing Road Home applicants additional rights to appeal their awards.



**EQUITY ATLAS**

# The Tough News for Renters

6

- Renters are still out of luck:  in hurricane affected areas across the state, only 2 in 5 affordable damaged rental units will be repaired or replaced with recovery assistance.  In New Orleans, just over 1 in 3 will receive recovery assistance—leaving displaced renters critically vulnerable. Of the approximately 24,600 rental homes projected to receive assistance, only eleven percent (2,600) are open for occupancy.

- The 17,000 residents still living in FEMA trailers in May became subject to moves by FEMA and local parishes to actively close all trailers this summer—although only 8 percent of the rental homes assisted by recovery funds are open, a quarter of homeowners still await their recovery grants, and tens of thousands of households have not receiving sufficient funding to complete rebuilding.

- The ranks of homeless residents doubled across affected parishes in southern Louisiana, with the New Orleans metro homeless population reaching 12,000 residents—a painful reminder of the continuing housing losses in the community.

- Financial vulnerability of small property owners, combined with tightening national credit markets, has stalled the small rental repair program. Meant to restore over 10,000 rental homes in damaged neighborhoods, only 82 had been completed and occupied under the program as of August—leaving neighborhoods unrepaired and renters far from home.

- The national economic downturn means fewer investors in Low Income Housing Tax Credits, jeopardizing the financing for as many as 4,600 of the planned 13,100 units of multifamily rental housing in southern Louisiana.

- The impending March 2009 end to the Disaster Housing Assistance Program (DHAP) threatens to displace 28,000 residents across the nation (including 14,000 in the New Orleans metro region) who are receiving rental assistance although affordable housing units are not yet ready for occupancy.

Source: "Katrina and Rita Direct and Financial Assistance as of 5/24/08," FEMA, http://www.fema.gov/pdf/hazard/hurricane/2005katrina/d_f_ha_breakdown_state.pdf

*EQUITY ATLAS*



# The Tough News for Homeowners

7

- 81 percent of Road Home recipients rebuilding in place in New Orleans had insufficient resources to cover their damages, while 69 percent of recipients in other parishes had such gaps.

- Homeowners continue to face changing rules and arbitrary practices, including long payment delays, reduced grant awards at the time of closing, and deadlines for owners of family property trying to resolve legal title.

- Statewide, the average Road Home applicant fell about $35,000 short of the money they need to rebuild their home. The shortfall hit highly flooded, historically African-American communities particularly hard.

- Few financing options exist for families facing resource gaps: three years of owing mortgages on uninhabitable property and the resulting additional living expenses has left many households not creditworthy to secure private financing to finish their homes.

## EQUITY ATLAS

# Homeowner and Rental Units:
# New Orleans Metro Region

PolicyLink

Lifting Up What Works

8

• Housing recovery is moving much slower for renters than homeowners across the New Orleans metro region.

• Recovery funds will only restore 27 percent of the rental units destroyed in the metro region.

• Though three-quarters of home-owner applicants have closed their grants, 81 percent of those rebuilding in place in New Orleans did not have sufficient resources to rebuild their homes.



Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Includes only applicants deemed eligible by program. Data good for June 26, 2008. Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 18, 2008. Small Rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. FEMA Damage Estimates, February 2006.

## EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

# Homeowner and Rental Units: New Orleans Metro Region

9

**Resources to recover rental housing are woefully inadequate in relation to overall loss, locking residents out of housing and workforce opportunity.** Funding is allocated to repair or build only 1 of 3 damaged rental homes statewide (24,600). As of July, 2008, about 2,600 of the homes were ready to occupy. Jefferson parish's meager replacement is partially due to efforts by parish officials to reduce rental housing opportunities—despite job growth and housing need in the parish.

