# Exhibit S

**Kalima Rose, Annie Clark, & Dominique Duval-Diop, A Long Way Home: The State of Housing Recovery in Louisiana 2008 (PolicyLink Study)**

**Part II**

# Small Rental Repair Status: New Orleans

Lifting Up What Works
**PolicyLink**

**85% of New Orleans Small Rental Repair applicants have NOT begun the construction stage.**

| Stage As of June 18 | Units | Applicants | Percent of Total Applicants |
|---|---|---|---|
| Stage 1: Verification | 4,616 | 2,378 | 52% |
| Stage 2: Loan Approval | 2,920 | 1,493 | 33% |
| Stage 3: Construction | 1,056 | 521 | 11% |
| Stage 4: Pre-Closing | 356 | 159 | 3% |
| Stage 5: Closing | 8 | 6 | Less than 1% |
| Total | 8,956 | 4,557 | 100% |

**Note:** Description of program stages on Slide 30
Source: Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008.

## EQUITY ATLAS

# Small Rental Applicant Stages — New Orleans

PolicyLink

Lifting Up What Works

29

The vast majority of applicants in New Orleans and other heavily damaged parishes are still in the initial stage of the program, where there is significant risk of applicants dropping out— meaning the house would likely stand unrepaired.



**Note:** Description of program stages on Slide 30
Source: Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008.

*EQUITY ATLAS*



# Stages of Small Rental Program

30

- **Verification:** Applicant undergoes underwriting review, Office of Community Development (OCD) checks documents.

- **Loan Approval:** Applicant receives loan summary, commitment letter.

- **Construction:** Applicant is making repairs, getting certificate of occupancy, self-reported by applicant that all items in application are completed.

- **Pre-Closing:** OCD completes lead paint assessment, final inspection of scoring items, tenant income verification.

- **Closing:** Final inspection passed, applicant receives the forgivable loan.

*EQUITY ATLAS*

**Small Rental Program Applicants Dependent On Rental Income**

PolicyLink

31

• **Two-thirds of the small rental repair program participants were reliant on rental income, one of the program's key target demographics.**

• **The loss of rental income fell particularly hard on senior landlords— about  1 in 7 of the program applicants— for whom delays in the program exacerbated the hardships they already faced.**

| Parish | Number of Applicants | Percent Reliant on Rental Income | Percent Senior and Reliant on Income |
|---|---|---|---|
| Calcasieu | 204 | 62% | 28% |
| Jefferson | 462 | 62% | 9% |
| Orleans | 4,557 | 64% | 14% |
| St. Bernard | 547 | 71% | 15% |
| St. Tammany | 169 | 62% | 6% |
| Other Parishes | 120 | 64% | 28% |
| Total | **6,059** | **65%** | **14%** |

**Note:** Applicants reported that rental income was over 30% of total income; 521 applicants did not disclose their age and are not included.

Source: Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008.

## EQUITY ATLAS

Lifting Up What Works
**PolicyLink**

# Filling the Affordability Gap: Where can working people afford to live in New Orleans?

32

| Occupation | Avg. Annual Salary | Monthly Rent Able to Pay |
|---|---|---|
| Short Order Cook | $16,970 | $471 |
| Bank Teller | $21,960 | $504 |
| Home Health Aide | $19,060 | $524 |
| Firefighter | $27,180 | $747 |
| Medical Lab Tech | $29,720 | $817 |
| Police Officer (Patrol) | $34,680 | $954 |
| Plumber | $38,540 | $1,071 |
| Teacher | $42,660 | $1,173 |

**Average Rent for a
2 bedroom apartment:**

**Today: $978**
**2005: $676**
**Small Rental Repair Average: $621**

**If the program can get moving, it will provide a critical supply of affordable homes, and help neighborhoods recover.**

**Note:** Represents single wage earner.

Source: Small rental data based on data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008. Bureau of Labor Statistics Occupational Employment and Wage Estimates 2008.



**EQUITY ATLAS**

# Federal Policy Recommendations

33

These recommendations are drawn from interviews with diverse community leaders, including construction and case management groups, legal services representatives, advocacy groups, agency leaders, and elected officials.

