# Exhibit T

**Affidavit of Carol George Johnson, Owner and President of Johnson Mortgage Company (June 1, 2010)**

## AFFIDAVIT OF CAROL GEORGE JOHNSON

I, Carol George Johnson, hereby state as follows:

1. I am a life-long resident of New Orleans, Louisiana, and currently reside in District B, an uptown neighborhood that was heavily affected by the flooding that occurred following Hurricane Katrina.

2. I am the owner and president of Johnson Mortgage Company, located in New Orleans and established in 1993. My chief responsibility is determining feasibility of mortgage loans in the region based on credit worthiness of borrowers and the market value of assets to be used as collateral. I evaluate appraisals of real property and analyze sales and housing trends to determine the viability of mortgage loans.

3. From 1989-1991, I was Executive Director of the Finance Authority of New Orleans (FANO), where I authored tax-exempt bonds for Orleans Parish to be used by low- to moderate-income homeowners. I presented my analysis of the housing market directly to New Orleans City Council. I also served the State of Louisiana's Bond Commission by securing approval for its state subsidized bond program.

4. From 1991-1993, I was Branch Manager for Fleet Mortgage, where I was a catalyst for expanding its minority-lending portfolio.

5. In 1993, I created Johnson Mortgage Company, which has originated more than 7,500 home mortgage loans for first time homeowners. Johnson Mortgage Company's clientele is 95% minority, and 40% of its clientele has total income below 80% of the Area Median Income as established by Federal Housing Administration (FHA). Federal Housing Commissioner Nicholas Restinas issued a certificate of "special achievement" in May 1997 to Johnson Mortgage Corporation for being one of the top five FHA approved lenders in the Country who issue FHA insured mortgages to a high percentage of African American first time homebuyers.

6. Based on my experience, I have observed that pre-Katrina homes in predominantly African American neighborhoods were valued less than comparably-sized homes in predominantly White neighborhoods.

7. The formula that the Road Home Program uses to calculate grant awards takes the lower of the pre-Katrina appraised value of a home or the cost of repairing the home. I have observed that because of the formula employed, Road Home Program grant calculations result in homeowners in predominantly African American areas receiving lower grant awards than homeowners in predominantly White areas.

8. I have heard from many of my clients that they are at significant risk of losing their property because they are unable to adequately rebuild and return to their homes, and therefore they cannot comply with the Road Home Program covenant requiring them to

use the property as their primary residence within three years from the date of their closing with the Road Home Program.

9. In my professional opinion, the funds provided to citizens of Louisiana should be based on repair cost needs, and not on what neighborhood one lives in. I believe that because the cost of materials and labor to rebuild is the same across New Orleans, the amount of funding that homeowners in the City receive should be the same regardless of the race of the grant recipient or what neighborhood they live in.

10. I have observed that the Road Home program was flawed from its inception in the way that it included pre-storm value in assessing grant award amounts. This flaw was common knowledge, and it never should have been approved.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Carol George Johnson

Executed on June 1, 2010