# Exhibit U

**Affidavit of Almarie Ford (May 24, 2010)**

## AFFIDAVIT OF ALMARIE FORD

I, Almarie Ford, hereby state as follows:

1. I am an African-American resident of Orleans Parish, Louisiana, and own a property located at 7071 Ridgefield Dr., New Orleans, Louisiana 70128. I purchased this property in 1988.

2. When Hurricane Katrina hit on August 29, 2005, I was residing at the property located at 7071 Ridgefield Dr., New Orleans, Louisiana 70128. This property was damaged by Hurricane Katrina, making it unlivable.

3. After Hurricane Katrina, I rented an apartment in Baton Rouge for 2 1/2 years, forcing me to simultaneously pay rent and the mortgage on my damaged home.

4. My home was covered by flood and homeowners insurance coverage with State Farm at the time Katrina hit. I filed claims, and received $128,000 for flood structural loss (the limits of my coverage), and $18,531.98 for homeowners. I sued State Farm for their failure to pay my homeowners claim. In March 2010, State Farm finally settled my claim for $15,000, of which I only received $931.44, the remainder going to pay my attorneys' fees, the SBA, and the Road Home.

5. I applied for a Road Home Program grant. The Louisiana Recovery Authority determined that my house was worth only $150,000, and because it was worth less than the cost of damages, which the Road Home Program estimated at $297,590, I only received a grant of $3,468.02 on July 10, 2007, even though my house was completely destroyed. I was not eligible for an Additional Compensation Grant. When I settled my claim with State Farm, the Road Home Program required me to return $2,068.56, leaving me with a grant of only $1,399.46.

6. I have been living in my property since September 2008, but repairs are not completed, because I did not receive enough money from the Road Home Program or insurance to complete repairs. The exterior of my house still requires painting, and storm shutters, and the interior requires finishing work. I had to spend $35,000 of my own funds and take out a SBA loan for $54,000 to repair the home, but the repairs are still not finished. I currently still owe $22,173.01 on the SBA loan. My mortgage company Wells Fargo Home Mortgage will not release the remaining balance of insurance funds until repairs are completed, but I cannot finish repairs because I have no money available.

7. If the Louisiana Recovery Authority had applied a non-discriminatory formula that provided all applicants the cost of damages up to $150,000, I would have received a grant of $150,000 instead of the $1,399.46 grant that I received based on pre-storm value.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Almarie Ford

Executed on May 24, 2010