# Exhibit V

**Affidavit of Edward Randolph (May 24, 2010)**

## AFFIDAVIT OF EDWARD RANDOLPH

I, Edward Randolph, hereby state as follows:

1. I am an African-American resident of Orleans Parish, Louisiana, and a disabled Vietnam veteran. My address is 8853 Gervais St., New Orleans, Louisiana 70127. I am a disabled veteran.

2. I purchased the property located at 8851-8853 Gervais St., New Orleans, Louisiana 70127, in 2000, and lived in the property as my primary residence prior to August 29, 2005. The property is a duplex, and I lived in one side and rented out the other side.

3. My home was damaged by Hurricane Katrina on August 29, 2005, making it unlivable. The home received wind and flood damage.

4. I filed homeowners and flood insurance claims for my losses resulting from Hurricane Katrina. I received $66,318.46 from Fidelity National Insurance for flood loss to the structure and $41,531.62 from Lexington Insurance for homeowners. I also received $10,500 from the Federal Emergency Management Agency, intended to fix structural damage to the house.

5. I applied for a Road Home Program grant on December 20, 2006, and was awarded $16,649.92. I went to closing and received my grant on July 27, 2007, but advised the Road Home Program that I had a concern about the amount of my grant. The Road Home Program never resolved my dispute or even considered it to the best of my knowledge.

6. The Road Home Program estimated my house received $308,193 worth of damage, but it was only worth $135,000. With the grant award I received from the Road Home, insurance, and FEMA, I am still short $173,193 needed to rebuild my house.

7. I was able to move back into my house in December 2009, after renting an apartment for 4 years in Luling, Louisiana, 25 miles upriver of New Orleans. During this time, I had to pay rent and my mortgage, and almost lost my house twice to foreclosure because I was unable to afford both of these responsibilities. I am still unable to rent the other side of my house, and all repairs are not yet completed.

8. If the Louisiana Recovery Authority had applied a non-discriminatory formula that provided all applicants the cost of damages up to $150,000, I would have received a grant of $150,000 instead the $16,649.92 grant that I received based on pre-storm value.

> In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.
>
> _Edward Randolph_
> Edward Randolph

Executed on May 24, 2010