# Exhibit W

**House Subcommittee on Financial Services, Committee/Subcommittee Jurisdiction: Housing and Community Opportunity**

Skip over navigation





Hearings of the 111th Congress
Markups of the 111th Congress
Committee Reports
Committee/Subcommittee Jurisdiction
Committee Rules
Oversight Plan

Search: _____  Find

Who We Are Home

**Committee & Subcommittee Jurisdiction**

Committee Members

Subcommittee Assignments

Contact Us

Sign up to get email updates.

E-mail Address:
_____

Your Name:
_____

Submit

**Barney Frank (MA)**, Chairman of the Financial Services Committee
The Committee oversees all components of the nation's housing and financial services sectors including banking, insurance, real estate, public and assisted housing, and securities. The Committee continually reviews the laws and programs relating to the U.S. Department of Housing and Urban Development, the Federal Reserve Bank, the Federal Deposit Insurance Corporation, Fannie Mae and Freddie Mac, and international development and finance agencies such as the World Bank and the International Monetary Fund. The Committee also ensures enforcement of housing and consumer protection laws such as the U.S. Housing Act, the Truth In Lending Act, the Housing and Community Development Act, the Fair Credit Reporting Act, the Real Estate Settlement Procedures Act, the Community Reinvestment Act, and financial privacy laws. These jurisdictional responsibilities are broken down into the following five subcommittees:

**Capital Markets, Insurance, and Government Sponsored Enterprises**
Led by **Chairman Paul E. Kanjorski (PA)**, the subcommittee reviews laws and programs related to the U.S. capital markets, the securities industry, the insurance industry generally (except for health care), and government-sponsored enterprises, such as Fannie Mae and Freddie Mac. It also oversees the Securities and Exchange Commission and self-regulatory organizations, such as the New York Stock Exchange and the NASD, that police the securities markets.

**Financial Institutions and Consumer Credit**
The subcommittee is led by **Chairman Luis V. Gutierrez (IL)**. The subcommittee oversees all financial regulators, such as the Federal Deposit Insurance Corporation and the Federal Reserve, all matters pertaining to consumer credit including the Consumer Credit Protection Act and access to financial services, as well as the safety and soundness of the banking system.

**Housing and Community Opportunity**
The Housing and Community Opportunity subcommittee, led by **Chairwoman Maxine Waters (CA)**, oversees the Department of Housing and Urban Development, and the Government National Mortgage Association. The subcommittee also handles matters related to public, affordable, and rural housing, as well as community development including Empowerment Zones, and government-sponsored insurance programs, such as the National Flood Insurance Program.

**Domestic Monetary Policy and Technology**
The subcommittee is led by **Chairman Melvin L. Watt (NC)**.

**International Monetary Policy and Trade**
The subcommittee is led by **Chairman Gregory W. Meeks (NY)**.

**Oversight and Investigations**
**Chairman Dennis Moore (KS)** leads the subcommittee, which conducts oversight of the agencies, departments, and programs under the Committee's jurisdiction. The subcommittee also conducts investigations on any matter within the jurisdiction of the Committee, and evaluates the need for any legislative changes to the laws and programs within this jurisdiction.

**House Financial Services Committee**  
Democratic Staff  
2129 Rayburn House Office Building  
Ph: (202) 225-4247  
Click here to write to your Representative about issues relating to the Financial Services Committee.

Home | Contact Us | Privacy Policy