# Exhibit X

**State of Louisiana, Office of Community Development, *The Homeowner Assistance Program* Week 201 Situation and Pipeline Report (May 11, 2010)**



*The Homeowner Assistance Program*
Week 201 Situation & Pipeline
Report

May 11, 2010



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 – May 6, 2010

## Table of Contents

EXECUTIVE SUMMARY ........................................................................................ 2
HOMEOWNER PROGRAM .................................................................................... 3
   Housing Assistance Center Activity ..................................................................... 5
   Award Calculation Activity .................................................................................. 5
   Elderly Award Closing Activity .......................................................................... 5
   Low/Moderate Income Households ..................................................................... 6
   Elevation Program Activity ................................................................................. 7
   Home Evaluations (Home Inspection) Activity ................................................ 10
   Appeals .............................................................................................................. 11
   Personal Application Liaisons (PAL) ................................................................ 12
   Housing Assistance Center Appointment Activity ............................................ 14
   ANTIFRAUD, WASTE & ABUSE/ RECORDS REQUESTS .................................... 15
APPENDIX A ....................................................................................................... 16
APPENDIX B ....................................................................................................... 18
APPENDIX C ....................................................................................................... 19
APPENDIX D ....................................................................................................... 26
GLOSSARY .......................................................................................................... 28



**Weekly Situation & Pipeline Report**
**Week 201**
April 30, 2010 – May 6, 2010

## EXECUTIVE SUMMARY

A total of 14 appointments were held with applicants at the Homeowner Assistance Office in Baton Rouge.  The number of total eligible population decreased to 150,554 and the total number of closings held as of May 6 increased to 127,287.

### Table 1:  Homeowner Program Snapshot

| Activity | As of COB 4/29/10 | Weekly Activity | As of COB 5/6/10 | Total Dollars |
|---|---|---|---|---|
| **Applications Received** | | | | |
| *Total Applications Received* | 229,420 | 0 | 229,420 | |
| **Ineligible Applications** | | | | |
| Total Ineligible | 78,865 | 1 | 78,866 | |
| *Duplicate Application* | 39,668 | -1 | 39,667 | |
| *No First Appointment* | 24,634 | 0 | 24,634 | |
| *Ineligible- FEMA Assessment* | 7,518 | 0 | 7,518 | |
| *Sold Home Ineligible / Not Interested* | 2,628 | 1 | 2,629 | |
| *Other Ineligible Reason* | 4,417 | 1 | 4,418 | |
| **Eligible Applications** | | | | |
| Total Eligible Population | 150,555 | -1 | 150,554 | |
| *Applications Withdrawn* | 3,915 | -20 | 3,895 | |
| *Zero Awards* | 15,762 | -82 | 15,680 | |
| Total Benefit Calculated (Eligible Only) | 130,878 | 101 | 130,979 | $ 8,652,156,676 |
| **Funding Disbursed** | | | | |
| Total Funding Disbursed | 127,211 | 76 | 127,287 | $ 8,468,985,751 |
| *Option One Closings* | 116,961 | 52 | 117,013 | $ 7,590,383,985 |
| *Option Two Closings* | 8,042 | 13 | 8,055 | $ 710,324,751 |
| *Option Three Closings* | 2,208 | 11 | 2,219 | $ 168,277,016 |
| *Sold Homes Closings* | 1,100 | 13 | 1,113 | $ 49,677,816 |
| *Elevation Only Closings* | 2,393 | 4 | 2,397 | $ 71,093,258 |
| *Total Closings with Elevation Dollars* | 29,861 | 46 | 29,907 | $ 866,756,058 |
| *Affordable Compensation Grants Disbursed* | 45,412 | 27 | 45,439 | $ 1,933,502,650 |
| **Benefits Calculated Without Funds Disbursed** | | | | |
| Eligiblity Calculated Without Funds Disbursed | 3,667 | 25 | 3,692 | |
| Eligiblity Documentation Requested | 2,360 | 7 | 2,367 | |
| *Active Applications* | 463 | 43 | 506 | |
| **Currently Transferred to Title Company** | | | | |
| *Initial Closing Transfer* | 844 | | 819 | $ 51,222,783 |
| *Additional Disbursement Transfer* | 636 | | 568 | $ 10,615,537 |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

## HOMEOWNER PROGRAM

**Figure 1:  Homeowner Assistance Program Pipeline - Applicant Input and Calculation**



| | HOMEOWNER PROCESS | CUMULATIVE As of 4/29 | CUMULATIVE As of 5/6 | INCREASE |
|---|---|---|---|---|
| **APPLICATIONS & APPOINTMENTS** | APPS RECEIVED | 229,420 | 229,420 | - |
| | TOTAL INELIGIBLE | 78,865 | 78,866 | 1 |
| | BENEFIT OPTIONS LETTERS WITHOUT CLOSINGS | 3,667 | 3,692 | 25 |
| | RHAS APPTS HELD | 63.756 | 63,770 | 14 |
| **CALCULATIONS** | TOTAL ELIGIBLE POPULATION | 150,555 | 150,554 | -1 |
| | TOTAL | $ 8.65 billion | $ 8.65 billion | $ .0 b |
| | AVERAGE | $66,108 | $66,058 | |

- The $8.65 billion total and $66,058 average award represent maximum benefit if ALL eligible applicants select  to rebuild in place (the total includes additional compensation grant calculations, compensation grants, and elevation grants, but does not include 'zero' grant awards and applicants terminated)



