# Exhibit cc

**Letter from Yolanda Chavez, Deputy Assistant Secretary for Grant Programs, to Paul Rainwater (Oct. 14, 2009)**



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

OFFICE OF ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

OCT 1 4 2009

Mr. Paul W. Rainwater
Executive Director
Louisiana Recovery Authority
150 North 3rd Street, Suite 200
Baton Rouge, LA 70801

Dear Mr. Rainwater:

    The Department is acknowledging Louisiana's Non-Substantial Amendment Number 39 to Action Plan Number 1 for disaster recovery through Community Development Block Grant (CDBG) supplemental funding under Public Law 110-116. The Action Plan modifications, which the State has determined to be non-substantial, further emphasize the State's position on providing assistance to certain disaster-affected homeowners who continue to experience hardships due to the high cost of rebuilding.

    Amendment Number 39, submitted October 12, 2009, implements the most recent policy guidance by the Louisiana Recovery Authority in response to meeting identified *unmet needs* of homeowners with income at or below 80% of the area median income. The amendment removes the $50,000 cap for Additional Compensation Grants (ACG) to provide these low- to moderate-income homeowners with additional resources needed to recover from Hurricanes Katrina and Rita. In order to provide additional funds for ACG purposes, the State has indicated that it will reallocate within the Road Home program up to $550 million from Individual Mitigation Measures (IMM) to ACG purposes. The State has indicated it will retain an estimated $100 million for IMM to address such needs not covered by funding available through the Federal Emergency Management Agency.

    This Amendment states that overall awards remain subject to the $150,000 maximum award under the Road Home program and that total compensation will not exceed the Estimated Cost of Damage. In addition, the Amendment establishes additional compliance monitoring and grant recovery actions the State will implement to ensure appropriate levels of accountability.

    The Department remains committed to assisting the recovery of the State of Louisiana from the devastating effects of Hurricanes Katrina and Rita. If you or any members of your staff have any questions, please contact Mr. Stanley Gimont, Director, Office of Block Grant Assistance, at (202)708-3587.

Sincerely,

Yolanda Chávez
Deputy Assistant Secretary
for Grant Programs