# Exhibit dd

**Katy Reckdahl and David Hammer,** *Feds sign off on Road Home change***, Times Picayune (Oct. 16, 2009)**



1 of 1 DOCUMENT

Copyright 2009 The Times-Picayune Publishing Company
Times-Picayune (New Orleans)

October 16, 2009 Friday

**SECTION:** NATIONAL; Pg. 1

**LENGTH:** 453 words

**HEADLINE:** Feds sign off on Road Home change;
It may aid owners of modest homes

**BYLINE:** By Katy Reckdahl, and David Hammer, Staff writers

**BODY:**

 U.S. Department of Housing and Urban Development Secretary Shaun Donovan came to town carrying a letter that could help thousands of local homeowners finally finish their renovations.

 The letter, which Donovan gave Thursday to Louisiana Recovery Authority chief Paul Rainwater, approved a change to the Road Home program that could distribute $600 million in leftover money, giving up to $34,000 in extra grant money to as many as 19,000 low- to moderate-income homeowners, Rainwater said.

 The aim is to help people who had homes of modest value. Because the original grants were based on a home's pre-storm value, in many cases they did not cover the cost of rebuilding. That was especially true in poorer neighborhoods, which have lower property values.

 The move is a good example of HUD's willingness to alter "barriers that hamper recovery," said Donovan, who handed Rainwater the letter during the groundbreaking for the redevelopment of the B.W. Cooper public housing complex.

 Rainwater and the LRA board had asked HUD to eliminate the $50,000 cap that the Road Home program originally imposed on Additional Compensation Grants. Those grants were a first stab at helping low- to moderate-income families cover some of the gap between home values and rebuilding costs.

 But a recent study by demographer Greg Rigamer found the additional grants were falling far short of making up the difference. The analysis showed the total gap between the cost of rebuilding and the combined Road Home and insurance proceeds of 125,000 grant recipients is between $1.6 billion and $2.3 billion.

 The problem was neatly explained at a congressional hearing in August by Lillian Baker, an octogenarian whose home in Pontchartrain Park was destroyed. Road Home estimated her home's damage at $209,000, but its prestorm value was only $84,000, and based on that figure, her final grant was $54,000. That wasn't nearly enough to build a new house.

 "The Road Home program was supposed to help us get back into our home, but it only created more stress at a time when stress wasn't needed," Baker wrote in testimony read by her daughter, Shari Baker.

 For the families who had received Additional Compensation Grants alone, the gap remained $600 million, Rigamer found.

Case 1:08-cv-01938-HHK   Document 50-35   Filed 06/02/10   Page 3 of 3
Page 2

Feds sign off on Road Home change; It may aid owners of modest homes Times-Picayune (New Orleans) October 16, 2009 Friday

To pay the additional grants, Rainwater plans to use $600 million of leftover Road Home money that became available when the LRA decided to use money from another source for another program that will pay applicants for storm-mitigation measures such as storm shutters, roof tie-downs and other mitigation measures.

. . . . . . .

David Hammer can be reached at dhammer@timespicayune.com or 504.826.3322. Katy Reckdahl can be reached at kreckdahl@timespicayune.com or 504.826.3396.

**LOAD-DATE:** October 16, 2009