# Exhibit gg

**Letter from Rep. Maxine Waters to HUD Secretary Shaun Donovan (Apr. 14, 2010)**

**MAXINE WATERS**
MEMBER OF CONGRESS
35TH DISTRICT, CALIFORNIA

CHIEF DEPUTY WHIP

COMMITTEES:
FINANCIAL SERVICES

SUBCOMMITTEE ON HOUSING AND
COMMUNITY OPPORTUNITY
**CHAIRWOMAN**

JUDICIARY

SUBCOMMITTEE ON CRIME, TERRORISM
AND HOMELAND SECURITY

SUBCOMMITTEE ON IMMIGRATION,
BORDER SECURITY AND CLAIMS

PLEASE REPLY TO:
**WASHINGTON, DC OFFICE**
2344 RAYBURN HOUSE OFFICE BUILDING
☐ WASHINGTON, DC 20515-0535
PHONE: (202) 225-2201
FAX: (202) 225-7854

DISTRICT OFFICES:
**LOS ANGELES OFFICE**
10124 SOUTH BROADWAY
SUITE 1
☐ LOS ANGELES, CA 90003
PHONE: (323) 757-8900
FAX: (323) 757-9506

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0535

April 14, 2010

The Honorable Shaun Donovan
Secretary
U.S. Department of Housing and Urban Development
451 7th Street S.W.,
Washington, DC 20410

Dear Secretary Donovan,

      I am writing to express concern about the unfair treatment of residents in the Louisiana Road Home Program, and to urge you to take action to ensure that no homeowner is denied an equal opportunity to return home under this critically important program.

      In the wake of Hurricane Katrina, Congress appropriated more than $11 billion in emergency Community Development Block Grant (CDBG) funds to establish the Road Home Program in order to repair and rebuild homes in New Orleans and other affected areas. Last August, the Subcommittee on Housing and Community Opportunity (the Subcommittee), which I chair, held a field hearing in New Orleans to consider the "Implementation of the Road Home Program Four Years After Hurricane Katrina." Testimony from diverse sources revealed a very troubling picture of how the last Administration and the Louisiana Recovery Authority (LRA) implemented the nation's largest housing recovery program in a way that resulted in the denial to African-American homeowners of an equal opportunity to obtain relief and return to their homes.

      In particular, we learned that the U.S. Department of Housing and Urban Development (HUD) and LRA adopted a formula that based the award to affected homeowners on the *lower* of the pre-storm value of the home or the cost of damage to the home. Insurance proceeds and FEMA assistance were subtracted from the lower of these two figures, and the resulting amount was awarded to the homeowner as a Road Home grant, up to a maximum of $150,000. Because home values in African-American neighborhoods in New Orleans are consistently lower than in white communities, in part due to decades of racial discrimination and segregation in the local housing market, this formula provided *far greater* relief to homeowners in predominantly white areas, even when these homeowners faced *the same exact* rebuilding costs and had comparable homes. The unequal treatment of African American residents applying for Road Home awards is the subject of a pending lawsuit brought by several African-American homeowners, the Greater New Orleans Fair Housing Action Center, and the National Fair Housing Alliance.

      As Chairwoman of the Subcommittee, I am deeply concerned that HUD and LRA have executed the Road Home Program in a manner that has resulted in an unfair and discriminatory

impact on African Americans and that appears to contravene the fair housing protections enshrined the Fair Housing Act—protections that were explicitly mandated by Congress when it funded the Road Home Program. Such discrimination not only perpetuates the mistreatment and neglect that African-American families suffered in the aftermath of Hurricane Katrina, but also poses a major obstacle to rebuilding the great City of New Orleans and enabling its people to return home.

While this Administration did not establish the Road Home Program's award calculation formula, I trust that the current Administration seeks to administer all federal housing funds – including the Road Home Program funds – in a manner that promotes fair housing and precludes discrimination, and I am hopeful that we can work together to make this happen.

Therefore, I strongly urge HUD and the U.S. Department of Justice to take all actions within their power to remedy the unequal treatment caused by prior Road Home awards, including the distribution of Louisiana's remaining CDBG disaster recovery funds in a manner that will provide relief to *all* homeowners who were disadvantaged by the unfair award formula approved by the prior Administration. Although I am aware that a portion of the remaining Road Home Program funds has been used to increase the awards of homeowners with income at or below 80% of the area median income, this change does not fully address the great number of African American residents that failed to receive adequate and fair reimbursement for damage to their homes. Many moderate-income African-American families impacted by this discriminatory policy will not benefit from these changes, and still face insurmountable barriers to rebuilding.

I look forward to your timely response. Please contact Keo Chea of my staff at (202) 226-5593 with any questions about this matter.

Sincerely,

*Maxine Waters*

Maxine Waters
Chairwoman
Subcommittee on Housing and Community Opportunity