UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | No. 1:08-cv-1938-HHK |

**PLAINTIFFS' SECOND MOTION FOR A TEMPORARY
RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

Plaintiffs Greater New Orleans Fair Housing Action Center, *et al.*, respectfully file this Second Motion for a Temporary Restraining Order and a Preliminary Injunction against Defendant Robin Keegan – the former Executive Director of the Louisiana Recovery Authority ("LRA") and current Executive Director of the LRA's successor agency, the Louisiana Office of Community Development ("OCD").

Plaintiffs seek relief on behalf of the subset of Plaintiffs who have not yet received their initial grant awards under the Road Home Program and who are in imminent danger of receiving initial grant awards based upon a formula that this Court concluded "may well be a discriminatory." Dkt. No. 61, at 17. Specifically, Plaintiffs seek an immediate temporary restraining order and a preliminary injunction enjoining Keegan from using a formula that takes into account pre-storm home values (which this Court has already found is likely a discriminatory criterion) to calculate and disburse any future grants until the case is adjudicated on the merits. As of the date of this filing, Keegan has refused to alter the formula for

calculating and disbursing future grant awards.  At any point, Keegan may (as she has in the past) use the discriminatory formula to calculate and disburse initial grant awards to Plaintiffs who have yet to have their first closings under the Road Home Program.  By virtue of the Court's prior rulings in this case, such action may forever preclude Plaintiffs from obtaining recalculated awards.

For the reasons stated above and in Plaintiffs' attached memorandum, they satisfy all of the requirements for this Court to issue temporary and preliminary injunctive relief.  Without a temporary and preliminary injunction, Plaintiffs will suffer irreparable harm by forever losing their opportunity to obtain equitable relief for violations of federal anti-discrimination laws.

Plaintiffs respectfully request the Court to enter immediately the proposed order granting their request for temporary injunctive relief to preserve the status quo, and to schedule a hearing on Plaintiffs' Motion for a Preliminary Injunction at the earliest possible date convenient to the Court and the parties.  As Keegan may take action at any time to calculate and disburse initial grant awards by using a discriminatory formula, it is necessary for a temporary restraining order to be in place until the Court is able to rule on Plaintiffs' Motion for a Preliminary Injunction.

Dated: July 21, 2010                              Respectfully submitted,

 /s/ Damon T. Hewitt                              /s/ Joseph M. Sellers
John Payton, Director-Counsel                     Joseph M. Sellers (D.C. Bar No. 318410)
(D.C. Bar No. 282699)                             Jenny R. Yang (D.C. Bar No. 484874)
Damon T. Hewitt                                   Peter Romer-Friedman (D.C. Bar No. 993376)
ReNika C. Moore                                   COHEN MILSTEIN SELLERS & TOLL PLLC
NAACP LEGAL DEFENSE &                             1100 New York Avenue, NW, Suite 500
EDUCATIONAL FUND, INC.                            Washington, D.C. 20005
99 Hudson Street, 16th Floor                      (p) 202-408-4600 / (fax) 202-408-4699
New York, NY 10013                                jsellers@cohenmilstein.com
(p) 212-965-2200 / (fax) 212-226-7592
rmoore@naacpldf.org

2

/s/ Danielle Conley
Craig Goldblatt (D.C. Bar No. 449229)
Danielle Conley (D.C. Bar No. 503345)
WILMER HALE
1875 Pennsylvania Avenue, NW
Washington DC  20006
(p) 202-663-6006/ (fax) 202-663-6363
danielle.conley@wilmerhale.com

/s/ Morgan Whitney Williams
Morgan Whitney Williams
GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER
404 S. Jefferson Davis Pkwy.
New Orleans, LA 70119
(o) 504-596-2100 ext. 104/ (fax) 504-708-2476
mwilliams@gnofairhousing.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 21, 2010, the foregoing document was filed electronically via the Court's ECF system, through which a copy was served on:

| | |
|---|---|
| Allen J. Krouse, III<br>Renee G. Culotta<br>Suzanne M. Risey<br>FRILOT L.L.C.<br>1100 Poydras Street, Suite 3600<br>New Orleans, LA 70163<br>Telephone: 504-599-8004<br>Facsimile: 504-599-8104<br>Email: akrouse@frilot.com<br>Email: rculotta@frilot.com<br>Email: srisey@frilot.com | James D. Todd<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: 202-514-3378<br>Facsimile: 202- 616-8470<br>Email: james.todd@usdoj.gov |
| *Attorneys for Defendant*<br>*Robin Keegan* | *Attorney for Defendant United States Dept.*<br>*of Housing and Urban Development* |

                     /s/ Damon T. Hewitt