## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-5309

September Term 2010

1:08-cv-01938-HHK

Filed On: July 21, 2011

Greater New Orleans Fair Housing Action
Center, et al.,

   Appellees

 v.

United States Department of Housing & Urban
Development,

   Appellee

Robin Keegan, in her official capacity as
Executive Director of the Louisiana Recovery
Authority,

   Appellant

  BEFORE: Ginsburg, Rogers, and Brown, Circuit Judges

### ORDER

  Upon consideration of the motion for voluntary dismissal, the responses thereto, and the reply; the motion for a decision without oral argument or, in the alternative, the renewed motion to dismiss for lack of appellate jurisdiction, and the responses thereto; and the motions for leave to file, it is

  **ORDERED** that the motions for leave to file be granted. The Clerk is directed to file the lodged reply and response. It is

  **FURTHER ORDERED** that the motion for voluntary dismissal be granted and this appeal be dismissed with prejudice. See Fed. R. App. P. 42(b). The court notes, however, that the underlying district court action has been settled, yet none of the parties so notified the court. The parties are reminded that whenever there are serious settlement negotiations in progress, the parties should advise the Clerk of that fact. See D.C. Circuit Handbook of Practice and Internal Procedures 11 (2011). It is

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-5309**                                              **September Term 2010**

**FURTHER ORDERED** that the motion for a decision without oral argument or, in the alternative, the renewed motion to dismiss for lack of appellate jurisdiction, be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

**<u>Per Curiam</u>**