| Parish | Damaged Homes (FEMA Estimate) | Road Home Applicants | Road Home Closings | Percent of Applicants Compared to Estimated Damage * | Damaged Rental Units (FEMA Estimate) | Potential Rental Units with Funding Allocation** | Rental Units Currently in Pipeline ** | Percent of Rental Potentially Replaced Compared to Estimated Damage |
|---|---|---|---|---|---|---|---|---|
| Jefferson | 20,339 | 30,432 | 21,373 | 150% | 13,972 | 1,840 | 704 | 13% |
| Orleans | 53,474 | 53,913 | 35,051 | 101% | 51,681 | 17,099 | 5,819 | 33% |
| Plaquemines | 3,722 | 3,992 | 1,849 | 107% | 1,457 | 27 | 10 | 2% |
| St. Bernard | 13,736 | 14,517 | 6,474 | 106% | 5,936 | 924 | 235 | 16% |
| St. Tammany | 13,689 | 12,857 | 9,538 | 94% | 3,931 | 975 | 729 | 25% |
| Total NOLA Metro | 104,960 | 115,711 | 74,285 | 110% | 76,977 | 20,865 | 7,497 | 27% |
| State Wide | 122,592 | 150,617 | 84,114 | 123% | 82,145 | 24,621 | 10,058 | 30% |

**Road Home applicants in Orleans, St. Bernard, and Plaquemines parishes have closed more slowly than those in Jefferson and St. Tammany parishes.**

* High percentages of applicants compared to damage estimates reflect FEMA underestimates.

**Represents units with funding allocations from either the Gulf Opportunity (GO) Zone LIHTC Program or the Small Rental Property Program (SRPP). Does not include units repaired by other means (such as private insurance.)

***Represents units from GO Zone Tax Credit Program that are completed, under construction, or have closed financing and units from the SRPP that have closed or are in either the construction or pre-closing stage.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Includes only applicants deemed eligible by program. Data good for June 26, 2008. Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008. Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. FEMA Damage Estimates, February 2006. Damage refers to major and severe damage.

## EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

# Homeowner and Rental Units: Western Louisiana

10

•**Many more homeowners affected by Hurricane Rita applied to the Road Home than were originally estimated in western Louisiana due to extreme underestimates of damage by FEMA. 57 percent of those rebuilding in place in Calcasieu parish did not receive sufficient funds to rebuild, and 70 percent fell short in Cameron parish.**

•**If rental damage is as underestimated as homeowner damage, it is impossible to gauge the state of recovery.**



| Parish | Damaged Homes (FEMA Estimate) | Road Home Applicants | Road Home Closings | Percent of Applicants Compared to Estimated Damage | Damaged Rental Units (FEMA Estimate) | Potential Rental Units with Funding Allocation | Rental Units Currently in Pipeline | Percent of Rental Potentially Replaced Compared to Estimated Damage |
|---|---|---|---|---|---|---|---|---|
| Calcasieu | 4,428 | 14,514 | 11,213 | 328% | 1,953 | 1,391 | 1,066 | 71% |
| Cameron | 2,025 | 2,075 | 1,211 | 102% | 551 | 47 | 1 | 9% |

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Includes only applicants deemed eligible by program. Data good for June 26, 2008. Tax Credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 18, 2008. Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. FEMA Damage Estimates, February 2006.



**EQUITY ATLAS**

# Federal Policy Recommendations

11

**These recommendations are drawn from interviews with diverse community leaders, including construction and case management groups, legal services representatives, advocacy groups, agency leaders, and elected officials.**

## Policy recommendations for federal government:

- **Homeowner recovery:** Allocate funds to close the gaps created by Road Home formula for approximately 58,000 homeowners whose damage estimates were higher than their pre-storm or assessed value. (Congress)

- **Homeowner recovery:** Increase flexibility of rules and provide relevant waivers to ease low income, vulnerable applicants through the program. (HUD)

- **Temporary housing:** Extend Disaster Housing Assistance Program for rental assistance through 2010 when new rental units will become available. (HUD/Congress)

- **Speed repair:** Waive CDBG rules that make Small Rental Repair Program a reimbursement program so that funds can move immediately to grants for repairs. (President/HUD/Congress)

- **Rental homes:** Direct and fund HUD to replace all pre-storm HUD-assisted homes (over 6,000 senior and workforce HUD units are currently languishing unopened; approximately 1,700 former units recently demolished in the Big Four public housing developments are without replacement funding.)