## Policy Recommendations for federal government:

- **Temporary housing:** Extend Disaster Housing Assistance Program for rental assistance through 2010 when new rental units will be available. (HUD/Congress)

- **Speed repair:** Waive CDBG rules that make Small Rental Repair Program a reimbursement program so that funds can move immediately to grants for repairs. (President/HUD/Congress)

- **Rental homes:** Direct and fund HUD to replace all pre-storm HUD-assisted homes (over 6,000 senior and workforce HUD units are currently languishing unopened; and approximately 1,700 former units recently demolished in the Big Four public housing developments are without replacement funding.)

- **Rental homes:** Allocate Low Income Housing Tax Credits to replace another 10,000 damaged rental units over next five years. (Congress)

- **Rental homes:** Extend current placed in service date for Low Income Housing Tax Credits to 2012. (Congress)

- **Accountability:** Improve oversight and transparency of federally-funded housing programs to ensure that vulnerable households do not fall through the cracks.

**(Continued on next slide)**



**EQUITY ATLAS**

# State Policy Recommendations

34

## Policy Recommendations for state:

- **Neighborhood rentals:** Ensure spending of all small rental repair funds currently allocated to ensure neighborhood recovery and affordable housing for renters. (LRA)

- **Speed Repair:** Ease rules in Small Rental Repair Program to speed funds to repairs. (LRA)

- **Speed Repair:** Loan state general funds to Small Rental Repair Program to give landlords money upfront. Reimburse state with federal dollars already allocated to this program. (Legislature)

- **Deeply affordable apartments:** Address most vulnerable renters by prioritizing deeply affordable and permanent supportive housing in reallocation of tax credits from projects unable to secure their financing. (LHFA)

- **Repair help:** Fund construction management expansion in rebuilding organizations for mom and pop landlords. (LRA)

- **Insurance relief:** Fund an insurance subsidy pool available on a sliding scale for low-income landlords in the Small Rental Repair Program to help address the increased burden of insurance.  (Legislature, LRA, Insurance Commissioner, LHFA)

**(Continued on next slide)**



# New Orleans Policy Recommendations

35

## Policy Recommendations for New Orleans:

- **Temporary housing:** Extend trailer-vacancy deadlines until half of rental homes currently in pipeline are completed. (ORDA, City Council)

- **Expand rehab help:** Increase capacity of construction management groups through grants and contracts. (ORDA, City Council)

- **Financial resources:** Establish small grants or loan pool for those repairing rental properties. (ORDA, FANO)

- **Financial resources:** Help high credit risk rental owners by guaranteeing loans. (ORDA, City Council)

- **Land use priorities:** Utilize Louisiana Land Trust Properties to create more equitable housing occupancy patterns—prioritizing first time ownership in high-rental neighborhoods, and affordable rental homes in high ownership neighborhoods. (NORA)





## EQUITY ATLAS

# Applicants Rebuilding in Place

37

The Road Home Homeowner Assistance program provides grants for the uninsured losses of homeowners to repair their homes or relocate.

FEMA estimated that about 330,000 homeowners suffered from minor to complete damage of their homes across the storm affected areas in Louisiana. Road Home officials expect more than 150,000 homeowners will receive grants from the program—with nearly three-fourths of those paid out as of early August 2008. This report looks at how those who chose to rebuild in place fared in relation to the resources needed to rebuild their homes.

Families that had sufficient insurance (flood, wind, and homeowners), and those that could rely on their own assets, generally moved into repair mode in the first year after the storm. Repopulation maps of damaged areas show a correlation between higher incomes and faster reoccupancy. (See http://www.gnocdc.org/repopulation/) Those that depended solely on the Road Home program generally have moved more slowly due to insufficient funds and the pace of the program.

### Road Home Applicants Rebuilding in Place

| Demographic Category | Number | Percent of RH Apps. Closed |
|---|---|---|
| RH Apps. Closed | 84,114 | 100% |
| **Race** | | |
| African American | 37,159 | 44.2% |
| Asian | 1,719 | 2.0% |
| White | 31,438 | 37.4% |
| **Income** | | |
| Low Income (Below 80% AMI) | 35,554 | 42.3% |
| Above 80% AMI | 41,098 | 48.9% |
| **Other Groups** | | |
| Elderly | 6,483 | 7.7% |
| Flooded | 49,140 | 58.4% |

**Note**: AMI = Area Median Income

Significant challenges remain for those who have received their grants and those who have yet to close. Nonprofit groups working with homeowners report that many recipients face insufficient rebuilding grants, contractor fraud, a high-cost environment, inability to access additional credit, and home-title succession challenges that delay or deny funding for the home repair. This report found that the majority of homeowners choosing to rebuild in place did not have sufficient resources to fully recover their homes.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data for 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