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

**Figure 2:  Homeowner Assistance Program Pipeline – Option Selection and Closing Processing**



| | HOMEOWNER PROCESS | CUMULATIVE As of 4/29 | CUMULATIVE As of 5/6 | INCREASE |
|---|---|---|---|---|
| CLOSINGS BY OPTION SELECTION | OPTION ONE CLOSINGS | 116,961 | 117,013 | 52 |
| | OPTION TWO CLOSINGS | 8,042 | 8,055 | 13 |
| | OPTION THREE CLOSINGS | 2,208 | 2,219 | 11 |
| | SOLD HOMES | 1100 | 1113 | 13 |
| CLOSINGS | TOTAL FUNDING DISBURSED | 127,211 | 127,287 | 76 |
| | TOTAL | $8.45 billion | $8.47 billion | $ .02 b |
| | AVERAGE* | $66,445 | $66,535 | |

- *Extrapolation of average award for populations where funds have been disbursed

*See the Glossary for explanation of Figure 2 terms*

4



**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 –May 6, 2010**

### Housing Assistance Center Activity
- A total of 14 RHAS appointments were held at the Baton Rouge Housing Assistance Office for the reporting week.
- As of April 8, 2009, 938 RHAS appointments were conducted by HGI.

### Award Calculation Activity
- The *Road Home* has calculated 150,554 benefits
  - The average total benefit calculated was $66,158 (excluding 'zero' awards applicants withdrawn and ineligible)
  - 3,895 calculations resulted in applications withdrawn from the program
  - 15,580 'zero awards' grant amounts were calculated
  - 3,692 benefits options letters are available for transfer to closing agents

### Elderly Award Closing Activity
- Of the homeowners who have selected their options:
  - 29,427 options selection letters have been returned from elderly applicants (Total Table 2 and 3)
  - The vast majority of all homeowners, including elderly homeowners, have selected Option 1 to keep their homes

**Table 2:  Cumulative Elderly Benefits Options Closing**

| Elderly Benefits Options Closings | |
|---|---|
| Number of Option One | 24,781 |
| Number of Option Two | 2,630 |
| Number of Option Three | 1,899 |
| **Total** | **29,310** |

**Table 3: Cumulative Elderly Benefits Options Selection**

| Elderly Benefits Options Selected Remaining | |
|---|---|
| Number of Option One | 82 |
| Number of Option Two | 31 |
| Number of Option Three | 4 |
| **Total** | **117** |



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 –May 6, 2010

### Table 4:  Closings Held Activity including LMI Detail
### Total Household and Low/Moderate Income (LMI) Detail

| Closings Held | Option 1 | Option 2 | Option 3 | Totals |
|---|---|---|---|---|
| Number of Closings Held | 117,013 | 8,055 | 2,219 | 127,287 |
| Total $ in Closings Held | $7,590,383,985.05 | $710,324,750.57 | $168,277,015.76 | $8,468,985,751.38 |
| Comp Grant $ in Closings Held | $4,974,104,566.66 | $526,345,460.63 | $168,277,015.76 | $5,668,727,043.05 |
| Elev Grant $ in Closings Held | $866,706,303.07 | $49,755.00 | N/A | $866,756,058.07 |
| ACG $ in Closings Held | $1,749,573,115.32 | $183,929,534.94 | N/A | $1,933,502,650.26 |
| | | | | |
| Number of Closings Held by LMI | 49,558 | 3,877 | 917 | 54,352 |
| Total $ to LMI | $4,049,018,915.53 | $389,275,779.59 | $69,050,726.91 | $4,507,345,422.03 |
| Comp Grant $ to LMI | $1,983,169,737.66 | $215,723,312.71 | $69,050,726.91 | $2,267,943,777.28 |
| Elev Grant $ to LMI | $419,947,433.45 | $20,460.00 | N/A | $419,967,893.45 |
| ACG $ in Research for Categorization** | $103,671,370.90 | $10,397,528.06 | N/A | $114,068,898.96 |
| ACG $ to LMI | $1,645,901,744.42 | $173,532,006.88 | N/A | $1,819,433,751.30 |
| Total ACG $ | $1,749,573,115.32 | $183,929,534.94 | N/A | $1,933,502,650.26 |
| | | | | |
| % of Total Closings Held that are LMI | 42 % | 48 % | 41 % | 43 % |
| % of Total $ to LMI | 53 % | 55 % | 41 % | 53 % |
| % of Comp Grant $ to LMI | 40 % | 41 % | 41 % | 40 % |
| % of Elev Grant $ to LMI | 48 % | 41 % | N/A | 48 % |
| % of ACG $ to LMI | 94 % | 94 % | N/A | 94 % |

**The following table represents a subset of additional ACG dollars disbursed resulting from the $50,000 ACG cap removal on LMI Option 1 applicants

### Table 5:  Additional ACG Dollars

| ACG > $50,000 | |
|---|---|
| Count | 9,301 |
| Additional ACL Amount | $326,586,240 |

## Low/Moderate Income Households
- A total of 127,287 applicants had gone to closing and received their Road Home disbursement as of May 6, 2010.  Of these applicants, 54,352 (43 percent) were documented as LMI.
- A total of $8,468,985,751 in Homeowner Assistance Program awards were disbursed as of May 6, 2010.  Of these disbursements, (53 percent) went to applicants documented as LMI



**Weekly Situation & Pipeline Report**
**Week 201**
April 30, 2010 –May 6, 2010

## Elevation Program Activity

As of May 6, 2009, 115,534 elevation letters have been sent to applicants.

- 34,490 (30%) applicants have returned letters expressing their interest in participating in the elevation program.
- 31,774 applicants are eligible and interested in receiving elevation awards.
- 29,907 applicants have received elevation disbursements totaling $866,756,058 (average elevation award of $28,981).
- 4,765 initial and 23,236 additional disbursements of elevation funds from March 2008 through the present for a total of $815,240,070.
- 1,906 initial and 681 additional disbursements previously from program inception through current total of $51,515,988,
- 219 elevation requests for a total of $6,442,560 are currently at the closing companies for processing.  See Table 6 and Figure 3 and 4 for a summary of Elevation Disbursement Activity.