- **Rental homes:** Allocate Low Income Housing Tax Credits to replace another 10,000 damaged rental units over the next five years. (Congress)

- **Rental homes:** Extend to 2012 the current placed-in-service date for larger Low Income Housing Tax Credit developments. (Congress)

- **Accountability:** Improve oversight and transparency of federally-funded housing programs to ensure that vulnerable households do not fall through the cracks. (HUD)

**(Continued on next slide)**



**EQUITY ATLAS**

# State Policy Recommendations

12

## Policy recommendations for state:

- **Neighborhood rentals:** Ensure spending of all small rental repair funds currently allocated for neighborhood recovery and affordable housing for renters. Ease rules to speed funds to repairs. (LRA)

- **Deeply affordable apartments:** Address the needs of most vulnerable renters by prioritizing deeply affordable and permanent supportive housing in reallocation of tax credits from projects that have been unable to secure financing. (LHFA)

- **Sufficient homeowner grants:** Fairly value properties for homeowner grant calculations by utilizing higher of assessment value or damage estimate. (LRA)

- **Protection of homeowner rights:** Rescind arbitrary September 5th deadline for Road Home applicants still resolving legal title on family properties.

- **Contractor fraud:** Investigate all reports and prosecute criminals; fund robust anti-fraud training program for 20,000 grant recipients.  (Attorney General and LRA)

- **Gap funds:** Serve homeowners and others victimized by unscrupulous contractors or short of funds through: contracts with housing rehab groups; supplemental grants to escrow accounts; or creation of a low cost loan pool with generous credit scoring to help homeowners bridge gaps. (LRA)

- **Repair help:** Fund construction management expansion among rebuilding organizations for homeowners and mom and pop landlords. (LRA) *See* www.policylink.org/ThreeYearsLater/RecoveryGroups.html *for list of effective groups helping homeowners.*

- **Insurance relief:** Fund an insurance subsidy pool available on sliding scale for people at median income or below to help address the increased burden of insurance.  (Legislature, LRA, Insurance Commissioner, LHFA)


**(Continued on next slide)**



## EQUITY ATLAS

# New Orleans Policy Recommendations

13

### Policy recommendations for New Orleans:

- **Temporary housing:** Extend deadline to vacate trailers until Road Home applicants have closed and half of rental homes currently in the pipeline are completed. (ORDA, City Council)

- **Expand rehab help:** Increase capacity of construction management groups through grants and contracts. (ORDA, City Council) See effective rehab groups: www.policylink.org/ThreeYearsLater/RecoveryGroups.html

- **Financial resources:** Establish small grants or loan pool to cover gaps and prioritize in-progress rebuilds and those in final completion stage. (ORDA, FANO)

- **Financial resources:** Help high credit risk homeowners and rental owners by guaranteeing loans. (ORDA, City Council)

- **Land use priorities:** Utilize Louisiana Land Trust Properties to create more equitable housing occupancy patterns—prioritizing first time ownership in high-rental neighborhoods, and affordable rental homes in high ownership neighborhoods. (NORA)





# Rental Program Overview

*The 82,000 units of rental housing lost in hurricanes Katrina and Rita are being primarily replaced by two programs: Large Rental Program, financed by Low Income Housing Tax Credits, and Community Development Block Grant (CDBG) 'Piggyback' funds, aimed at multi-family housing developers; and the Small Rental Repair Program, aimed at neighborhood homes owned by mom and pop landlords. The majority, but not all of the homes generated by these programs are affordable; both programs gave bonuses for creating mixed income developments.*

*The piggyback portion of the tax credit program addresses the needs of seniors and people at risk of homelessness. The program provides incentives for providing deeper affordability and the economic integration of different income groups into new housing developments. These funds also provided for the partial replacement of lost public housing developments.*