# Applicants Rebuilding in Place (cont.)

*A change was made to the Road Home grant calculation formula in August 2006. The original formula allowed for meeting rebuilding/repair costs up to $150,000 and the changed formula relied on the pre-storm assessment of the home. This change left 81 percent of New Orleans homeowners and 69 percent of other parish homeowners who are rebuilding in place with insufficient funds to rebuild. Those with significant damage and low pre-storm home values were particularly hard hit by this change.*

*General trends in the data show that:*

- *African American households and low-income households had lower pre-storm home values than the average for closed applicants rebuilding in place.*

- *African American and elderly households received higher average grants because a higher percentage of them received additional compensation grants, which were available to low-income individuals.*

- *Low-income households and African Americans had less insurance on average than any other demographic group.*

Source:  Based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.


# Available Rebuilding Funding

| Average Amount of Rebuilding Funding | | |
|---|---|---|
| | **Above 80% AMI** | **Below 80% AMI** |
| Non-RH Rebuilding Resources | $54,098 | $37,343 |
| RH Compensation Grant | $47,233 | $42,748 |
| RH Additional Compensation Grant | - | $26,776 |
| Total RH Grant* | $50,723 | $73,938 |
| **Total Rebuilding Resources (incl. RH, insurance, and FEMA)** | **$104,822** | **$111,282** |
| Average Pre-Storm Home Value | $163,090 | $114,042 |
| Average Damage Estimate** | $145,323 | $139,741 |

**Forty-two percent of Road Home applicants who closed and are rebuilding in place are low income. The Road Home's additional compensation grant, offered only to low-income households, increased the average amount of total rebuilding resources for these households.**

*Total RH Grant is not the total of two former cells—it also includes some elevation grants for early applicants.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008. **Damage estimate is the figure used in the grant calculation.



## EQUITY ATLAS

# Applicants Dependent on Road Home

40

**3,800 Applicants Depended Solely on Road Home Resources**



Not Low Income 36%

Low Income 64%

Applicants who depended solely on Road Home grants—they had no other insurance or compensation funds—were predominately low income and African American households. These homeowners bore a greater financial burden because of time delays than those who had other resources. These individuals had an average gap of $46,000 in the resources needed to rebuild their homes.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# Road Home Formula Explained

41

**For homeowners rebuilding in place, the grant calculation formula leaves homeowners with low pre-storm home values short of the funds they need to rebuild. For example:**

| | |
|---|---|
| Estimated cost of damage*: | $160,000 |
| Pre-storm value: | $ 90,000 |
| Insurance received: | $50,000 |

## Compensation Grant = $40,000

The compensation grant is the lesser of:

| $160,000 | | $90,000 |
|---|---|---|
| -$50,000 | OR | -$50,000 |
| **$110,000** | | **$40,000** |



**Compensation Needed**

**Comp. Grant**

A homeowner who earns less than 80% of area median income could qualify for an additional compensation grant up to $50,000 to partially close the gap.

In the example used here, a low-income homeowner could receive $90,000—still $20,000 short of the repair costs to the home.

**Note:** *Depending on the amount of damage to a home, one of two damage estimates are used in the formula: Type 1 estimate ($130/sq ft + other fees) or Type 2 damage estimate (the cost to repair, component by component).

# Average Estimated Gap



**Nearly three-fourths of Road Home applicants had gaps between their rebuilding resources and the cost to rebuild.** The gap was larger for African American applicants than their white counterparts.

**Note:** These estimates were calculated using total resources (excluding SBA Loans) minus the damage estimate for the structure (this is the figure used in the grant calculation). Estimates are likely to underestimate the gaps as they do not include elevation grant amounts or damage estimates due to the program's recent policy changes that are not fully reflected in the data.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.



**EQUITY ATLAS**

**PolicyLink**

Lifting Up What Works

# Formula Driven Gap Estimates

43

**The grant formula had a more negative effect on those whose homes were valued less than their damage estimates.** Those whose damages were greater than their pre-storm home value—46.7% of all applicants rebuilding in place—experienced a gap of nearly $50,000. All the rest had a much lower gap— an average of about $14,000 (53.3% of all applicants rebuilding in place).

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.