**Table 6:  Elevation Disbursement Activity**

| | # of Initial Disbursements | # of Additional Disbursements | Total $ Disbursed |
|---|---|---|---|
| Elevation Disbursements through Feb 07 | 1,906 | 681 | $51,515,988 |
| Elevation Disbursements from Mar 08 | 4,765 | 23,236 | $815,240,070 |
| **Total Elevation Disbursements** | **6,671** | **23,917** | **$866,756,058** |
| **Applications at Title Companies** | | | |
| **Total Pending Transactions** | **219** | | **$6,442,560.00** |

**Figure 3:  2008 Elevation Disbursement Activities**



State of Louisiana
Division of Administration
**Office of Community
Development**

**Figure 4: Total Anticipated Disbursed Since April 20, 2009**



## Closing Activity

- As of May 6, 2009, a total of 15,970 files have been transferred to closing agents by HGI.
- The closing team has assisted closing agents complete 127,287 closings, of which:
  - The average award is $66,535.
  - 54,352 also received additional compensation grants. The average additional compensation grant award is $33,475.
  - Closed 29,310 elderly applicants for a total of $2,264,511,862.
  - Appendix C reports Closings by Parish and Zip Code.
- To date, the closing agents have completed 23,387 additional disbursements for a total of $669,167,861.  The average additional disbursement is $28,613.

**Table 7:  Applicants and Closings Held By Race/Ethnicity**

| Race | Applicants | | | Closings Held | |
|---|---|---|---|---|---|
| | # | % | | # | % |
| American Indian/Alaska Native | 666 | >1% | | 515 | >1% |
| American Indian/Alaska Native and White | 530 | >1% | | 381 | >1% |
| American Indian/Alaskan Native/Black-African American | 379 | >1% | | 295 | >1% |
| Asian | 2,925 | 2% | | 2,115 | 2% |
| Asian and White | 300 | >1% | | 211 | >1% |
| Black/African American | 65,833 | 36% | | 52,394 | 41% |
| Black/African American and White | 1,153 | 1% | | 901 | 2% |
| Native Hawaiian/Other Pacific Islander | 183 | >1% | | 134 | >1% |
| Other Multi-Racial | 3,419 | 2% | | 2,531 | 2% |
| White | 72,052 | 39% | | 50,493 | 40% |
| A race was not provided | 37,673 | 20% | | 17,317 | 14% |
| | **185,113** | | | **127,287** | |



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 – May 6, 2010

**Figure 5: Award Size**



**Table 8:  Eligible Application Summary**

| Completed Applications | |
|---|---:|
| Closed | 127,287 |
| Zero Awards | 14,088 |
| Zero Awards Sold Home | 1,592 |
| Due Diligence | 2,367 |
| Award Declined | 3,895 |
| **Total Completed Applications** | **149,229** |
| **Applications that Cannot Close** | |
| FEMA Eligibility Issue | 0 |
| Income | 3 |
| Insurance | 1 |
| Occupancy Proof Required | 4 |
| Ownership Proof Required | 8 |
| Refuse to Close | 1 |
| Title, Succession, Legal Mortgage Issue | 12 |
| **Total Applications that Cannot Close** | **29** |
| **Active Applications** | |
| In Progress – Pre-Closings (non-sold homes) | 242 |
| In Progress – Sold Homes "Interested" and Valid | 123 |
| In Progress – Title Company | 819 |
| Awaiting Approval by OCD | 33 |
| Filed Pre-Closing Appeal | 79 |
| **Total Active Applications** | **1,296** |
| **TOTAL ELIGIBLE APPLICATIONS** | **150,554** |



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 –May 6, 2010

## Manufactured Home Project

The special manufactured home project has yielded the following progress (See Summary Table 9):

- Identified 14,199 manufactured home applicants to date
- Updating and ensuring valid HEs are in data warehouse
- Working through PSV process
  - For nearly all cases, we have established whether or not land is owned – used application data or called homeowner
  - Where land is owned, we have determined whether or not the existing BPO is based on manufactured home comparables; if not ordered new BPO

### Table 9:  Manufactured Home Pipeline Progress

| Manufactured Homes Pipeline Summary | | | | |
|---|---|---|---|---|
| Description | COB 4/15/10 | COB 4/22/10 | COB 4/29/10 | COB 5/6/10 |
| Total Number of Eligible Manufactured Home Applications | 14,194 | 14,194 | 14,201 | 14,199 |
| Mobile Homes on Owned Land | 5,943 | 5,943 | 5,948 | 5,946 |
| Mobile Homes on Leased Land | 8,251 | 8,251 | 8,253 | 8,253 |
| Total Number of Eligible Manufactured Homes Closed (Funds Disbursed) | 13,732 | 13,738 | 13,740 | 13,745 |
| Total Number of Eligible Manufactured Homes Remaining | 60 | 57 | 67 | 58 |

## Home Evaluations (Home Inspection) Activity

### Table 10: Home Evaluation Pipeline Progress

| ISSUE CATEGORY | # OF ISSUES |
|---|---|
| Case Review Issues | 86 |
| RH ECD/ Structure appeals | 11 |
| State Appeals | 4 |
| FEMA eligibility appeals | 2 |
| Elevation appeals | 3 |
| Total Home Evaluation Issues | 106 |



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 –May 6, 2010

## Appeals

As of May 6, 2010, 17,369 cases have been processed through the Appeals department, 17,176 have been resolved, and 193 are active.  Table 11 shows the status of these cases.