*Statewide, current allocations will only replace 2 of every 5 affordable units lost, while only 1 in 3 affordable rentals in the New Orleans area will be replaced. Parishes particularly far behind in the metro region are St. Bernard, Jefferson, and Plaquemines.*

**(Continued on next slide)**

# Rental Program Overview (cont.)

*Within New Orleans, funds for rental housing recovery were allocated to the most flooded neighborhoods with high percentages of pre-Katrina rentals. Yet both programs are affected by changes in the national economy.  Almost half of the Low Income Housing Tax Credit developments in New Orleans are still struggling to complete their financing in a national market with fewer investors. If they do not get investors, they are at risk of losing their tax credits and not moving forward. Additionally, the small rental program is reliant on owners securing their own financing up front.  With a national credit squeeze, and financially vulnerable post-disaster owners, only 370 units\* (4%) have been able to reach the final stages of the small rental program.*

*The vast majority of rental housing in New Orleans prior to Katrina was comprised of smaller 1-4 unit houses targeted by the Small Rental Repair Program. About half of 17,000 units funded for replacement will be these smaller scale units. This very limited funding means a great deal of blight could remain in neighborhoods.*

*A major concern has been the mismatch between available affordable units and the end of temporary housing programs, leaving tenants without options. Currently across the state, fewer than 2,600 of the 24,600 rental units funded for recovery are open for occupancy.*

**\*Includes units in pre-closing and those that have closed.**



## EQUITY ATLAS

# Affordable Rental Replacement in Select Heavily Damaged Parishes

17

**Metro New Orleans parishes are far behind in replacing affordable rental units, especially in St. Bernard, Jefferson, and Plaquemines.**
**Overall, current allocations will only replace 2 of every 5 affordable units lost.**

| Parish | Affordable Rental Units with Severe or Major Damage | Affordable Units in Small Rental Pipeline | Affordable Rental Units in Tax Credit Pipeline | Total Affordable Units in Pipeline | Affordable Rental Need to Match Pre-K | Percent Replaced |
|---|---|---|---|---|---|---|
| Calcasieu | 1,333 | 247 | 946 | 1,193 | 140 | 89% |
| Jefferson | 8,515 | 808 | 606 | 1,414 | 7,101 | 17% |
| Orleans | 37,790 | 7,736 | 6,268 | 14,004 | 23,786 | 37% |
| Plaquemines | 759 | 25 | 0 | 25 | 734 | 3% |
| St. Bernard | 3,935 | 869 | 0 | 869 | 3,066 | 22% |
| St. Tammany | 2,211 | 200 | 600 | 800 | 1,411 | 36% |
| Other Heavily Damaged Parishes | 1,453 | 125 | 1,198 | 1,323 | 130 | 91% |
| Other Parishes w/New Units | n/a | n/a | 849 | 849 | n/a | n/a |
| Total | 54,477 | 10,010 | 10,467 | 20,477 | 36,368 | 38% |

**Note:** For Small Rental Repair Program, numbers only include units under 80% of AMI, not market rate units. For Tax Credit Program, numbers only include units under 60% of AMI, not Market Rate units. Overall 82,000 rental units were heavily damaged or destroyed.

Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008. Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. FEMA Damage Estimates, February 2006. HUD CHAS Data 2005.

# EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

# Where are Rentals Recovering?

18

Heavily flooded neighborhoods that had greatest numbers of renters are absorbing the greatest number of new and rehabbed rental units.



Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008. Small Rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. Census 2000 SF-1. FEMA (Sept 11, 2005 Flood Extent).



EQUITY ATLAS

PolicyLink

19

Large Rental Program

Photo Courtesy of Annie Clark for PolicyLink

# EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

## GO Zone LIHTC Development Status: New Orleans

20

Almost half of the Gulf Opportunity Zone (GO Zone) Low Income Housing Tax Credit developments in New Orleans are struggling to complete their financing. Developers are on a deadline to complete their financing by Sept. 30th. If they do not, they risk losing the tax credits and not moving forward. The recently demolished Big Four public housing redevelopments have also not closed their financing, primarily due to delays in demolition.