**EQUITY ATLAS**

# Rule Changes and Program Errors

44

**Homeowners continue to face changing rules and arbitrary practices**, *including long payment delays, reduced grant awards at the time of closing, and deadlines for owners of family property trying to resolve legal title.*

*Substantial problems remain for people who are still struggling through the program. Households whose applications were deemed ineligible or who are inactive total nearly 30,000.*

*Program deadlines such as the September 5, 2008 deadline for applicants who have 'failed' to provide documents place additional burdens on homeowners. Advocates are working to eliminate these burdens by circulating petitions and working to secure an Orleans Parish Council resolution to the state to repeal the deadline. See http://justiceforneworleans.org/roadhome/.*

*Homeowners continue to fight for correct grant amounts. As of July 31, 2008, 35% of the 9,500 resolved appeals cases (3,315 applicants) received an average additional disbursement of $25,000. There are many, however, who have unsuccessfully attempted to navigate the confusing and changing appeals process.*

*Advocates continue to work to address program problems in legislation, administrative advocacy, and legal appeals. See http://www.legis.state.la.us/billdata/streamdocument.asp?did=504663.*

*Efforts to document the continuing challenges faced by applicants include a new survey distributed by the Citizen's Road Home Action Team (CHAT). See CHAT Road Home Survey:*
http://www.surveymonkey.com/s.aspx?sm=hdEchbm8VI_2bWFDmxi7E_2f7w_3d_3d

Source:  Based on data obtained from the Louisiana Recovery Authority. Data are good for June 26, 2008.



Neighborhood Profiles
New Orleans

Photo Courtesy of Annie Clark for PolicyLink

# EQUITY ATLAS

## Heavily Damaged Neighborhoods by Race

**PolicyLink** *Lifting Up What Works*

46

PolicyLink conducted a more detailed look at select heavily damaged neighborhoods.

Of select heavily damaged neighborhoods and planning districts*, Gentilly, Lower 9th Ward, and New Orleans East are predominantly African American.

**Note:** Total rebuilding dollars represents the sum of available government assistance, including: Road Home grants, FEMA, and private and flood Insurance.

*Neighborhoods and planning districts were selected to represent a broad racial and income cross-section of heavily damaged areas.

Source: Census SF-1 2000.



**EQUITY ATLAS**

Lifting Up What Works
**PolicyLink**

# Road Home Resources for Select Heavily Damaged Neighborhoods

47

| | Citywide | Broadmoor | Gentilly | Lakeview | Lower 9th Ward | New Orleans East |
|---|---|---|---|---|---|---|
| Total Applicants | 53,913 | 1,006 | 9,657 | 4,735 | 3,382 | 13,908 |
| Percent Closed | 58.1% | 65.1% | 66.6% | 56.9% | 53.9% | 62.3% |
| # Closed Rebuilding in Place | 31,347 | 635 | 5,759 | 2,286 | 1,482 | 8,123 |
| **Avg Total Resources** | **$144,196** | **$167,889** | **$155,749** | **$237,132** | **$128,242** | **$155,107** |
| Avg RH Grant | $77,799 | $89,960 | $82,998 | $109,777 | $93,401 | $67,289 |
| **Avg Pre-storm Value** | **$164,375** | **$208,975** | **$154,411** | **$336,064** | **$100,739** | **$146,216** |
| Avg Damage Estimate | $198,782 | $220,562 | $210,458 | $281,537 | $203,597 | $224,303 |
| Gap between Avg. Damage Est. and Avg. Total Resources | $54,586 | $52,673 | $54,709 | $44,405 | $75,355 | $69,196 |

**Across the city in heavily damaged neighborhoods, residents relying on Road Home grants faced insurmountable gaps in rebuilding resources.** The most severe community-wide impacts are revealed in New Orleans East and the Lower 9th Ward.