### 11:  Status of Appeals

| ACTIVITY | As of COB 8-Apr | As of COB 15-Apr | As of COB 22-Apr | As of COB 29-Apr | As of COB 6-May |
|---|---|---|---|---|---|
| Total Cases Processed | 17,328 | 17,344 | 17,342 | 17,345 | 17,369 |
| Appeal Cases Pending Decision/Research | 209 | 200 | 186 | 158 | 168 |
| Ineligible Status Appeal | 41 | 33 | 23 | 21 | 25 |
| *Total Active Cases* | *250* | *233* | *209* | *179* | *193* |
| **Total Cases Resolved** | **17,078** | **17,111** | **17,133** | **17,166** | **17,176** |

Further analysis of the resolved appeals cases (17,176) shows that:
- 6,346 (33%) have resulted in additional funds being awarded to applicants for a total of $174,606,960.  The average additional disbursement is $27,514.
- 859 (5%) resulted in a reduction of award for a total of $15,872,080. The average reduction is $18,499.
- 5,433 (32%) resulted in no change to the award amount.
- 4,534 (24%) were reviewed for an eligibility determination, 1,577 were approved and 2,957 were denied. As of April 20, 2009, 1643 appeals cases have been reviewed and resolved by HGI.

### Table 12:  Status of State Panel Review Appeals

| ACTIVITY | As of COB 15-Apr | As of COB 20-Apr | As of COB 29-Apr | As of COB 6-May |
|---|---|---|---|---|
| Total Cases Requested for State Panel Review | 3,917 | 3,920 | 3,936 | 3,941 |
| State Appeal Cases in Progress | 39 | 35 | 46 | 45 |
| **State Appeal Cases Resolved** | **3,878** | **3,885** | **3,890** | **3,896** |



**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 –May 6, 2010**

## Personal Application Liaisons (PAL)

There were a total of 774 PAL contacts made through the PAL initiative for this reporting period.   Table 13 and Figures 5 and 6 detail PALs contacts by type and day.

**Table 13:  PAL Metrics**

| ACTIVITY | # of App ID |
|---|---|
| Email | 3 |
| Incoming Call | 63 |
| Left Voice Mail | 6 |
| Outgoing Call | 95 |
| Unable to Leave Msg | 1 |
| Mail | 4 |
| Final Award Call | 198 |
| Initial Call | 220 |
| 20 Day Call | 129 |
| 30 Day Call | 55 |
| Grand Total | 774 |

**Figure 6:  PAL Breakdown by Type**





**Weekly Situation & Pipeline Report
Week 201**
April 30, 2010 –May 6, 2010

**Figure 7:  PAL Contact Daily Activity**



*A total number of 774 calls are referenced in table 12 on page 13 and figure 6 shown above for the weekly PAL contacts.



### Housing Assistance Center Appointment Activity

There were a total of 14 RHAS appointments held at the Baton Rouge Housing Assistance Centers during the reporting period.

**Figure 8: Housing Assistance Center Appointments by Week**





**Figure 9: Housing Assistance Center Appointments by Day**





## PROGRAM SUPPORT STATUS

### ANTIFRAUD, WASTE & ABUSE/ RECORDS REQUESTS

- Researched and responded to subpoenas, advocacy group requests, and applicant file requests
- Investigated both internal and external matters reported via several sources, to include the Antifraud and Ethics Help Lines

**Table 14:  Antifraud and Ethics Metrics**

| ACTIVITY | 2-Apr 8-Apr | 9-Apr 15-Apr | 16-Apr 22-Apr | 23-Apr 29-Apr | 30-Apr 6-May |
|---|---|---|---|---|---|
| Issues Received via Antifraud and Ethic Help Line | 18 | 21 | 19 | 29 | 47 |

**Table 15: Antifraud, Waste & Abuse**

| ACTIVITY | 2-Apr 8-Apr | 9-Apr 15-Apr | 16-Apr 22-Apr | 23-Apr 29-Apr | 30-Apr 6-May |
|---|---|---|---|---|---|
| ID Verifications Received For Review | 60 | 43 | 26 | 54 | 77 |
| ID Verifications Cleared | 60 | 42 | 25 | 51 | 77 |
| AWFA Issues Opened | 18 | 21 | 19 | 29 | 47 |

**Table 16: Record Requests**

| ACTIVITY | 2-Apr 8-Apr | 9-Apr 15-Apr | 16-Apr 22-Apr | 23-Apr 29-Apr | 30-Apr 6-May |
|---|---|---|---|---|---|
| Subpoenas Received | 3 | 16 | 6 | 2 | 4 |
| Subpoenas Resolved | 4 | 5 | 4 | 10 | 11 |
| Public Record Requests Received | 9 | 22 | 23 | 17 | 13 |
| Public Record Requests Resolved | 23 | 17 | 16 | 18 | 18 |



**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 – May 6, 2010**

## APPENDIX A

**Option Selections of Applicants, by Parish of Damaged Residence**

**Note:** *All Damaged Residence information is as provided by the applicant during the application process. Actual damaged residence information may differ from what the applicant provided. Eligibility information is properly confirmed during the verification process*

| A | Option 1. Keep Your Home | Option 2. Sell, but Stay in Louisiana | Option 3. Sell, and Move out of Louisiana | Option 4. Decline Benefits | Option 5. Delay Selection of Benefit | Option 6. Unable to Determine Selection | Total |
|---|---|---|---|---|---|---|---|
| Acadia | 297 | 2 | | | | | **299** |
| Allen | 496 | 12 | 1 | | | | **509** |
| Ascension | 150 | | | | | | **150** |
| Assumption | 224 | | 1 | | | | **225** |
| Beauregard | 946 | 10 | | | | | **956** |
| Calcasieu | 12,742 | 130 | 11 | | | | **12,883** |
| Cameron | 1,567 | 142 | 3 | | 1 | | **1,713** |
| East Baton Rouge | 179 | 2 | 1 | | | | **182** |
| East Feliciana | 27 | 1 | | | | | **28** |
| Evangeline | 54 | | | | | | **54** |
| Iberia | 1,023 | 17 | 2 | | | | **1,042** |
| Iberville | 55 | 1 | | | | | **56** |
| Jefferson | 24,678 | 167 | 36 | 1 | 3 | 1 | **24,886** |
| Jefferson Davis | 867 | 14 | | | 1 | | **882** |
| Lafayette | 118 | 2 | | | | | **120** |
| Lafourche | 808 | 6 | 1 | | | | **815** |
| Livingston | 223 | 5 | 1 | | | | **229** |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