Only 10% of the 8,143 units in the pipeline are currently ready to rent.



Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008.

## EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

# Mixed-Income Developments at Work:
# Tulane Ave Corridor

21



Photos Courtesy of Annie Clark for PolicyLink

**PolicyLink**

The Preserve
1301 Tulane Ave

JEFFERSON DAVIS PKWY

The Crescent Club
3000 Tulane Ave

TULANE AVE

BROAD ST

Proposed VA and
LSU Hospitals

Falstaff Brewery
2600 Gravier St

CLAIBORNE AVE

Central
Business
District

French
Quarter

0    0.25    0.5 Miles

**Note:** AMI is Area Median Income, $59,800 for a family of 4 in the New Orleans Metro Region.

Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report.* Data good for July 17, 2008.

Seven developers targeted the corridor along Tulane Avenue for new Low Income Housing Tax Credit developments. All the developments except for St. Michael's and The Terraces (both for seniors) will be mixed income and provide housing for a range of working families. Developers initially resisted Louisiana's first-time requirements for mixed income apartments, but these developments have been among the first to successfully secure financing and begin building. The developments demonstrate positive development principles: they did not displace any residents to be built, created economically integrated communities that included very low-income households, and used former industrial buildings or under utilized land.

| Development Name | Income for a Family of 4 | | |
|---|---|---|---|
| | Less Than $23,920 (Less than 40% AMI) | Between $23,920-35,880 (40-60% AMI) | Over $35,880 (over 60% AMI) |
| The Preserve | 37 Units | 37 | 109 |
| The Crescent Club | 50 | 42 | 136 |
| Falstaff Brewery | 0 | 93 | 63 |
| St. Michael's | 0 | 60 | 0 |
| The Terraces | 200 | 0 | 0 |
| The Marquis | 50 | 50 | 50 |
| Jefferson Davis Apts | 0 | 56 | 16 |
| **TOTAL UNITS** | **337** | **338** | **374** |
| **Percent of TOTAL UNITS** | **32%** | **32%** | **36%** |

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# When Mixed-Income Doesn't Work: Displacement at St. Bernard

22

## Two Tales of Mixed-Income Housing:

Since Katrina, four of the ten New Orleans public housing developments are being torn down and replaced with mixed-income tax credit funded developments. While the Lafitte developers plan to redevelop every pre-Katrina affordable unit on a larger footprint, St. Bernard is replacing the fewest of any of these redevelopments. Where St. Bernard's 963 deeply affordable homes stood pre-Katrina, 465 new homes will be rebuilt—with only 153 of them affordable to the families who used to live there. The other 810 families will be displaced. Local residents and housing advocates continue to call on HUD and the Housing Authority of New Orleans to develop a plan that replaces all the lost federally-assisted homes.

**Note:** St. Bernard's redevelopment plan calls for an additional unfunded stage that will produce 164 units.

Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008.

Photo Courtesy of Annie Clark for PolicyLink

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# LIHTC Development Status by Parish

23

| Parish | Units | | | |
|---|---|---|---|---|
| | Original Allocations in Three Rounds in 2006 | Currently in Pipeline | Percent of Original in Pipeline | Returned to the LHFA for Re-Distribution |
| Calcasieu | 1,408 | 1,130 | 80% | 278 |
| Jefferson | 1,227 | 851 | 69% | 281 |
| Orleans | 9,157 | 8,143 | 89% | 1,675 |
| St. Tammany | 802 | 750 | 94% | 48 |
| Other Parishes | 2,363 | 2,262 | 96% | 126 |
| **TOTAL Units** | **14,957** | **13,136** | **88%** | **2,408** |
| **Total Developments** | **179** | **159** | **89%** | **30** |

**Despite the national credit crisis undermining Low Income Housing Tax Credit developments from coast to coast, developments funded by tax credits in southern Louisiana are doing fairly well.**

The Louisiana Housing Finance Agency (LHFA) allocated Gulf Opportunity Zone (GO Zone) tax credits in 2006, and some developers since then have been unable to secure the remaining financing to make their projects viable. Investor concerns in southern Louisiana include increased risk of investing in a recovery area with more unknowns, a federal deadline to have units ready to be occupied by 2010, local opposition to multifamily/rental developments, increased insurance costs, and lowered demand for tax credits in a down economy.