**Note:** Average amounts of resources are presented only for closed applicants rebuilding in place. These figures reflect only applicants for which a neighborhood was indicated. Average damage estimate represents the damage amount used in the grant calculation by RH administrators.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

## EQUITY ATLAS

Lifting Up What Works
**PolicyLink**

# Rebuilding Cost Gaps by Select Heavily Damaged Neighborhoods

48

| Neighborhood | Total Households (HHs) rebuilding in place | Total Households with Gaps | | Households with Gap >$10K | | Households with Gap >$40K | |
|---|---|---|---|---|---|---|---|
| | | | Percent | | Percent of All HHs | | Percent of All HHs |
| New Orleans East | 8,123 | 7,125 | 87.7% | 6,032 | 74.3% | 4,940 | 60.8% |
| Gentilly | 5,759 | 4,839 | 84.0% | 3,908 | 67.9% | 2,842 | 49.3% |
| Broadmoor | 635 | 475 | 74.8% | 339 | 53.4% | 256 | 40.3% |
| Lower 9th Ward | 1,482 | 1,352 | 91.2% | 1,247 | 84.1% | 980 | 66.1% |
| Lakeview | 2,286 | 1,667 | 72.9% | 1,143 | 50.0% | 805 | 35.2% |
| Orleans Parish | 31,347 | 25,228 | 80.5% | 19,272 | 61.5% | 14,863 | 47.4% |
| All Other Parishes | 52,767 | 36,220 | 68.6% | 29,992 | 56.8% | 11,105 | 21.0% |
| All Applicants | 84,114 | 61,448 | 73.1% | 49,264 | 58.6% | 25,968 | 30.9% |

**New Orleans' Road Home applicants are more likely to have a gap than all applicants statewide.** More than 60% of households in New Orleans East and the Lower 9th Ward have gaps over $40,000.

Note: These figures only reflect applicants for which a neighborhood was indicated.
Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

**Of select heavily damaged neighborhoods and planning districts, Gentilly, Lower 9th Ward, and New Orleans East had lower pre-storm value.**



Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

# EQUITY ATLAS

**PolicyLink**
Lifting Up What Works

## Average Total Rebuilding Dollars: New Orleans

50

Of select heavily damaged neighborhoods and planning districts, Gentilly, Lower 9th Ward, and New Orleans East had lower total rebuilding funds.



**Note**: Total rebuilding dollars represents the sum of available government assistance, including: Road Home grants, FEMA, and private and flood Insurance.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.

# Average Estimated Gap: New Orleans

51

Of select heavily
damaged
neighborhoods
and planning
districts, Lower
9th Ward, and
New Orleans
East had higher
average gaps.



**Note:** Total rebuilding dollars
represents the sum of available
government assistance, including:
Road Home grants, FEMA, and private
and flood Insurance.

Source: Homeowner data based on data obtained from the Louisiana Recovery Authority. Data represent 84,114 closed applicants rebuilding in place and are good for June 26, 2008.



**EQUITY ATLAS**

# Federal Policy Recommendations

52

These policy recommendations are drawn from PolicyLink data analysis findings and from interviews with diverse community leaders, including rebuilding and case management groups, legal services representatives, agency leaders, and elected officials.

## Policy recommendations for federal government:

- **Homeowner recovery:** Allocate funds to close the gaps created by Road Home formula for approximately 58,000 homeowners whose damage estimates were higher than their pre-storm or assessed value. (Congress)

- **Homeowner recovery:** Increase flexibility of rules and provide relevant waivers to ease low income, vulnerable applicants through the program. (HUD)

- **Accountability:** Improve oversight and transparency of federally-funded housing programs to ensure that vulnerable households do not fall through the cracks. (HUD)

**(Continued on next slide)**

**EQUITY ATLAS**



# State Policy Recommendations

53

**Policy recommendations for state:**

- **Sufficient homeowner grants:** Fairly value properties for homeowner grant calculations by utilizing higher of assessment value or damage estimate. (Governor, LRA, Legislature)

- **Protection of homeowner rights:** Rescind arbitrary September 5th deadline for Road Home applicants still resolving legal title on family properties and implement Road Home Bill of Rights. (Governor, LRA, Legislature)

- **Contractor fraud:** Investigate all reports and prosecute criminals; fund robust anti-fraud training program for 20,000 grant recipients. (Attorney General and LRA)

- **Gap funds:** Serve homeowners victimized by unscrupulous contractors or short of funds through: contracts with housing rehab groups; supplemental grants to escrow accounts; or creation of a low-cost loan pool with generous credit scoring to help homeowners bridge gaps. (LRA)

- **Repair help:** Fund construction management expansion in rebuilding organizations that leverage volunteer labor and private donations to cover gaps for homeowners. (LRA) *See* www.policylink.org/ThreeYearsLater/RecoveryGroups.html *for list of effective groups helping homeowners.*