| A | Option 1. Keep Your Home | Option 2. Sell, but Stay in Louisiana | Option 3. Sell, and Move out of Louisiana | Option 4. Decline Benefits | Option 5. Delay Selection of Benefit | Option 6. Unable to Determine Selection | Total |
|---|---|---|---|---|---|---|---|
| Orleans | 41,519 | 3,809 | 1,705 | 1 | 14 | | **47,048** |
| Plaquemines | 2,991 | 258 | 25 | | | | **3,274** |
| Pointe Coupee | 14 | | | | | | **14** |
| Sabine | 31 | | | | | | **31** |
| Saint Bernard | 7,899 | 3,863 | 728 | 3 | 3 | | **12,496** |
| Saint Charles | 1,006 | 5 | 1 | | 1 | | **1,013** |
| Saint Helena | 278 | 2 | | | | | **280** |
| Saint James | 380 | | | | | | **380** |
| Saint Landry | 164 | 6 | | | | | **170** |
| Saint Martin | 107 | 3 | | | | | **110** |
| Saint Mary | 856 | 5 | | | | | **861** |
| Saint Tammany | 10,875 | 161 | 36 | 1 | 2 | | **11,075** |
| St John The Baptist | 1,235 | 1 | | | | | **1,236** |
| Tangipahoa | 1,530 | 8 | 2 | | | | **1,540** |
| Terrebonne | 2,535 | 55 | 2 | | | | **2,592** |
| Vermilion | 1,608 | 54 | 4 | | | | **1,666** |
| Vernon | 147 | 2 | | | | | **149** |
| Washington | 1,341 | 15 | 1 | | | | **1,357** |
| West Baton Rouge | 13 | | | | | | **13** |
| West Feliciana | 4 | | | | | | **4** |
| | **118,987** | **8,758** | **2,561** | **6** | **25** | **1** | **130,338** |



**Weekly Situation & Pipeline Report**
**Week 201**
April 30, 2010 – May 6, 2010

## APPENDIX B

**Benefits Calculated by Damaged Residence Parish**

**Note:** *All Damaged Residence information is as provided by the applicant during the application process.  Actual damaged residence information may differ from what the applicant provided.  Eligibility information is confirmed during the verification process*

| Parish | Number of Calculations |
|---|---|
| Acadia | 299 |
| Allen | 512 |
| Ascension | 153 |
| Assumption | 225 |
| Beauregard | 958 |
| Calcasieu | 12,927 |
| Cameron | 1,721 |
| East Baton Rouge | 183 |
| East Feliciana | 29 |
| Evangeline | 54 |
| Iberia | 1,048 |
| Iberville | 56 |
| Jefferson | 25,041 |
| Jefferson Davis | 884 |
| Lafayette | 123 |
| Lafourche | 816 |
| Livingston | 229 |
| Orleans | 47,235 |
| Plaquemines | 3,293 |
| Pointe Coupee | 14 |

| Parish | Number of Calculations |
|---|---|
| Sabine | 31 |
| Saint Bernard | 12,550 |
| Saint Charles | 1,017 |
| Saint Helena | 281 |
| Saint James | 382 |
| Saint Landry | 171 |
| Saint Martin | 110 |
| Saint Mary | 862 |
| Saint Tammany | 11,164 |
| St John The Baptist | 1,240 |
| Tangipahoa | 1,550 |
| Terrebonne | 2,603 |
| Vermilion | 1,687 |
| Vernon | 149 |
| Washington | 1,361 |
| West Baton Rouge | 13 |
| West Feliciana | 4 |
| | **130,979** |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

## APPENDIX C

**Closings by Parish and Zip Code –**

   **Note:** *All Damaged Residence information is as provided by the applicant during the application process.  Actual damaged residence information may differ from what the applicant provided.  Eligibility information is confirmed during the verification process.*

| PARISH | Option 1. Keep Your Home | Option 2. Sell, but Stay in Louisiana | Option 3. Sell, and Move out of Louisiana | Total |
|---|---|---|---|---|
| Acadia | 289 | 2 | | **291** |
| Allen | 485 | 11 | 1 | **497** |
| Ascension | 142 | | | **142** |
| Assumption | 205 | | | **205** |
| Beauregard | 930 | 10 | | **940** |
| Calcasieu | 12,570 | 101 | 5 | **12,676** |
| Cameron | 1,537 | 119 | 2 | **1,658** |
| East Baton Rouge | 176 | 1 | 1 | **178** |
| East Feliciana | 27 | | | **27** |
| Evangeline | 53 | | | **53** |
| Iberia | 1,010 | 13 | 1 | **1,024** |
| Iberville | 54 | 1 | | **55** |
| Jefferson | 24,403 | 131 | 28 | **24,562** |
| Jefferson Davis | 844 | 11 | | **855** |
| Lafayette | 112 | 1 | | **113** |
| Lafourche | 784 | 6 | 1 | **791** |
| Livingston | 210 | 3 | | **213** |
| Orleans | 40,840 | 3,457 | 1,444 | **45,741** |
| Plaquemines | 2,842 | 233 | 19 | **3,094** |
| Pointe Coupee | 14 | | | **14** |
| Sabine | 30 | | | **30** |