The LHFA has taken several corrective steps to keep projects moving forward. The agency:
• delivered LRA-CDBG dollars to developments with shortfalls (adding some additional affordability or disability requirements);
• reallocated tax credits from failed developments to others ready to proceed;
• offered flexibility with the financing deadline; and
• utilized a current 'lightning round' to reallocate the remaining $11 million in GO Zone credits.

Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008.



## EQUITY ATLAS

# Development Status for LIHTC

24

| Parish | Projects in pipeline | Units | | | | | Percent underway | Percent of financing not closed |
|---|---|---|---|---|---|---|---|---|
| | | Total in pipeline | Ready/ Open for Occupancy | Under Construction | Financing closed | Financing not closed | | |
| Calcasieu | 19 | 1,130 | 341 | 196 | 529 | 64 | 94% | 6% |
| Jefferson | 12 | 851 | 210 | 180 | 100 | 361 | 58% | 42% |
| Orleans | 61 | 8,143 | 849 | 2,357 | 1,193 | 3,744 | 54% | 46% |
| St. Tammany | 9 | 750 | 116 | 418 | 156 | 60 | 92% | 8% |
| Other Parishes | 58 | 2,262 | 660 | 493 | 702 | 407 | 82% | 18% |
| **TOTAL** | **159** | **13,136** | **2,176** | **3,644** | **2,680** | **4,636** | **65%** | **35%** |

**New Orleans and Jefferson parishes are struggling more than others to secure investors for tax credit developments. Both parishes have almost half of their developments in limbo. The final deadline for closing financing is September 30, 2008.**

**Note:** Units in pipeline include those whose financing has not closed. Units underway include units ready/open for occupancy, under construction, and with financing closed. Units that have not yet secured financing are in jeopardy and may not open.

Source: Tax credit data based on *Louisiana Housing Finance Agency Pipeline Report*. Data good for July 17, 2008.



*EQUITY ATLAS*



# Small Rental Repair Program Overview

26

*Rental housing stock in New Orleans prior to Katrina was made up primarily of units in smaller buildings; nearly 70 percent were in buildings with four units or less. The Small Rental Repair Program was designed to give a forgivable loan to the owners of these small rental houses in thirteen of the most heavily damaged parishes\* to rehab their units in exchange for providing much needed affordable rental units. Since New Orleans carried the vast number of damaged rental units, the majority of the funding was allocated there to restore units.*

*The program also aims to reduce blight in heavily damaged neighborhoods, where rental units in traditional housing stock existed side-by-side with those occupied by homeowners.*

*While the goals of the program are laudable, the program has hit innumerable roadblocks. Unlike the upfront grants of the homeowners program, federal rules steered the state toward a complex program that reimbursed landlords after repairs were finished and a tenant was in place. This required landlords to get private financing for their repairs, which has become increasingly difficult as the national credit market tightened and landlords continued to carry mortgages on properties without any rental income.*

\*Acadia, Calcasieu, Cameron, Iberia, Jefferson, New Orleans, Plaquemines, St. Bernard, St. Tammany, Tangipahoa, Terrebonne, Vermilion, and Washington.

# Small Rental Overview (cont.)

*The program suffered from a complex application process and a series of rule changes for eligibility. This programmatic confusion was exacerbated by applicants being unable to access their files and or receive the technical assistance they needed to complete program requirements. Applicants also experienced many problems similar to Road Home applicants in accessing their files and repeatedly having to verify their documentation. The state has made many improvements in this arena, and is now holding regular sessions to work with landlords, but the number of applicants who were lost in the system are unquantifiable.*

*Unless HUD acts to help the state by easing the rules, the program's great potential could be lost—leaving homes in neighborhoods blighted, fewer affordable units available, and families who rent part of their home unable to rebuild.*