- **Insurance relief:** Fund an insurance subsidy pool available on a scale for people at median income or below to help address the increased burden of insurance.  (Legislature, LRA, Insurance Commissioner, LHFA)

**(Continued on next slide)**

*EQUITY ATLAS*



# New Orleans Policy Recommendations

54

## Policy recommendations for New Orleans:

- **Temporary housing:** Extend trailer-vacancy deadlines until Road Home applicants have closed and half of rental homes currently in pipeline are completed. (ORDA, City Council)

- **Expand rehab help:** Increase capacity of construction management groups through grants and contracts (ORDA, City Council). See effective rehab groups: www.policylink.org/ThreeYearsLater/Recoverygroups.html

- **Financial resources:** Establish small grants or loan pool and prioritize 'in progress' rebuilds and those in final completion stage.(ORDA, FANO)

- **Financial resources:** Help high credit risk homeowners and rental owners by guaranteeing loans. (ORDA, City Council)

- **Land use priorities:** Utilize Louisiana Land Trust Properties to create more equitable housing occupancy patterns—prioritizing first time ownership in high-rental neighborhoods, and affordable rental homes in high ownership neighborhoods. (NORA)

**EQUITY ATLAS**



55

**For more information contact:**
Annie Clark, Program Associate
PolicyLink
1515 Poydras Street, Suite 105
New Orleans, LA 70119
annie@policylink.org
504-524-8185 x26

Dominique Duval-Diop, Senior Associate
PolicyLink
1515 Poydras Street, Suite 105
New Orleans, LA 70119
dominique@policylink.org
225-615-4243

# Methodology and Sources:
# Executive Summary

**All data was analyzed using statistical software package, SAS, produced by the SAS Institute based in Cary, North Carolina, and ArcGIS produced by ESRI in San Bernardino, California, and Microsoft Excel.**

**Executive Summary**

**Slide 6**
Small Rental Closings
ICF Small Rental Property Program, Operations Status Report, August 11, 2008.
http://www.road2la.org/rental-docs/OperationStatusReport_081108.pdf
All other Small Rental Program numbers referenced in this report based on June 17, 2008 data.

**Slides 8, 9 and 10**
Damage Estimates
U.S. HUD. CURRENT HOUSING UNIT DAMAGE ESTIMATES HURRICANES KATRINA, RITA, AND WILMA. February 12, 2006. Revised April 7, 2006. Analysis by the U.S. Department of Housing and Urban Development's Office of Policy Development and Research.

Road Home Applicants only include applicants deemed eligible as of June 26, 2008.
Rental units with funding allocations includes units from the Gulf Opportunity Zone Low Income Tax Credit Program and Small Rental Repair Programs.
Rental units built or underway includes tax credit developments that are placed in service, are under construction or have closed their financing as of July 17, 2008. Also includes Small Rental Repair Units that are in the construction stage, are in pre-closing or have closed as of June 18, 2008.

## Renters Analysis

**Slide 4 (Slide 17 in Full Document)**
Damage Estimates
U.S. HUD. CURRENT HOUSING UNIT DAMAGE ESTIMATES HURRICANES KATRINA, RITA, AND WILMA. February 12, 2006. Revised April 7, 2006. Analysis by the U.S. Department of Housing and Urban Development's Office of Policy Development and Research.

In this report, damaged buildings will refer to major damage and destroyed will refer to those classified as having severe damage or total destruction. Unless specified, those buildings and units that had minor damage will not be included in damage numbers. Affordability of units damaged was extrapolated using HUD CHAS data. The 2005 percentage of affordable units (under 80% of local AMI) in each parish was calculated. This percentage was used to estimate the percentage of damaged units in a parish. Given patterns of damage, particularly in New Orleans, these numbers are likely underestimates.

**Slide 5 (Slide 18 in Full Document)**
Tax Credit Data
Generated from Louisiana Housing Finance Agency Pipeline Report. Data good for July 17, 2008.

Small Rental Data
Data obtained from the Louisiana Recovery Authority. Data good for June 17, 2008.

Flood Extent
FEMA (Sept 11, 2005 Flood Extent). Downloaded from: http://www.gismaps.fema.gov/2005pages/rsdrkatrina.shtm

Pre-Storm Renters
Census 2000 Summary File 1

# Methodology and Sources:
# Renters Analysis (cont.)

**Slide 6 (Slide 19 in Full Document)**
Number of pre-storm occupied units in St. Bernard: Housing Authority of New Orleans, *Redevelopment Plan Summary, Attachment 5*, (New Orleans, LA, November 8, 2007.)