**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 – May 6, 2010**

| PARISH | Option 1.<br>Keep Your Home | Option 2.<br>Sell, but Stay in<br>Louisiana | Option 3.<br>Sell, and Move out of<br>Louisiana | Total |
|---|---|---|---|---|
| Saint Bernard | 7,773 | 3,689 | 683 | **12,145** |
| Saint Charles | 967 | 3 | 1 | **971** |
| Saint Helena | 264 | 2 | | **266** |
| Saint James | 366 | | | **366** |
| Saint Landry | 156 | 5 | | **161** |
| Saint Martin | 102 | 3 | | **105** |
| Saint Mary | 826 | 4 | | **830** |
| Saint Tammany | 10,807 | 132 | 27 | **10,966** |
| St John The Baptist | 1,204 | | | **1,204** |
| Tangipahoa | 1,487 | 6 | 1 | **1,494** |
| Terrebonne | 2,446 | 47 | 1 | **2,494** |
| Vermilion | 1,594 | 49 | 3 | **1,646** |
| Vernon | 141 | 2 | | **143** |
| Washington | 1,306 | 13 | 1 | **1,320** |
| West Baton Rouge | 13 | | | **13** |
| West Feliciana | 4 | | | **4** |
| | **117,013** | **8,055** | **2,219** | **127,287** |



State of Louisiana
Division of Administration
**Office of Community Development**

# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 − May 6, 2010

| Zip Code | Number of Closings | Zip Code | Number of Closings | Zip Code | Number of Closings |
|---|---|---|---|---|---|
| Zip code errors | 9 | 70048 | 169 | 70083 | 234 |
| 70001 | 898 | 70049 | 223 | 70084 | 1,540 |
| 70002 | 939 | 70050 | 58 | 70085 | 74 |
| 70003 | 2,327 | 70051 | 47 | 70086 | 304 |
| 70005 | 787 | 70052 | 691 | 70087 | 172 |
| 70006 | 1,404 | 70053 | 2 | 70090 | 103 |
| 70011 | 1 | 70054 | 1,846 | 70091 | 2,019 |
| 70012 | 1 | 70056 | 113 | 70092 | 2 |
| 70014 | 1 | 70057 | 3,137 | 70093 | 1,948 |
| 70015 | 10 | 70058 | 5 | 70094 | 2 |
| 70017 | 6 | 70059 | 897 | 70095 | 1 |
| 70018 | 5 | 70062 | 6 | 70096 | 12 |
| 70019 | 1 | 70063 | 3 | 70101 | 1 |
| 70028 | 1 | 70064 | 3,687 | 70104 | 1 |
| 70029 | 52 | 70065 | 7 | 70105 | 1 |
| 70030 | 49 | 70066 | 416 | 70107 | 1 |
| 70031 | 1,856 | 70067 | 723 | 70109 | 1 |
| 70032 | 1 | 70068 | 9 | 70110 | 70 |
| 70033 | 184 | 70069 | 124 | 70112 | 402 |
| 70036 | 473 | 70070 | 46 | 70113 | 1,285 |
| 70037 | 273 | 70071 | 4,282 | 70114 | 1,391 |
| 70038 | 86 | 70072 | 6 | 70115 | 734 |
| 70039 | 360 | 70073 | 1,507 | 70116 | 5,766 |
| 70040 | 759 | 70075 | 13 | 70117 | 2,330 |
| 70041 | 6 | 70076 | 1 | 70118 | 3,407 |
| 70042 | 5,155 | 70077 | 19 | 70119 | 1 |
| 70043 | 3 | 70078 | 20 | 70120 | 410 |
| 70044 | 3 | 70079 | 16 | 70121 | 7,698 |
| 70045 | 11 | 70080 | 2 | 70122 | 518 |
| 70046 | 156 | 70081 | 138 | 70123 | 3,777 |
| 70047 | 2 | 70082 | 784 | 70124 | 1,656 |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

| Zip Code | Number of Closings | Zip Code | Number of Closings | Zip Code | Number of Closings |
|---|---|---|---|---|---|
| 70125 | 6,110 | 70354 | 7 | 70424 | 186 |
| 70126 | 3,898 | 70355 | 175 | 70426 | 716 |
| 70127 | 3,504 | 70356 | 52 | 70427 | 4 |
| 70128 | 1,917 | 70357 | 227 | 70429 | 1 |
| 70129 | 225 | 70358 | 80 | 70430 | 108 |
| 70130 | 1,419 | 70359 | 134 | 70431 | 300 |
| 70131 | 1 | 70360 | 5 | 70433 | 10 |
| 70132 | 1 | 70361 | 1 | 70434 | 262 |
| 70150 | 2 | 70362 | 733 | 70435 | 17 |
| 70164 | 1 | 70363 | 129 | 70436 | 144 |
| 70170 | 2 | 70364 | 12 | 70437 | 366 |
| 70175 | 7 | 70372 | 16 | 70438 | 1 |
| 70177 | 1 | 70373 | 39 | 70440 | 168 |
| 70179 | 1 | 70374 | 291 | 70441 | 6 |
| 70189 | 1 | 70377 | 84 | 70442 | 177 |
| 70217 | 1 | 70380 | 2 | 70443 | 191 |
| 70219 | 1 | 70381 | 109 | 70444 | 669 |
| 70224 | 1 | 70390 | 4 | 70445 | 45 |
| 70230 | 193 | 70391 | 43 | 70446 | 79 |
| 70301 | 2 | 70392 | 7 | 70447 | 492 |
| 70302 | 5 | 70393 | 259 | 70448 | 17 |
| 70339 | 19 | 70394 | 35 | 70449 | 62 |
| 70340 | 53 | 70395 | 159 | 70450 | 29 |
| 70341 | 5 | 70397 | 172 | 70451 | 415 |
| 70342 | 28 | 70401 | 238 | 70452 | 9 |
| 70343 | 606 | 70403 | 14 | 70453 | 193 |
| 70344 | 93 | 70404 | 117 | 70454 | 13 |
| 70345 | 60 | 70420 | 11 | 70455 | 106 |
| 70346 | 1 | 70421 | 294 | 70456 | 1 |
| 70352 | 193 | 70422 | 1 | 70457 | 3,353 |
| 70353 | 53 | 70423 | 1 | 70458 | 10 |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 − May 6, 2010