**Slide 7 (Slide 20 in Full Document)**
Status as of July 17, 2008.
'Units Complete' refers to units placed in service.
Units Underway' refers to units under construction or units in developments with closed financing.
'Financing Not Closed' refers to units without closed financing.
'Financing Failed' refers to units that received an allocation of tax credits but are not being built. Credits were returned to the Louisiana Housing Finance Agency for re-distribution to other developments.

**Slide 9 (Slide 22 in Full Document)**
Number of pre-storm occupied units in St. Bernard: Housing Authority of New Orleans, *Redevelopment Plan Summary, Attachment 5*, (New Orleans, LA, November 8, 2007.)

**Slide 10 (Slide 23 in Full Document)**
Original allocations of developments and units to be produced by the Gulf Opportunity Low Income Tax Credit and CDBG Piggyback Program took place over three rounds in the summer and fall of 2006. For various reasons, some developments have been unable to go forward. These developments turned their tax credits into the LHFA. In some cases, the LHFA redistributed credits to developments that had applied in the 2006 rounds but had not been awarded credits. As of August 2008 the agency has $11 million in returned credits and is conducting an allocation round to distribute these credits.

**Slide 13 (Slide 26 in Full Document)**
Percentage of units in buildings with 4 units or less: Jeffrey Meitrodt, "Rising Rents," The Times-Picayune 15 Oct. 2006.

Small Rental Repair Program was only available to landlords in Acadia, Calcasieu, Cameron, Iberia, Jefferson, New Orleans, Plaquemines, St. Bernard, St. Tammany, Tangipahoa, Terrebonne, Vermilion, and Washington parishes.

**Slide 14 (Slide 27 in Full Document)**
http://www.bestofneworleans.com/dispatch/2008-03-18/news_feat2.php

**Slide 15 (Slide 28 in Full Document)**

Stages of the program are explained on Slide 17 (30 in Full Document). Because this program was an incentive and reimbursement program, landlords in the same stage of the program can be in very different stages of repair of their units. It is possible, but rare, for a landlord to have completed all repair prior to applying for the program. It is likely that landlords in the verification and loan approval stages to have done some repairs, but not the majority of the work needed.

**Slide 18 (Slide 31 in Full Document)**

Percent Reliant on Rental Income

This refers to landlords who have rental income represent 30% or more of their total income.

Seniors are applicants who are 65 years old or older. There were some applicants who did not disclose their age, they were excluded from the sample.

**Slide 19 (Slide 32 in Full Document)**

Average Rent Today

U.S. Department of Housing and Urban Development, *County Level Data File* available at
http://www.huduser.org/datasets/fmr.html. MSA refers to the Metropolitan Statistical Area, which includes the parishes of Orleans, Jefferson, Plaquemines, St. Bernard, St. Charles, St. James, St. John, and St. Tammany.

Average Rent in 2005

Source (2000-2005): U.S. Department of Housing and Urban Development, *Fair Market Rent History 2000 to 2005 for New Orleans, LA MSA* available at
http://www.huduser.org/datasets/fmr/fmrs/histsummary.odb?inputname=5560.0*New+Orleans%2C+LA+MSA

Wages

Bureau of Labor Statistics Occupational Employment and Wage Estimates 2008.

# Methodology and Sources:
# Homeowners Analysis

**Homeowners Analysis**

**Slide 2 (Slide 37 in Full Document)**
Damage Estimates
U.S. HUD. CURRENT HOUSING UNIT DAMAGE ESTIMATES HURRICANES KATRINA, RITA, AND WILMA. February 12, 2006. Revised April 7, 2006. Analysis by the U.S. Department of Housing and Urban Development's Office of Policy Development and Research.

Data cited from Road Home officials was obtained from the website www.road2la.org last accessed on August 8, 2008.

Road Home (RH) Applicants Rebuilding in Place
Represents the total closed option 1 applicants in the data set provided by the Louisiana Recovery Authority for June 26, 2008. For each demographic category, there were missing cases. Therefore, figures presented throughout the report represent only those cases for which complete information was available.