| Zip Code | Number of Closings | Zip Code | Number of Closings | Zip Code | Number of Closings |
|---|---|---|---|---|---|
| 70459 | 1,977 | 70523 | 2 | 70570 | 2 |
| 70460 | 2,761 | 70524 | 21 | 70575 | 2 |
| 70461 | 68 | 70525 | 116 | 70576 | 3 |
| 70462 | 16 | 70526 | 311 | 70577 | 67 |
| 70463 | 7 | 70528 | 10 | 70578 | 24 |
| 70464 | 35 | 70529 | 11 | 70581 | 45 |
| 70465 | 58 | 70531 | 117 | 70582 | 7 |
| 70466 | 3 | 70532 | 675 | 70583 | 5 |
| 70467 | 3 | 70533 | 3 | 70584 | 1 |
| 70469 | 5 | 70534 | 33 | 70585 | 18 |
| 70470 | 222 | 70535 | 3 | 70586 | 8 |
| 70471 | 1 | 70537 | 475 | 70589 | 177 |
| 70478 | 1 | 70538 | 1 | 70591 | 23 |
| 70485 | 25 | 70540 | 53 | 70592 | 2,944 |
| 70501 | 4 | 70542 | 26 | 70601 | 6 |
| 70503 | 12 | 70543 | 202 | 70602 | 1,664 |
| 70506 | 13 | 70544 | 242 | 70605 | 11 |
| 70507 | 9 | 70546 | 107 | 70606 | 2,000 |
| 70508 | 615 | 70548 | 69 | 70607 | 1 |
| 70510 | 1 | 70549 | 2 | 70609 | 1 |
| 70511 | 13 | 70550 | 3 | 70610 | 997 |
| 70512 | 130 | 70551 | 9 | 70611 | 5 |
| 70514 | 12 | 70552 | 10 | 70612 | 1 |
| 70515 | 2 | 70554 | 13 | 70614 | 1,210 |
| 70516 | 49 | 70555 | 12 | 70615 | 7 |
| 70517 | 12 | 70556 | 20 | 70616 | 121 |
| 70518 | 3 | 70559 | 683 | 70621 | 632 |
| 70519 | 10 | 70560 | 1 | 70630 | 192 |
| 70520 | 1 | 70562 | 27 | 70631 | 489 |
| 70521 | 14 | 70563 | 3 | 70632 | 473 |
| 70522 | 21 | 70569 | 99 | 70633 | 15 |



# Weekly Situation & Pipeline Report
# Week 201
### April 30, 2010 – May 6, 2010

| Zip Code | Number of Closings | Zip Code | Number of Closings | Zip Code | Number of Closings |
|---|---|---|---|---|---|
| 70634 | 2 | 70699 | 1 | 70757 | 6 |
| 70637 | 4 | 70702 | 14 | 70760 | 1 |
| 70638 | 36 | 70706 | 1 | 70761 | 18 |
| 70639 | 2 | 70707 | 18 | 70763 | 13 |
| 70640 | 121 | 70711 | 17 | 70764 | 11 |
| 70641 | 3 | 70714 | 1 | 70767 | 19 |
| 70643 | 285 | 70716 | 1 | 70769 | 4 |
| 70644 | 68 | 70717 | 3 | 70770 | 1 |
| 70645 | 604 | 70718 | 4 | 70772 | 7 |
| 70646 | 169 | 70719 | 16 | 70774 | 7 |
| 70647 | 14 | 70721 | 18 | 70775 | 5 |
| 70648 | 12 | 70722 | 40 | 70776 | 4 |
| 70650 | 70 | 70723 | 7 | 70777 | 9 |
| 70651 | 63 | 70725 | 32 | 70778 | 4 |
| 70652 | 12 | 70726 | 1 | 70780 | 1 |
| 70653 | 145 | 70727 | 1 | 70783 | 22 |
| 70654 | 12 | 70728 | 1 | 70785 | 11 |
| 70655 | 229 | 70729 | 4 | 70788 | 2 |
| 70656 | 28 | 70730 | 6 | 70789 | 13 |
| 70657 | 15 | 70733 | 7 | 70791 | 1 |
| 70658 | 108 | 70734 | 1 | 70792 | 20 |
| 70659 | 243 | 70736 | 36 | 70802 | 28 |
| 70660 | 3 | 70737 | 7 | 70805 | 5 |
| 70661 | 1,319 | 70739 | 2 | 70806 | 9 |
| 70662 | 14 | 70740 | 17 | 70807 | 3 |
| 70663 | 582 | 70744 | 1 | 70808 | 2 |
| 70664 | 1 | 70748 | 1 | 70809 | 8 |
| 70665 | 389 | 70749 | 1 | 70810 | 7 |
| 70667 | 627 | 70750 | 1 | 70811 | 10 |
| 70668 | 1 | 70753 | 9 | 70812 | 16 |
| 70669 | 1 | 70754 | 2 | 70814 | 9 |