Race
The race variable includes the following categories:
*African American* = African American, African American & White, American Indian/Alaska Native/Black
*Native American* = American Indian/Alaska Native, American Indian/Alaska Native & White.
*Asian* = Asian, Asian & White, Native Hawaiian/Other Pacific Islander
*White* = White
*Other*  = Other Multi-Racial

Low to Moderate Income
This classification is determined by the proxy variable provided by the Louisiana Recovery Authority that indicates whether an applicant is eligible for the Additional
Compensation Grant. A specific indication of income status was not available due to data limitations in the data set provided by the Road Home administrator, ICF International.

**Slide 3 (Slide 38 in Full Document)**
The formula changes were implemented by two Community Development Block Grant action plan amendments. The original formula was described in *Amendment 1 - The Road Home* approved by the U.S. Housing and Urban Development (HUD) department on May 30, 2006. The formula was changed in the amendment entitled *Substantial Clarifications to Road Home* approved by HUD on August 22, 2006.

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# Methodology and Sources:
# Homeowners Analysis (cont.)

61

**Slide 4 (Slide 39 in Full Document)**
Non-RH Rebuilding Resources
This includes the sum of private and national flood insurance payments, and FEMA assistance payments. Total rebuilding resources includes Road Home grants as well.

**Slide 5 (Slide 40 in Full Document)**
Applicants Dependent Solely on the Road Home
This was determined by creating a binary variable that assigned a value of "1" to a grant recipient that applicant received that particular non-Road Home resource. A value of "0" was assigned if this was not true. These variables were created for FEMA assistance payments, private insurance, National Flood Insurance, and SBA Loans. The sum of these variables was calculated and applicants who had zero were defined as being completely dependent on the Road Home. For an explanation of how the gap was calculated, see notes for Slide 7.

**Slide 6 (Slide 41 in Full Document)**
The formula description was adapted from the explanation found on the program's website under Frequently Asked Questions. The website, http://www.road2la.org/homeowner/faqs.htm last accessed on August 8, 2008.

**Slide 7 (Slide 42 in Full Document)**
Average Estimated Gap
This was calculated by subtracting the damage estimate used in the grant calculation from the total resources available to the recipient including the total Road Home grant. This formula was developed in collaboration with the LRA. The total grant includes a combination of the Compensation grant and the Additional Compensation grant.  The damage estimate used in the grant calculation was either the Type 1 damage estimate ($130/ sq. ft. plus other costs) or Type 2 damage estimate (component by component cost to repair). These figures were provided by the Road Home program administrator, ICF International.

*EQUITY ATLAS*

Lifting Up What Works
**PolicyLink**

# Methodology and Sources: Homeowners Analysis (cont.)

**Slide 8 (Slide 43 in Full Document)**
Formula driven gap
This was first determined by creating a binary variable for applicants for whom the repair/rebuild ratio used in the grant determination was greater than 51% AND who had a grant calculation damage estimate that was greater than the pre-storm home value. These individuals were assigned a value of "1", all other applicants were assigned a value of "0". The average gap was then calculated for both categories.

**Slide 9 (Slide 44 in Full Document)**
The 30,000 ineligible and inactive applicants were based on the dataset obtained from the Louisiana Recovery Authority that included 165,419 cases. This dataset already excluded duplicate applications and other applicants who were deemed ineligible and so does not represent the full number of those that fall in this category.

Program appeals statistics were drawn from the *The Road Home Week 109 Situation & Pipeline Report* published on August 5, 2008.

**Neighborhood Profile Slides**
Heavily Damaged Neighborhoods and Planning Districts
*New Orleans East* = Little Woods, Pines Village, Plum Orchard, Read Blvd East, Read Blvd West, West Lake Forest
*Gentilly* = Gentilly Woods, Gentilly Terrace, St. Anthony, Pontchartrain Park, Milneburg, Lake Terrace & Oaks, Fillmore, Dillard
*Lakeview* = Navarre, West End, Lakewood, Lakeview, and Lakeshore/Lake Vista
*Lower 9th Ward* = Lower 9th Ward and Holy Cross

**Slide 17 (Slide 52 in Full Document)**
The estimated 58,000 homeowners whose damage is higher than their pre-storm home value was extrapolated using the percent of these individuals (46.7%) in this situation that was found when analyzing the 84,114 closed applicants rebuilding in place. This percent was multiplied by the total number of people who selected Option 1 (124,485) found on the Road Home website, www.road2la.org accessed on August 17, 2008.