# Weekly Situation & Pipeline Report
## Week 201
### April 30, 2010 – May 6, 2010

| Zip Code | Number of Closings |
|---|---|
| 70815 | 5 |
| 70816 | 9 |
| 70817 | 1 |
| 70818 | 4 |
| 70819 | 2 |
| 70820 | 1 |
| 70856 | 1 |
| 70901 | 1 |
| 71022 | 1 |
| 71026 | 1 |
| 71027 | 1 |
| 71028 | 1 |
| 71119 | 1 |
| 71126 | 1 |
| 71295 | 1 |
| 71322 | 5 |
| 71353 | 12 |
| 71367 | 13 |
| 71403 | 1 |
| 71419 | 3 |
| 71429 | 1 |
| 71433 | 3 |
| 71439 | 76 |
| 71446 | 14 |
| 71449 | 1 |
| 71458 | 1 |
| 71460 | 4 |
| 71461 | 1 |
| 71462 | 75 |
| 71463 | 2 |
| 71474 | 6 |

| Zip Code | Number of Closings |
|---|---|
| 71486 | 1 |
| 71496 | 1 |
| 74058 | 1 |
| 74060 | 1 |
| 74071 | 1 |
| 75023 | 1 |
| 75038 | 1 |
| 75127 | 1 |
| 77027 | 1 |
| 77043 | 1 |
| 77045 | 1 |
| 77058 | 1 |
| 77087 | 1 |
| 78607 | 1 |
| 90363 | 1 |
|  | **127,287** |



## APPENDIX D





**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 – May 6, 2010**

APPENDIX E





**Weekly Situation & Pipeline Report**
**Week 201**
April 30, 2010 – May 6, 2010

## GLOSSARY

**Table 1 Term:**

_**Total Applications Received**_ Represents the cumulative number of all applications entered in the system. This number includes applications that are incomplete, test submissions and multiple submissions.

_**Total Ineligible**_ Represents the total number of all applications who do not meet the basic eligibility requirements for the program.

    _**Duplicate Application**_ Represents the total number of all applications identified for being a duplicate application.

    _**No First Appointment**_ Represents the total number of all applications who did not complete an appointment by the December 15, 2007 deadline.

    _**Ineligible-FEMA Assessment**_ Represents the total number of all applications due to FEMA assessment requirement.

    _**Sold Home Ineligible/Not Interested**_ Represents the total number of all applications who did not meet the eligibility requirements of the Sold Home program.

_**Total Eligible Population**_ Equals total applications received minus total ineligible. Represents the population of applicants that are in an eligible program status. Dollar amount represent the cumulative benefits calculated for all eligible applicants.

    _**Zero Award**_ Represents the total number of eligible applications under program guidelines but with grant calculation of zero dollars.

    _**Application Withdrawn**_ Represents the total number of applications closed at the request of the applicant.

_**Total Benefits Calculated (Eligible Only)**_ Represents the total population and benefits calculated for all eligible applicants that have positive calculations amounts and have not withdrawn their applications.

_**Total Funding Disbursed**_ Represents the cumulative number of applicants that have received Funding from the Road Home program. The dollar amount represents the total funds disbursed to date.

    _**Option One Closings**_ Applicants who have received funds under the Option 1 Benefit Selection.

    _**Option Two Closings**_ Applicants who have received funds under the Option 2 Benefit Selection.

    _**Option Three Closings**_ Applicants who have received funds under the Option 3 Benefit Selection.

    _**Sold Home Closings**_ Represents the cumulative number of applicants with funds disbursed where the applicant sold their home prior to August 29, 2007.

    _**Elevation Only Closings**_ Represents the cumulative number of Option 1 applicants that received elevation funding only.

    _**Total Closing with Elevation Dollars**_ Represents the cumulative number of Option 1 applicants that received elevation funding. The dollar amount represents the total elevation dollar elevation dollars disbursed under the program.



**Weekly Situation & Pipeline Report**
**Week 201**
**April 30, 2010 – May 6, 2010**

***Eligible Applicants Without Funds*** Represents the total number of eligible applications that have yet to receive an award.

> ***Eligibility Documentation Requested*** Represents applicants who have not provided necessary documentation to support their program eligibility.
>
> ***Unable to Contact*** Represents the eligible applicants who are no longer responding to program communications.
>
> ***Active Applications*** Represents the current total workable inventory of the program.

***Currently Transferred to Title Company***

> ***Initial Closing Transfer*** Represents the number of files currently transferred for initial closing to closing agents.
>
> ***Additional Disbursements Transfer*** Represents the number of files currently transferred for an additional disbursement to the closing agent.

**Pipeline Diagram Terms (Figures 1 and 2):**

**APPLICATIONS & APPOINTMENTS**

***Total Applications Received*** Represents the cumulative number of all applications entered in the system. This number includes applications that are incomplete, test submissions and multiple submissions.

***Total Ineligible*** Represents the total number of all applications who do not meet the basic eligibility requirements for the program.

***Total Eligible Population*** Equals total applications received minus total ineligible. Represents the population of applicants that are in an eligible program status.  Dollar amount represent the cumulative benefits calculated for all eligible applicants.

***Road Home Advisory Services (RHAS) Appointments Held*** Represents the cumulative number of all Road Home Advisory Services appointments held.

**CALCULATIONS**

***Total Eligible Population*** Equals total applications received minus total ineligible. Represents the population of applicants that are in an eligible program status. Dollar amount represent the cumulative benefits calculated for all eligible applicants.

**CLOSINGS BY OPTION SELECTION**

> ***Option One Closings*** Applicants who have received funds under the Option 1 Benefit Selection.
>
> ***Option Two Closings*** Applicants who have received funds under the Option 2 Benefit Selection.
>
> ***Option Three Closings*** Applicants who have received funds under the Option 3 Benefit Selection.
>
> ***Sold Home Closings*** Represents the cumulative number of applicants with funds disbursed where the applicant sold their home prior to August 29, 2007.



**CLOSINGS**

***Currently Transferred to Title Company***

> ***Initial Closing Transfer***  Represents the number of files currently transferred for an initial closing to closing agents.

> ***Additional Disbursements Transfer***  Represents the number of files currently transferred for an additional disbursement to the closing agent.

***Total Funding Disbursed***  Represents the cumulative number of applicants that have received Funding from the Road Home program. The dollar amount represents the total funds disbursed to date.